Fill in this information to identify the case:

Debtor name: Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known): 17-24842

☑ Check if this is an amended filing

## Official Form 204 - AMENDED

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 5300001 Atlanta, GA 30353 | | Corporate Credit Card | | | | $19,227.03 |
| Beacon Law Group, LLC 470 Atlantic Ave., #400 Boston, MA 02210 | | Professional Fees associated with sale - Pending Litigation | Disputed | | | $18,055.00 |
| Bunstine, Watson, McElroy First Tennessee Plaza 800 South Gay St., #2001 Knoxville, TN 37929 | | Professional Fees | Disputed | | | $210,560.28 |
| Coffey Burlington 2601 S. Bayshore Dr., PH Miami, FL 33133 | | Attorneys Fees | | | | $203,743.53 |
| David Topp 2627 S. Bayshore Drive, #605 Miami, FL 33133 | | Loans | | | | $1,600,000.00 |
| Employment Development Dept. POB 826215 MIC 3A Sacramento, CA 94230-6215 | | Unemployment Insurance | | | | $15,129.76 |
| Five9 4000 Executive Pkwy., #400 San Ramon, CA 94583 | | Call Center - Servicer of Goods | | | | $11,637.68 |
| Gerson Preston Robinson, CPA 666 71st St Miami Beach, FL 33141 | | Accounting Fees | | | | $37,058.00 |

Debtor   Skypatrol, LLC, a Delaware Limited Liability Company         Case number (if known)   17-24842
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jackson Lewis P.C.<br>PO BOX 416019<br>Boston, MA<br>02241-6019 | | Attorneys' fees | | | | $54,278.62 |
| Laird Technologies<br>62722 Collections Center Dr.<br>Chicago, IL 60693 | | purchase of defective devices subject to ongoing litigation and counterclaim | Disputed Subject to Setoff | | | $1,905,192.71 |
| Morrison & Foerster, LLP<br>c/o Harvey W. Gurland, Jr.<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | | Judgment - Case No. 15-012370 CA 01 - in favor of Morrison & Foerster. LLP - accruing interest @ 5.35% per annum | | | | $1,637,283.43 |
| Original Rubins Land Corp.<br>13040 Old Cutler Road<br>Miami, FL 33143 | | Loan | | | | $75,000.00 |
| Prysma Technologies<br>155 Sunrise Pkwy<br>Mountainside, NJ 07092 | | IT Consultants | | | | $24,140.00 |
| Robert Rubin<br>13040 Old Cutler Rd.<br>Miami, FL 33156 | | expenses | | | | $6,668.07 |
| Royal New Group d/b/a Royal Media Group<br>80 Broad St., #1701<br>New York, NY 10004 | | Advertising | | | | $8,400.00 |
| Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108 | | Professional Fees | | | | $142,727.00 |
| Telegraph Hill Advisors<br>535 Mission Street, 14th FL<br>San Francisco, CA 94105 | | Demand for Arbitration - Financial Advisor related to VBI Group Sale | Disputed | | | $471,900.02 |
| Telenor Connexion AB<br>Snaroyveien 30<br>N-1331<br>Fornebu,   Norway | | Old carrier | | | | $428,184.90 |

Debtor    Skypatrol, LLC, a Delaware Limited Liability Company    Case number *(if known)*    17-24842
      *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thompson & Knight LLP<br>1722 Routh St., #1500<br>Pittsburgh, PA 15201-2533 | | Professional Fees | | | | $48,130.72 |
| Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75265-0108 | | Device/Goods/Service | Contingent | | | $23,993.96 |

**Fill in this information to identify the case:**

Debtor name   Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known)   17-24842-BKC-RAM

◼ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $  0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $  3,639,636.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $  3,639,636.98

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $  382,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $  0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$  7,013,896.91

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                $  7,395,896.91

**Fill in this information to identify the case:**

Debtor name: Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known): 17-24842-BKC-RAM

