UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SKYPATROL, LLC,   Case No. 17-24842-RAM

Debtor.   Chapter 11

_____

### *EX PARTE* **MOTION TO APPEAR** *PRO HAC VICE*

I, Zakarij N. Laux ("Movant"), a member in good standing of the bar of the U.S. District Court for the Southern District of Florida and qualified to practice in this court, requests that this court admit *pro hac vice* Francis B. Majorie ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the U.S. District Court(s) for the Eastern District of New York, the Southern District of New York, the District of Connecticut, the Northern District of Texas, and the Eastern District of Texas, and qualified to practice in this court, who proposes to act as co-counsel for R. Leeds as Trustee for the Trust for Trebuchet Corp., Isabelle Catherine Leeds Trust, and Oliver William Leeds Trust ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of the Client.

I am aware that the local rules of this court require a member in good standing of the bar of the U.S. District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for the Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of the Client.

I am a member in good standing of the bar of the U.S. District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the

above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of the Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: January 16, 2018

        **BAST AMRON LLP**
        SunTrust International Center
        One Southeast Third Avenue, Suite 1400
        Miami, Florida 33131
        Telephone: 305.379.7904
        Facsimile: 305.379.7905
        Email: jbast@bastamron.com
        Email: zlaux@bastamron.com

        By: /s/ *Zakarij N. Laux, Esq.*
            Jeffrey P. Bast (FBN 996343)
            Zakarij N. Laux (FBN 93784)

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Francis B. Majorie, am a member in good standing of the bar of the State of Texas. I am a member in good standing of the bar of the U.S. District Court(s) for the Eastern District of New York, the Southern District of New York, the District of Connecticut, the Northern District of Texas, and the Eastern District of Texas, but am not admitted to the bar of the U.S. District Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any U.S. Court of Appeals, U.S. District Court, or U.S. Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of R. Leeds as Trustee for the Trust for Trebuchet Corp., Isabelle Catherine Leeds Trust, and Oliver William Leeds Trust ("Client"). I designate Zakarij N. Laux ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of the Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear *Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  January 16, 2018

                                            Francis B. Majorie
                                            THE MAJORIE FIRM, LTD.
                                            1450 Cottonwood Valley Court
                                            Irving, Texas 75038
                                            Office:  (214) 522-7400 ext 307
                                            Direct: (214) 306-8107
                                            Fax: (214) 522-07911
                                            fbmajorie@themajoriefirm.com
                                            Texas Bar No. 12851420

                                            BY: _____
                                                     Francis B. Majorie

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document(s) has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system, on January 16, 2018.

                                                                  */s/ Zakarij N. Laux*
                                                                  Zakarij N. Laux

## SERVICE LIST

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan    paul@orshanpa.com, seelena@orshanpa.com
- Joel L Tabas    jtabas@tabassoloff.com, jcepero@tabassoloff.com; kborrego@tabassoloff.com