UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 17-24842-BKC-RAM
                                                                          Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**I HEREBY CERTIFY** that on the 18th day of January, 2018, a true and correct copy of the **Notice of Hearing [ECF 34],** on the Debtor-in-Possession's Expedited Motion to Employ Robert P. Frankel as Special Litigation Counsel for the Debtor-in-Possession, *nunc pro tunc* to the Petition Date [ECF 33], was furnished via CM/ECF to all parties registered to receive electronic notification from the Court and via U.S. Mail to all interested parties listed the attached Service List.

                        Respectfully submitted,

                        /s/ Joel L. Tabas
                        Joel L. Tabas
                        Florida Bar No. 516902
                        TABAS & SOLOFF, P.A.
                        As Applicant for Attorneys for Debtor
                        25 SE 2nd Avenue - Suite 248
                        Miami, FL 33131
                        Telephone:   (305) 375-8171
                        Facsimile:    (305) 381-7708
                        Email: jtabas@tabassoloff.com

17-24842-RAM
Skypatrol, LLC
3055 N.W. 84th Avenue
Miami, FL 33122-1921

17-24842-RAM
Agility Logistics Corp
5496 Paysphere Cir
Chicago, IL 60674-0054

17-24842-RAM
American Express
P.O. Box 981535
El Paso, TX 79998-1535

17-24842-RAM
Beacon Law Group, LLC
470 Atlantic Ave., #400
Boston, MA 02210-2208

17-24842-RAM
Blackhill USA Corp
2642 SW 153 Path
Miami, FL 33185-4863

17-24842-RAM
Brad Ponsford
c/o Gavin P. Kassel, Esq.
334 West Third St., #207
San Bernardino, CA 92401-1828

17-24842-RAM
Bunstine, Watson, McElroy
First Tennessee Plaza
800 South Gay St., #2001
Knoxville, TN 37929-9710

17-24842-RAM
Claudia Gonzalez
16444 SW 66th Street
Miami, FL 33193-5613

17-24842-RAM
Coffey Burlington
2601 S. Bayshore Dr., PH
Miami, FL 33133-5419

17-24842-RAM
Comcast
PO BOX 37601
Philadelphia, PA 19101-0601

17-24842-RAM
David Schmidt
24252 Ontario Ln
Lake Forest, CA 92630-1919

17-24842-RAM
David Topp
2627 S. Bayshore Drive, #605
Miami, FL 33133-5439

17-24842-RAM
Donald Mausar
Weltman, Weinberg & Reis
323 W Lakeside Ave., 200
Cleveland, OH 44113-1009

17-24842-RAM
EarthLink Business
Deltacom 1058
PO Box 2252
Birmingham, AL 35246-0031

17-24842-RAM
Employment Development Dept.
POB 826215 MIC 3A
Sacramento, CA 94230-6215

17-24842-RAM
Endeavor Miami, Inc
121 Alhambra Plaza, #1605
Miami, FL 33134-4540

17-24842-RAM
Expressway Motorcars, Inc.
9775 NW 12 St.
Miami, FL 33172-2787

17-24842-RAM
Federal Express
P.O. Box 660481
Dallas, TX 75266-0481

17-24842-RAM
Five9
4000 Executive Pkwy., #400
San Ramon, CA 94583-4206

17-24842-RAM
Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0100

17-24842-RAM
Florida Department of Revenue
Attn: Maritza Bolano-Moya
8175 NW 12th Street
Suite 119, Miami, FL  33126

17-24842-RAM
Gerson Preston Robinson, CPA
666 71st St
Miami Beach, FL 33141-3099

17-24842-RAM
Honorable Benjamin G. Greenberg
United States Attorney
99 NE 4 St
Miami, FL 33132-2145

17-24842-RAM
Honorable Jefferson Sessions
Attorney General of the United States
950 Pennsylvania Ave, NW, #4400
Washington, DC 20530-0001

17-24842-RAM
IOTM Solutions Ltd.
32 Zalman Shneur
Ramat Hasharon,  47239 Israel

17-24842-RAM
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia Pa 19101-7346

17-24842-RAM
Iridium Satellite LLC
PO Box 37542
6200 Chevy Chase Drive
Baltimore, MD 21297-3542

17-24842-RAM
JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084-0012

17-24842-RAM
Jackson Lewis P.C.
PO BOX 416019
Boston, MA 02241-6019

17-24842-RAM
Ken Wiesner
1036 Lexington Avenue
Broomfield, CO 80023-9363

17-24842-RAM
Kopelowitz Ostrow Ferguson
1 West Las Olas Blvd., #500
Fort Lauderdale, FL 33301-1928

17-24842-RAM
Laird Technologies
62722 Collections Center Dr.
Chicago, IL 60693-0627

