UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SKYPATROL, LLC,                              Case No. 17-24842-RAM

    Debtor.                                  Chapter 11

_____

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Admitting Attorney Pro Hac Vice* (ECF No. 32) was served on January 17, 2018, via electronic transmission to all parties listed on the attached service list via CM/ECF.

    Dated: January 19, 2018

                                        Respectfully submitted,

                                        **BAST AMRON LLP**
                                        *Counsel for R. Leeds, Trustee*
                                        SunTrust International Center
                                        One Southeast Third Avenue, Suite 1400
                                        Miami, Florida 33131
                                        Telephone: 305.379.7904
                                        Facsimile: 305.379.7905
                                        Email: jbast@bastamron.com
                                        Email: zlaux@bastamron.com

                                        By: /s/ *Zakarij N. Laux, Esq.*
                                             Jeffrey P. Bast (FBN 996343)
                                             Zakarij N. Laux (FBN 93784)

## SERVICE LIST

**Via CM/ECF**

- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan      paul@orshanpa.com, seelena@orshanpa.com
- Joel L Tabas    jtabas@tabassoloff.com, jcepero@tabassoloff.com; kborrego@tabassoloff.com

00485722 DOCX