

**ORDERED in the Southern District of Florida on January 31, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.: 17-24842-BKC-RAM
                                                          Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

**FINAL ORDER GRANTING DEBTOR'S EXPEDITED APPLICATION FOR EMPLOYMENT OF ROBERT P. FRANKEL, ESQUIRE AND LAW OFFICES OF ROBERT P. FRANKEL, P.A. AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

**THIS CAUSE** having come before the Court on January 24, 2018, at 9:30 a.m. upon Debtor's Expedited Application for Employment of Robert P. Frankel, Esquire and Law Offices of Robert P. Frankel, P.A. as Special Litigation Counsel for the Debtor-in-Possession *Nunc Pro Tunc* to the Petition Date [ECF 33] (the "Applicant"), and the Affidavit of Robert P. Frankel, Esquire attached as Exhibit "A" to the Application (the "Affidavit"), and the Court, having reviewed the Motion, the Affidavit and the file, and it

appearing that Robert P. Frankel, Esquire and Law Offices of Robert P. Frankel, P.A. are disinterested parties, and that their employment is in the best interest of the estate and the economical administration thereof, it is

**ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Debtor is authorized to employ Robert P. Frankel, Esquire and Law Offices of Robert P. Frankel, P.A., as special litigation counsel to the Debtor-in-Possession, *nunc pro tunc to* December 13, 2017, on the terms and conditions described in the Application.

3. This Court retains jurisdiction to: (a) enforce, implement and interpret the terms and provisions of (i) this Order, and (ii) the Application; and (b) resolve any disputes, controversies or claims arising from, or relating to (i) this Order, or (ii) the Application.

# # #

**Submitted By:**

Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
Counsel for the Debtor
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone:    (305) 375 8171
Facsimile:    (305) 381 7708
E mail: jtabas@tabassoloff.com

Attorney Joel L. Tabas is directed to serve copies of this Order on all interested parties and file a Certificate of Service