

**ORDERED in the Southern District of Florida on January 31, 2018.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                           CASE NO.: 17-24842-BKC-RAM
                                                                                        Chapter 11
**SKYPATROL, LLC**

      Debtor-In-Possession.
_____/

**FINAL ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
TABAS & SOLOFF, P.A. AS BANKRUPTCY COUNSEL FOR THE DEBTOR
<u>*NUNC PRO TUCNC*</u> TO THE PETITON DATE**

**THIS CAUSE** having come before the Court on January 24, 2018, at 9:30 a.m. upon the Debtor's Emergency Application for Authorization to Employ and Retain Tabas & Soloff, P.A. as Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date (the "Application") [ECF 8] and the related Affidavit of Joel L. Tabas on behalf of Tabas & Soloff, P.A. as Proposed Bankruptcy Counsel for the Debtor, *Nunc Pro Tunc* to December 13, 2017 (the "Affidavit"). The Application requests entry of an order, on a final basis, approving the Debtor's employment of Tabas & Soloff, P.A. as its counsel in the instant Chapter 11 proceeding

The Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court is authorized to grant the relief requested in the Application under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014(a) and Local Rule 2014-1.

The Affidavit accompanying the Application makes relevant disclosures required by Fed. R. Bankr. P. 2014 and 2016, and constitutes a verified statement demonstrating that Tabas & Soloff, P.A. is disinterested as required by 11 U.S.C. § 327.

The Court having reviewed the Application and the Affidavit, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Application is **GRANTED**.

2. The employment of Tabas & Soloff, P.A. in this case is **APPROVED** pursuant to 11 U.S.C. § 327(a), and shall be *nunc pro tunc* to December 13, 2017.

3. Tabas & Soloff, P.A. shall apply for compensation and reimbursement of costs pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

**Submitted By:**

Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
Counsel for the Debtor
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone:    (305) 375 8171
Facsimile:    (305) 381 7708
E mail: jtabas@tabassoloff.com

CASE NO.: 17-24842-BKC-RAM

Attorney Joel L. Tabas is directed to serve copies of this Order on all interested parties and file a Certificate of Service