**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                          Chapter 11

SKYPATROL, LLC,                                    Case No. 17-24842-RAM

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Patrick M. Mosley, Esq. of the law firm of Hill, Ward & Henderson, PA, counsel for Vodafone Global Enterprise Limited in the above-captioned case, hereby requests that copies of all notices, pleadings, and papers filed in this case be served upon the undersigned at the following address and telephone number:

Patrick M. Mosley, Esquire
E-mail: patrick.mosley@hwhlaw.com
Hill, Ward & Henderson, PA
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

**PLEASE TAKE NOTICE** that Vodafone Global Enterprise Limited intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Vodafone Global Enterprise Limited's right to have final orders in noncore matters entered only after do novo review by a District Judge, (2) Vodafone Global Enterprise Limited's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Vodafone Global Enterprise Limited's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Vodafone Global Enterprise Limited is or may be

entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Vodafone Global Enterprise Limited expressly reserves.

**DATED** this 31st day of January, 2018.

*/s/ Patrick M. Mosley*
Patrick M. Mosley
Florida Bar No. 0033735
Hill, Ward & Henderson, PA
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
patrick.mosley@hwhlaw.com
tricia.elam@hwhlaw.com
*Counsel for Vodafone Global Enterprise Limited*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been provided to all registered users by electronic notification via CM/ECF on this 31st day of January, 2018.

*/s/ Patrick M. Mosley*
Patrick M. Mosley
