

**ORDERED in the Southern District of Florida on January 31, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              CASE NO.: 17-24842-BKC-RAM
                                                    Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

**SECOND INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER (1) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS AND (2) SETTING FINAL HEARING**

**THIS CAUSE** having come before the Court on January 24, 2018, at 9:30 a.m. (the "Hearing") upon the Debtor's Emergency Motion for Order (1) Authorizing the Debtor to use Cash Collateral on an Interim Basis and (2) Setting Final Hearing [ECF 14] (the "Motion"), and the Court, having reviewed the Motion and the file, having heard from counsel for the Debtor and the Lenders Trust,[1] and for the reasons set forth on the record, it is

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

CASE NO.: 17-24842-BKC-RAM

**ORDERED** as follows:

1. The Motion is **GRANTED** on an interim basis as set forth herein.

2. The Debtor is authorized to use cash collateral, as that term is defined in 11 U.S.C. § 363(a), to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in the budget attached hereto as Exhibit "A" (the "Budget"), through and including March 20, 2018 (the "Interim Period"); provided, however, that the Debtor is not authorized to use any post-petition proceeds received from VBI under the Purchase Agreement (the "VBI Proceeds").

3. Any VBI Proceeds received by the Debtor shall be held in the debtor in possession account at East West Bank and not disbursed without further order of this Court.

4. The Debtor is authorized to exceed: (i) any line item on the Budget by an amount equal to ten percent (10%) of each such line item; or (ii) any line item by more than ten percent (10%) so long as the total of all amounts in excess of all line items for the Budget do not exceed ten percent (10%) in the aggregate of the total Budget.

5. The Debtor is authorized to use cash collateral for payment of any fees to the Clerk of the Court or the United States Trustee pursuant to 28 U.S.C. § 1930, regardless of whether these fees are specifically addressed by the Budget.

6. In connection with the use of cash collateral during the Interim Period, and in order to provide the Lenders with additional adequate protection, the Lenders shall have, *nunc pro tunc* to December 13, 2017 (the "Petition Date), a replacement lien pursuant to 11 U.S.C. § 361(2) on and in the property of the Debtor, but solely to the same extent and priority, and of the same kind and nature, as the property of the Debtor

securing the pre-Petition Date obligations owed to each of the Lenders; provided, however, that under no circumstance shall the Lenders have a lien on any causes of action arising under 11 U.S.C. §§ 542, 544, 547, 548, 549, 550, 551 or 553 or any proceeds derived therefrom (the "Replacement Liens").

7. The Replacement Liens shall be valid and perfected to the same extent as the prepetition liens, and subject to the same objections and avoidance claims, if any, without the need for the execution, filing or recording of any further documents or instruments otherwise required to be executed or filed under non-bankruptcy law.

8. Notwithstanding anything in the Motion or herein to the contrary, the Court makes no finding as to the extent, validity or priority of the liens or claims held by Lenders Trust, Platinum or Rubin. All parties reserve their rights thereto.

9. This Order is without prejudice to the rights of any party who wishes to be heard in connection with the entry of this Order and/or any subsequent hearing to consider any further interim or final approval of the use of cash collateral.

10. The relief provided herein, including the Debtor's use of the cash collateral, shall be *nunc pro tunc* to the Petition Date.

11. This Court retains exclusive jurisdiction to (i) enforce, implement and interpret the terms of this Order and (ii) resolve any all disputes, controversies or claims arising out of or relating to this Order.

12. A final hearing on the Motion shall be conducted by the Court on **March 21, 2018 at 1:30 p.m.** the United States Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Courtroom 4, Miami, Florida 33128.

###

CASE NO.: 17-24842-BKC-RAM

Submitted By:

Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
Proposed Counsel for the Debtor
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone:   (305) 375 8171
Facsimile:   (305) 381 7708
E mail: jtabas@tabassoloff.com

Attorney Joel L. Tabas is directed to serve copies of this Order on all interested parties and file a Certificate of Service.