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Platinum Financial Trust, LLC<br>*Creditor's Name*<br><br>2801 Fairview, Suite W<br>Greenwood, IN 46142<br>*Creditor's mailing address*<br><br>*Creditor's email address, if known*<br><br>**Date debt was incurred**<br>June 16, 1017<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Robert Leeds Trustee of the Trust<br>2. Platinum Financial Trust, LLC | **Describe debtor's property that is subject to a lien**<br>all company assets, including, but not limited to inventory, accounts and accounts recievable<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140,000.00 | $300,000.00 |
| **2.2** Robert D. Rubin<br>*Creditor's Name*<br><br>3055 NW 84 Ave<br>Miami, FL 33122<br>*Creditor's mailing address*<br><br>*Creditor's email address, if known*<br><br>**Date debt was incurred**<br>May 2017<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>all company assets, including, but not limited to inventory, accounts and accounts recievable<br><br>**Describe the lien**<br>UCC-1 Financing Statement<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $50,000.00 | $70,000.00 |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if know) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Robert Leeds Trustee of the Trust | Describe debtor's property that is subject to a lien | $192,000.00 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | all company assets, including, but not limited to inventory, accounts and accounts recievable | | |
| | for Trebuchet Corp. | | | |
| | c/o Robert Leeds | | | |
| | 1035 Park Ave. | | | |
| | New York, NY 10028 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | UCC-1 Financing Statement | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | April 2017 | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $382,000.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known): 17-24842-BKC-RAM

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>5050 W. Tennessee St<br>Tallahassee, FL 32399 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>July 2017 | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>Attn: Maritza Bolano-Moya<br>8175 NW 12th Street<br>Suite 119<br>Miami, FL 33126 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>Honorable Benjamin G. Greenberg<br>United States Attorney<br>99 NE 4 St<br>Miami, FL 33132 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>Honorable Jefferson Sessions<br>Attorney General of the United States<br>950 Pennsylvania Ave, NW, #4400<br>Washington, DC 20530-0001 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 17167, Stop 5730<br>Fort Lauderdale, FL 33318 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>99 N.E. Fourth Street<br>Miami, FL 33132 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

**2.7** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Agility Logistics Corp
5496 Paysphere Cir
Chicago, IL 60674

Date(s) debt was incurred 2017
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight Forwarding Carrier

Is the claim subject to offset?   ■ No   ☐ Yes

$3,729.91

**3.2** Nonpriority creditor's name and mailing address
American Express
P.O. Box 5300001
Atlanta, GA 30353

Date(s) debt was incurred June - August 2017
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Corporate Credit Card

Is the claim subject to offset?   ■ No   ☐ Yes

$19,227.03

**3.3** Nonpriority creditor's name and mailing address
Beacon Law Group, LLC
470 Atlantic Ave., #400
Boston, MA 02210

Date(s) debt was incurred May 2017
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Professional Fees associated with sale - Pending Litigation

Is the claim subject to offset?   ■ No   ☐ Yes

$18,055.00

**3.4** Nonpriority creditor's name and mailing address
Blackhill USA Corp
2642 SW 153 Path
Miami, FL 33185

Date(s) debt was incurred 2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight forwarding

Is the claim subject to offset?   ☐ No   ■ Yes

$5,662.83

**3.5** Nonpriority creditor's name and mailing address
Brad Ponsford
c/o Gavin P. Kassel, Esq.
Wells Fargo Building, #207
334 West Third St.
San Bernardino, CA 92401-1823

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pending litigation in Central District of California - employee dispute
Case No. 5:17-cv-00119-AG-KK

Is the claim subject to offset?   ■ No   ☐ Yes

Unknown

**Debtor** Skypatrol, LLC, a Delaware Limited Liability Company          **Case number** (if known) 17-24842-BKC-RAM
Name

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Bunstine, Watson, McElroy<br>First Tennessee Plaza<br>800 South Gay St., #2001<br>Knoxville, TN 37929<br><br>**Date(s) debt was incurred** October 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Professional Fees<br><br>Is the claim subject to offset? ■ No ☐ Yes | $210,560.28 |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Claudia Gonzalez<br>16444 SW 66th Street<br>Miami, FL 33193<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** expense reimubursement<br><br>Is the claim subject to offset? ☐ No ■ Yes | $430.13 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Coffey Burlington<br>2601 S. Bayshore Dr., PH<br>Miami, FL 33133<br><br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Attorneys Fees<br><br>Is the claim subject to offset? ■ No ☐ Yes | $203,743.53 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Comcast<br>PO BOX 37601<br>Philadelphia, PA 19101<br><br>**Date(s) debt was incurred** March 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Telephone/Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,617.92 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>David Topp<br>2627 S. Bayshore Drive, #605<br>Miami, FL 33133<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loans<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,600,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>EarthLink Business<br>Deltacom 1058<br>PO Box 2252<br>Birmingham, AL 35246<br><br>**Date(s) debt was incurred** May 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $250.69 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Employment Development Dept.<br>POB 826215 MIC 3A<br>Sacramento, CA 94230-6215<br><br>**Date(s) debt was incurred** January 1, 2017<br>**Last 4 digits of account number** 3694 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unemployment Insurance<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,129.76 |