17-24842-RAM
Law Offices of Kenneth Freed
14226 Ventura Blvd.,
PO Box 5914
Sherman Oaks, CA 91413-5914

17-24842-RAM
Lawrence A. Jones
751 NE 4th Ave
Fort Lauderdale, FL 33304-2681

17-24842-RAM
Lerman & Lerman
Flagler Station Building
48 E. Flagler Street, PH 101
Miami, FL 33131-1012

17-24842-RAM
Lott & Fischer
255 Aragon Avenue, Third FL
Miami, FL 33134-5054

17-24842-RAM
Martin L. Nathan
2699 S. Bayshore Drive
Miami, FL 33133-5408

17-24842-RAM
Mercedes Benz Credit
POB 685
Roanoke, TX 76262-0685

17-24842-RAM
Michael Guzzardi
11426 S. Belmont Dr.
Plainfield, IL 60585-6130

17-24842-RAM
Montt & CIA. S.A.
1700 Los Conquistadores Ave 11
11th Floor
Providencia Santiago,   753012  CHILE

17-24842-RAM
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1061

17-24842-RAM
Morrison & Foerster, LLP
c/o Harvey W. Gurland, Jr.
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131-5323

17-24842-RAM
Nissan Motor Acceptance Corp.
PO Box 740596
Cincinnati, OH 45274-0596

17-24842-RAM
North Carolina Dept of Commerce
Division of Unemployment
POB 26504
Raleigh, NC 27611-6504

17-24842-RAM
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

17-24842-RAM
Original Rubins Land Corp.
13040 Old Cutler Road
Miami, FL 33156-6466

17-24842-RAM
Platinum Financial Trust, LLC
2801 Fairview, Suite W
Greenwood, IN 46142-1339

17-24842-RAM
Position Logic LLC
2343 Vanderbilt Beach Rd., #616
Naples, FL 34109-2777

17-24842-RAM
Prysma Technologies
155 Sunrise Pkwy
Mountainside, NJ 07092-2912

17-24842-RAM
Queclink Wireless Solutions, Ltd
Adam Liao
Room 501, Bldg. 9
99 Tianzhou Road, Shanghai PRC

17-24842-RAM
Reginald G. Ponsford, IV
2042 Flamingo Dr.
Costa Mesa, CA 92626-4722

17-24842-RAM
Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

17-24842-RAM
Robert D. Rubin
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Trebuchet Corp. Trust
c/o Robert Leeds, Trustee
1035 Park Ave.
New York, NY  10028

17-24842-RAM
Robert Rubin
13040 Old Cutler Rd.
Miami, FL 33156-6466

17-24842-RAM
Rogers
40 Weber Street East, 5th Floor
Kitchener, ON  N2H 6H3  CANADA

17-24842-RAM
Rogers Wireless Partnership
1 Mount Pleasant, 12th Floor
Toronto, ON M4Y2Y5

17-24842-RAM
Royal New Group d/b/a Royal Media Group
80 Broad St., #1701
New York, NY 10004-2245

17-24842-RAM
Sax Willinger & Gold
5801 NW 151 St., #307
Hialeah, FL 33014-2476

~~17-24842-RAM~~
~~Sean Graham~~
~~51 Rue St. Tropez~~
~~Miramar Beach, FL 32550-7158~~

17-24842-RAM
Ship ESC
PO Box 527622
Miami, FL 33152-7622

17-24842-RAM
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

17-24842-RAM
Simplex Grinnell
10550 Commerce Parkway
Hollywood, FL 33025-3913

17-24842-RAM
Sure-Trac, LLC
2450 Atlanta Hwy., #203
Cumming, GA 30040-1251

17-24842-RAM
T Mobile
PO Box 53410
Bellevue, WA 98015-3410

17-24842-RAM
Telegraph Hill Advisors
535 Mission Street, 14th FL
San Francisco, CA 94105-3253

17-24842-RAM
Telenor Connexion AB
Snaroyveien 30
N-1331
Fornebu, Norway

17-24842-RAM
Tesla Finance LLC
POB 4387
Portland, OR 97208-4387

17-24842-RAM
Thomas H. Walters
Howard & Howard Attorneys PLLC
450 W Fourth St.
Royal Oak, MI 48067-2557

17-24842-RAM
Thompson & Knight LLP
1722 Routh St., #1500
Dallas, TX 75201

17-24842-RAM
Topp Group, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Investments
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Labels, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
VBI Group
c/o MEI Auto Finance, Inc.
108 N. Collins Street
Arlington, TX 76011-7316

17-24842-RAM
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

17-24842-RAM
Vodafone Global Enterprise Ltd.
Vodafone House
The Connection, Newbury, Berkshire
RG142FN England

17-24842-RAM
William Northrup
611 Whittier Rd
Spencerport, NY 14559-9742