EXHIBIT A

Skypatrol, LLC
Monthly Income Statement Comparison

| | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | |
| Sales-Distributors | 15,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 175,000 |
| Sales-Rental Cos. | - | - | - | - | - | 385 | - | - | - | 385 |
| Sales-Powersports | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 22,500 |
| Sales-Domestic Fleet | 15,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 175,000 |
| Sales-International | 100,000 | 125,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 1,275,000 |
| Sales-Communications | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 90,000 |
| Sales-Services | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 13,500 |
| **Total Sales** | 144,000 | 179,000 | 204,000 | 204,000 | 204,000 | 204,385 | 204,000 | 204,000 | 204,000 | 1,751,385 |
| **Cost of Sales** | | | | | | | | | | |
| Cost of Sales - Distributors | 7,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 87,500 |
| Cost of Sales - Rental Cos. | - | - | - | - | - | 34 | - | - | - | 34 |
| Cost of Sales - Powersports | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 11,250 |
| Cost of Sales - Domestic Fleet | 7,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 87,500 |
| Cost of Sales - International | 70,000 | 87,500 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 892,500 |
| Cost of Sales - Communications | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 180,000 |
| Duty - Customs | - | - | - | - | 315 | 152 | - | 372 | 326 | 1,165 |
| Freight In | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 13,500 |
| Freight Out | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 |
| Cost of Sales - Mapping | - | - | - | - | - | - | - | - | - | - |
| Cost of Sales - Satellite Comm | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,250 |
| **Total Cost of Sales** | 109,000 | 131,500 | 149,000 | 149,000 | 149,315 | 149,186 | 149,000 | 149,372 | 149,326 | 1,284,699 |
| **Gross Margin** | 35,000 | 47,500 | 55,000 | 55,000 | 54,685 | 55,199 | 55,000 | 54,628 | 54,674 | 466,686 |
| | 24.3% | 26.5% | 27.0% | 27.0% | 26.8% | 27.0% | 27.0% | 26.8% | 26.8% | 26.6% |
| **Operating Expenses** | | | | | | | | | | |
| Alarm & Security | - | - | - | - | - | - | - | - | - | - |
| Bad Debts Expense | - | 800 | - | - | 800 | - | - | 800 | - | 2,400 |
| Collection Charges | - | - | - | - | - | - | - | - | - | - |
| Bank Charges | - | - | - | - | - | - | - | - | - | - |
| Credit Card Fees | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,600 |
| Interest Expense | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 13,500 |
| Donations | - | - | - | - | - | - | - | - | - | - |
| Dues & Subscriptions | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,350 |
| Postage | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 225 |
| Rent Expense | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 22,500 |
| Repairs & Maintenance | 494 | 118 | 1,157 | (362) | - | - | - | - | - | 1,407 |
| Telephone & Fax | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 18,000 |
| Call Center Expense | - | - | - | - | - | - | - | - | - | - |
| Temporary Labor | 1,412 | 1,536 | 1,987 | 1,347 | 349 | 318 | 3,282 | 3,061 | 2,127 | 15,419 |
| Utilities | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 |
| Advertising/Marketing | - | - | - | - | - | - | - | - | - | - |
| Meals & Entertainment | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,250 |
| Outside Commissions | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 58,500 |

Skypatrol, LLC
Monthly Income Statement Comparison

| | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Shows | - | - | - | - | - | - | - | - | - | - |
| Travel | - | - | - | - | - | - | - | - | - | - |
| Auto Expenses | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 13,500 |
| Auto Insurance | 175 | - | 614 | 1,196 | 359 | 101 | - | 131 | - | 2,574 |
| Auto Lease | 1,242 | - | 1,032 | - | 1,206 | 1,143 | - | - | - | 4,623 |
| Consulting Fees | 2,482 | 2,482 | 2,482 | 2,102 | 2,102 | 2,102 | 2,102 | 668 | 2,102 | 18,625 |
| Legal | - | - | | | | | | | | - |
| Professional Fees | - | - | | | | | | | | - |
| Management Fee | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 22,500 |
| Patents and Trademarks | - | - | | | | | | | | - |
| Health Insurance | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 13,500 |
| Insurance - Other | - | - | | | | | | | | - |
| Computer Expenses | - | - | | | | | | | | - |
| Software Expenses | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 1,800 |
| Internet Service | - | - | | | | | | | | - |
| Lease Equipment Expense | - | - | | | | | | | | - |
| Employee Leasing Expense | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 252,000 |
| Salary-Bonus | - | - | | | | | | | | - |
| Taxes & Licenses | - | - | | | | | | | | - |
| Depreciation Expense | - | - | | | | | | | | - |
| Total Operating Expenses | 53,829 | 52,961 | 55,297 | 52,308 | 52,841 | 51,689 | 53,409 | 52,685 | 52,254 | 477,273 |
| Net Income/(Loss) from Operations | (18,829) | (5,461) | (297) | 2,692 | 1,844 | 3,510 | 1,591 | 1,943 | 2,419 | (10,587) |
| Other Income/Expenses | | | | | | | | | | |
| Finance Charges | - | - | - | - | - | - | - | - | - | - |
| Other Income | - | - | - | 25 | (254) | - | 1,568 | 685 | 650 | 2,674 |
| Other Income - Vending Machine | 345 | 280 | (95) | 105 | 254 | (102) | - | - | (406) | 382 |
| Total Other Income/Expenses | 345 | 280 | (95) | 130 | 0 | (102) | 1,568 | 685 | 243 | 3,056 |
| Net Income/(Loss) | (18,484) | (5,180) | (392) | 2,822 | 1,844 | 3,408 | 3,159 | 2,628 | 2,663 | (7,531) |