| | | |
|---|---|---|
| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company<br>Name | Case number (if known)  17-24842-BKC-RAM |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Endeavor Miami, Inc<br>121 Alhambra Plaza, #1605<br>Miami, FL 33134<br><br>Date(s) debt was incurred  February 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Consulting Services<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $6,249.00 |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Expressway Motorcars, Inc.<br>9775 NW 12 St<br>Miami, FL 33172<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** claims for breach of contract - pending litigation<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481<br><br>Date(s) debt was incurred  June 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Shipping services<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,061.50 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Five9<br>4000 Executive Pkwy., #400<br>San Ramon, CA 94583<br><br>Date(s) debt was incurred  12/1/16<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Call Center - Servicer of Goods<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $11,637.68 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Gerson Preston Robinson, CPA<br>666 71st St<br>Miami Beach, FL 33141<br><br>Date(s) debt was incurred  April - July 2016<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accounting Fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $37,058.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>IOTM Solutions Ltd.<br>32 Zalman Shneur<br>Ramat Hasharon,  47239 Israel<br><br>Date(s) debt was incurred  January 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Consulting Fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,254.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Iridium Satellite LLC<br>PO Box 37542<br>6200 Chevy Chase Drive<br>Baltimore, MD 21297-3542<br><br>Date(s) debt was incurred  August 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $587.45 |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

---

**3.20** **Nonpriority creditor's name and mailing address**
Jackson Lewis P.C.
PO BOX 416019
Boston, MA 02241-6019

Date(s) debt was incurred  April 2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Attorneys' fees

Is the claim subject to offset?  ■ No  ☐ Yes

$54,278.62

---

**3.21** **Nonpriority creditor's name and mailing address**
JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084

Date(s) debt was incurred  August 2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Mediation Fees

Is the claim subject to offset?  ■ No  ☐ Yes

$4,387.50

---

**3.22** **Nonpriority creditor's name and mailing address**
Kopelowitz Ostrow Ferguson
1 West Las Olas Blvd., #500
Fort Lauderdale, FL 33301

Date(s) debt was incurred  November 2017
Last 4 digits of account number  Yotis

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Fees

Is the claim subject to offset?  ■ No  ☐ Yes

$2,372.00

---

**3.23** **Nonpriority creditor's name and mailing address**
Laird Technologies
62722 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred  January 2016
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  purchase of defective devices subject to ongoing litigation and counterclaim

Is the claim subject to offset?  ☐ No  ■ Yes

$1,905,192.71

---

**3.24** **Nonpriority creditor's name and mailing address**
Lerman & Lerman
Flagler Station Building
48 E. Flagler Street, PH 101
Miami, FL 33131

Date(s) debt was incurred  June 2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounting Services

Is the claim subject to offset?  ■ No  ☐ Yes

$1,500.00

---

**3.25** **Nonpriority creditor's name and mailing address**
Lott & Fischer
255 Aragon Avenue, Third FL
Miami, FL 33134

Date(s) debt was incurred  2017
Last 4 digits of account number  3936

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Fees - Expert Fees

Is the claim subject to offset?  ■ No  ☐ Yes

$476.69

---

**3.26** **Nonpriority creditor's name and mailing address**
Montt & CIA. S.A.
1700 Los Conquistadores Ave 11
11th Floor
Providencia Santiago,  753012  CHILE

Date(s) debt was incurred  May 2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Fees

Is the claim subject to offset?  ■ No  ☐ Yes

$1,300.00

---

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>Morrison & Foerster, LLP<br>c/o Harvey W. Gurland, Jr.<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br><br>**Date(s) debt was incurred** 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Judgment - Case No. 15-012370 CA 01 - in favor of Morrison & Foerster. LLP - accruing interest @ 5.35% per annum<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,637,283.43 |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>North Carolina Dept of Commerce<br>Division of Unemployment<br>POB 26504<br>Raleigh, NC 27611<br><br>**Date(s) debt was incurred** July 2016<br>**Last 4 digits of account number** 1002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unemployment Ins.<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $747.26 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Original Rubins Land Corp.<br>13040 Old Cutler Road<br>Miami, FL 33143<br><br>**Date(s) debt was incurred** March 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $75,000.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Position Logic LLC<br>2343 Vanderbilt Beach Rd., #616<br>Naples, FL 34109<br><br>**Date(s) debt was incurred** March 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Software<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $236.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Prysma Technologies<br>155 Sunrise Pkwy<br>Mountainside, NJ 07092<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** IT Consultants<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $24,140.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Queclink Wireless Solutions, Ltd<br>Adam Liao<br>Room 501, Bldg. 9<br>99 Tianzhou Road<br>Shanghai PRC<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wireless Solutions, Ltd<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,532.20 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456<br><br>**Date(s) debt was incurred** November 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Lease termination<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,005.54 |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Robert Rubin<br>13040 Old Cutler Rd.<br>Miami, FL 33156<br>**Date(s) debt was incurred** April 2014<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** expenses<br>Is the claim subject to offset? ■ No ☐ Yes | $6,668.07 |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Rogers<br>40 Weber Street East, 5th Floor<br>Kitchener, ON  N2H 6H3  CANADA<br>**Date(s) debt was incurred** August 2017<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Communications Services<br>Is the claim subject to offset? ■ No ☐ Yes | $2,748.13 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Royal New Group d/b/a Royal Media Group<br>80 Broad St., #1701<br>New York, NY 10004<br>**Date(s) debt was incurred** July 2016<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Advertising<br>Is the claim subject to offset? ■ No ☐ Yes | $8,400.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Sax Willinger & Gold<br>5801 NW 151 St., #307<br>Hialeah, FL 33014<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,873.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Ship ESC<br>PO Box 527622<br>Miami, FL 33152<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Freight/Shipping fees<br>Is the claim subject to offset? ■ No ☐ Yes | $5,378.54 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Professional Fees<br>Is the claim subject to offset? ■ No ☐ Yes | $142,727.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Simplex Grinnell<br>10550 Commerce Parkway<br>Hollywood, FL 33025<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Fire Alarm<br>Is the claim subject to offset? ■ No ☐ Yes | $714.65 |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Sure-Trac, LLC<br>2450 Atlanta Hwy., #203<br>Cumming, GA 30040<br><br>Date(s) debt was incurred  March 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Installation Services<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $541.04 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>T Mobile<br>PO Box 742596<br> KY 42574-2596<br><br>Date(s) debt was incurred  February 2016<br>Last 4 digits of account number  6088 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  goods<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,056.65 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Telefonica<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,741.03 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Telegraph Hill Advisors<br>535 Mission Street, 14th FL<br>San Francisco, CA 94105<br><br>Date(s) debt was incurred  October 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Demand for Arbitration - Financial Advisor  related to VBI Group Sale<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $471,900.02 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Telenor Connexion AB<br>Snaroyveien 30<br>N-1331<br>Fornebu,    Norway<br><br>Date(s) debt was incurred  2014<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Old carrier<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $428,184.90 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Thompson & Knight LLP<br>1722 Routh St., #1500<br>Pittsburgh, PA 15201-2533<br><br>Date(s) debt was incurred  June 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Professional Fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $48,130.72 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Topp Investments<br>3055 N.W. 84th Ave<br>Miami, FL 33122<br><br>Date(s) debt was incurred  July 2017<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Rent<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,000.00 |

| | | | |
|---|---|---|---|
| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company<br>Name | Case number (if known) | 17-24842-BKC-RAM |

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,132.54 |
| | **Date(s) debt was incurred** April 2017 | **Basis for the claim:** Cell Phones | |
| | **Last 4 digits of account number** 0001 | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75265-0108 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,993.96 |
| | **Date(s) debt was incurred** February 2017 | **Basis for the claim:** Device/Goods/Service | |
| | **Last 4 digits of account number** 0001 | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Donald Mausar<br>Weltman, Weinberg & Reis<br>323 W Lakeside Ave., 200<br>Cleveland, OH 44113 | Line  3.36<br>☐ Not listed. Explain | 2796 |
| 4.2 | Law Offices of Kenneth Freed<br>14226 Ventura Blvd.,<br>PO Box 5914<br>Sherman Oaks, CA 91413 | Line  3.16<br>☐ Not listed. Explain | 9767 |
| 4.3 | Martin L. Nathan<br>2699 S. Bayshore Dr.<br>Miami, FL 33133 | Line  3.14<br>☐ Not listed. Explain | _ |
| 4.4 | Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304 | Line  3.27<br>☐ Not listed. Explain | _ |
| 4.5 | Thomas H. Walters<br>Howard & Howard Attorneys PLLC<br>450 W Fourth St.<br>Royal Oak, MI 48067 | Line  3.23<br>☐ Not listed. Explain | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,013,896.91 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,013,896.91 |

**Fill in this information to identify the case:**

Debtor name  Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known)  17-24842

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☒ Amended Schedule   Amended D, E/F and Summary
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 14, 2017     X /s/ Robert D. Rubin
                                      Signature of individual signing on behalf of debtor

                                      Robert D. Rubin
                                      Printed name

                                      CEO
                                      Position or relationship to debtor