Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Skypatrol, LLC, a Delaware Limited Liability Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known): | 17-24842-BKC-RAM |

■ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beacon Law Group, LLC 470 Atlantic Ave., #400 Boston, MA 02210 | | Professional Fees associated with sale - Pending Litigation | Disputed | | | $18,055.00 |
| Bunstine, Watson, McElroy First Tennessee Plaza 800 South Gay St., #2001 Knoxville, TN 37929 | | Professional Fees | Disputed | | | $210,560.28 |
| Coffey Burlington 2601 S. Bayshore Dr., PH Miami, FL 33133 | | Attorneys Fees | | | | $203,743.53 |
| David Topp 2627 S. Bayshore Drive, #605 Miami, FL 33133 | | Loans | | | | $1,600,000.00 |
| Employment Development Dept. POB 826215 MIC 3A Sacramento, CA 94230-6215 | | Unemployment Insurance | | | | $15,129.76 |
| Five9 4000 Executive Pkwy., #400 San Ramon, CA 94583 | | Call Center - Servicer of Goods | Disputed | | | $11,637.68 |
| Gerson Preston Robinson, CPA 4770 Biscayne Blvd., #400 Miami, FL 33137 | | Accounting Fees | | | | $37,058.00 |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jackson Lewis P.C. PO BOX 416019 Boston, MA 02241-6019 | | Attorneys' fees | | | | $54,278.62 |
| Laird Technologies 62722 Collections Center Dr. Chicago, IL 60693 | | purchase of defective devices subject to ongoing litigation and counterclaim | Disputed Subject to Setoff | | | $1,905,192.71 |
| Morrison & Foerster, LLP c/o Harvey W. Gurland, Jr. 200 S. Biscayne Blvd., Suite 3400 Miami, FL 33131 | | Judgment - Case No. 15-012370 CA 01 - in favor of Morrison & Foerster. LLP - accruing interest @ 5.35% per annum | | | | $1,637,283.43 |
| Original Rubins Land Corp. 13040 Old Cutler Road Miami, FL 33143 | | Loan | | | | $75,000.00 |
| Robert Rubin 13040 Old Cutler Rd. Miami, FL 33156 | | expenses | | | | $6,668.07 |
| Royal New Group d/b/a Royal Media Group 80 Broad St., #1701 New York, NY 10004 | | Advertising | Disputed | | | $8,400.00 |
| Shook Hardy & Bacon, LLP 2555 Grand Boulevard Kansas City, MO 64108 | | Professional Fees | | | | $14,727.50 |
| Telefonica 1111 Brickell Avenue 13th FL Miami, FL 33131 | | Debt remains unpaid by purchaser VBI (per shared services agreement) | | | | $24,143.02 |
| Telegraph Hill Advisors 535 Mission Street, 14th FL San Francisco, CA 94105 | | Demand for Arbitration - Financial Advisor related to VBI Group Sale | Disputed | | | $471,900.02 |
| Telenor Connexion AB Snaroyveien 30 N-1331 Fornebu,    Norway | | Old carrier | Disputed | | | $428,184.90 |

Debtor  Skypatrol, LLC, a Delaware Limited Liability Company
      Name

Case number *(if known)*   17-24842-BKC-RAM

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thompson & Knight LLP 1722 Routh St., #1500 Dallas, TX 75201 | | Professional Fees | | | | $48,130.72 |
| Verizon Wireless PO Box 660108 Dallas, TX 75265-0108 | | Device/Goods/Service | Contingent | | | $23,993.96 |
| Vodafone Global Enterprise Ltd. Vodafone House, The Connection Newbury, Berkshire, RG14 2FN, UK | | portion owed by VBI Group - per shared services agreement (May 1, 2017) | Disputed | | | $135,000.00 |

**Fill in this information to identify the case:**

Debtor name      Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known)      17-24842-BKC-RAM

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................   $                    0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................   $            3,639,636.98

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................   $            3,639,636.98

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $              382,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $                    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$            6,984,606.01

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                       $            7,366,606.01

| Fill in this information to identify the case: |
|---|

Debtor name    Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known)    17-24842-BKC-RAM

■ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>5050 W. Tennessee St<br>Tallahassee, FL 32399 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred
July 2017

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>Attn: Maritza Bolano-Moya<br>8175 NW 12th Street<br>Suite 119<br>Miami, FL 33126 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    27525                    Best Case Bankruptcy

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number *(if known)* | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Honorable Benjamin G. Greenberg<br>United States Attorney<br>99 NE 4 St<br>Miami, FL 33132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Honorable Jefferson Sessions<br>Attorney General of the United States<br>950 Pennsylvania Ave, NW, #4400<br>Washington, DC 20530-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Internal Revenue Service<br>P.O. Box 17167, Stop 5730<br>Fort Lauderdale, FL 33318 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Internal Revenue Service<br>99 N.E. Fourth Street<br>Miami, FL 33132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | | Case number *(if known)* | 17-24842-BKC-RAM |
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Internal Revenue Service | *Check all that apply.* | | |
| | PO Box 21126 | ☐ Contingent | | |
| | Philadelphia, PA 19114 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Notice Only | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,729.91 |
| | Agility Logistics Corp | ☐ Contingent | |
| | 5496 Paysphere Cir | ☐ Unliquidated | |
| | Chicago, IL 60674 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2017 | Basis for the claim:  Freight Forwarding Carrier | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
| | American Express | ☐ Contingent | |
| | PO Box  981535 | ☐ Unliquidated | |
| | El Paso, TX 79998-1535 | ☐ Disputed | |
| | **Date(s) debt was incurred** June - August 2017 | Basis for the claim:  Corporate Credit Card | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,055.00 |
| | Beacon Law Group, LLC | ☐ Contingent | |
| | 470 Atlantic Ave., #400 | ☐ Unliquidated | |
| | Boston, MA 02210 | ■ Disputed | |
| | **Date(s) debt was incurred** May 2017 | Basis for the claim:  Professional Fees associated with sale - Pending Litigation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | Brad Ponsford | ☐ Contingent | |
| | c/o Gavin P. Kassel, Esq. | ☐ Unliquidated | |
| | Wells Fargo Building, #207 | ☐ Disputed | |
| | 334 West Third St. | Basis for the claim:  Pending litigation in Central District of California - employee dispute | |
| | San Bernardino, CA 92401-1823 | Case No. 5:17-cv-00119-AG-KK | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $210,560.28 |
| | Bunstine, Watson, McElroy | ☐ Contingent | |
| | First Tennessee Plaza | ☐ Unliquidated | |
| | 800 South Gay St., #2001 | ■ Disputed | |
| | Knoxville, TN 37929 | Basis for the claim:  Professional Fees | |
| | **Date(s) debt was incurred** October 2015 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**
Claudia Gonzalez
16444 SW 66th Street
Miami, FL 33193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** expense reimubursement

Is the claim subject to offset? ☐ No ■ Yes

$430.13

---

**3.7**

**Nonpriority creditor's name and mailing address**
Coffey Burlington
2601 S. Bayshore Dr., PH
Miami, FL 33133

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorneys Fees

Is the claim subject to offset? ■ No ☐ Yes

$203,743.53

---

**3.8**

**Nonpriority creditor's name and mailing address**
Comcast
PO BOX 37601
Philadelphia, PA 19101

**Date(s) debt was incurred** March 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone/Internet

Is the claim subject to offset? ■ No ☐ Yes

$1,617.92

---

**3.9**

**Nonpriority creditor's name and mailing address**
David Topp
2627 S. Bayshore Drive, #605
Miami, FL 33133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

$1,600,000.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Employment Development Dept.
POB 826215 MIC 3A
Sacramento, CA 94230-6215

**Date(s) debt was incurred** January 1, 2017

**Last 4 digits of account number** 3694

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unemployment Insurance

Is the claim subject to offset? ■ No ☐ Yes

$15,129.76

---

**3.11**

**Nonpriority creditor's name and mailing address**
Endeavor Miami, Inc
121 Alhambra Plaza, #1605
Miami, FL 33134

**Date(s) debt was incurred** February 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consulting Services

Is the claim subject to offset? ■ No ☐ Yes

$6,249.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Expressway Motorcars, Inc.
9775 NW 12 St
Miami, FL 33172

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** claims for breach of contract - pending litigation

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | | Case number (if known) | 17-24842-BKC-RAM |
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.50 |
| | Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** June 2017 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Shipping services | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,637.68 |
| | Five9<br>4000 Executive Pkwy., #400<br>San Ramon, CA 94583 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** 12/1/16 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Call Center - Servicer of Goods | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,058.00 |
| | Gerson Preston Robinson, CPA<br>4770 Biscayne Blvd., #400<br>Miami, FL 33137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** April - July 2016 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Accounting Fees | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,254.00 |
| | IOTM Solutions Ltd.<br>32 Zalman Shneur<br>Ramat Hasharon, 47239 Israel | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** January 2017 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Consulting Fees | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,278.62 |
| | Jackson Lewis P.C.<br>PO BOX 416019<br>Boston, MA 02241-6019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** April 2017 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Attorneys' fees | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,387.50 |
| | JAMS, Inc.<br>PO Box 845402<br>Los Angeles, CA 90084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** August 2017 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Mediation Fees | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,372.00 |
| | Kopelowitz Ostrow Ferguson<br>1 West Las Olas Blvd., #500<br>Fort Lauderdale, FL 33301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** November 2017 | | |
| | **Last 4 digits of account number** Yotis | **Basis for the claim:** Professional Fees | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>KORE<br>3700 Mansell Rd., #250<br>Alpharetta, GA 30022 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>Laird Technologies<br>62722 Collections Center Dr.<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,905,192.71 |
|---|---|---|---|
| | **Date(s) debt was incurred** January 2016 | **Basis for the claim:** purchase of defective devices subject to ongoing litigation and counterclaim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Lerman & Lerman<br>Flagler Station Building<br>48 E. Flagler Street, PH 101<br>Miami, FL 33131 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** June 2017 | **Basis for the claim:** Accounting Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Lott & Fischer<br>255 Aragon Avenue, Third FL<br>Miami, FL 33134 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $476.69 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2017 | **Basis for the claim:** Professional Fees - Expert Fees | |
| | **Last 4 digits of account number** 3936 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Montt & CIA. S.A.<br>1700 Los Conquistadores Ave 11<br>11th Floor<br>Providencia Santiago, 753012 CHILE | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** May 2017 | **Basis for the claim:** Professional Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>Morrison & Foerster, LLP<br>c/o Harvey W. Gurland, Jr.<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,637,283.43 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2017 | **Basis for the claim:** Judgment - Case No. 15-012370 CA 01 - in favor of Morrison & Foerster. LLP - accruing interest @ 5.35% per annum | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>North Carolina Dept of Commerce<br>Division of Unemployment<br>POB 26504<br>Raleigh, NC 27611 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $747.26 |
|---|---|---|---|
| | **Date(s) debt was incurred** July 2016 | **Basis for the claim:** Unemployment Ins. | |
| | **Last 4 digits of account number** 1002 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**3.27** Nonpriority creditor's name and mailing address
Original Rubins Land Corp.
13040 Old Cutler Road
Miami, FL 33143

Date(s) debt was incurred  March 2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.28** Nonpriority creditor's name and mailing address
Position Logic LLC
2343 Vanderbilt Beach Rd., #616
Naples, FL 34109

Date(s) debt was incurred  March 2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software

Is the claim subject to offset? ■ No  ☐ Yes

**$236.00**

---

**3.29** Nonpriority creditor's name and mailing address
Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

Date(s) debt was incurred  November 2015

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Lease termination

Is the claim subject to offset? ■ No  ☐ Yes

**$5,005.54**

---

**3.30** Nonpriority creditor's name and mailing address
Robert Rubin
13040 Old Cutler Rd.
Miami, FL 33156

Date(s) debt was incurred  April 2014

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  expenses

Is the claim subject to offset? ■ No  ☐ Yes

**$6,668.07**

---

**3.31** Nonpriority creditor's name and mailing address
Rogers
40 Weber Street East, 5th Floor
Kitchener, ON  N2H 6H3  CANADA

Date(s) debt was incurred  August 2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Communications Services

Is the claim subject to offset? ■ No  ☐ Yes

**$2,748.13**

---

**3.32** Nonpriority creditor's name and mailing address
Royal New Group d/b/a Royal Media Group
80 Broad St., #1701
New York, NY 10004

Date(s) debt was incurred  July 2016

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ■ No  ☐ Yes

**$8,400.00**

---

**3.33** Nonpriority creditor's name and mailing address
Sax Willinger & Gold
5801 NW 151 St., #307
Hialeah, FL 33014

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  professional fees

Is the claim subject to offset? ■ No  ☐ Yes

**$5,873.00**

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,727.50 |
|---|---|---|---|
| | Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Professional Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $541.04 |
|---|---|---|---|
| | Sure-Trac, LLC<br>2450 Atlanta Hwy., #203<br>Cumming, GA 30040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** March 2017 | **Basis for the claim:** Installation Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,056.65 |
|---|---|---|---|
| | T Mobile<br>PO Box 53410<br>Bellevue, WA 98015-3410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** February 2016 | **Basis for the claim:** goods | |
| | **Last 4 digits of account number** 6088 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,143.02 |
|---|---|---|---|
| | Telefonica<br>1111 Brickell Avenue<br>13th FL<br>Miami, FL 33131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Debt remains unpaid by purchaser VBI (per shared services agreement) | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $471,900.02 |
|---|---|---|---|
| | Telegraph Hill Advisors<br>535 Mission Street, 14th FL<br>San Francisco, CA 94105 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** October 2017 | **Basis for the claim:** Demand for Arbitration - Financial Advisor related to VBI Group Sale | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $428,184.90 |
|---|---|---|---|
| | Telenor Connexion AB<br>Snaroyveien 30<br>N-1331<br>Fornebu,     Norway | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** 2014 | **Basis for the claim:** Old carrier | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,800.00 |
|---|---|---|---|
| | The JY Firm<br>c/o Jason Yurasek<br>235 Montgomery St., #1158<br>San Francisco, CA 94104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** April - Nov. 2017 | **Basis for the claim:** Professional Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,130.72 |
|---|---|---|---|
| | Thompson & Knight LLP | ☐ Contingent | |
| | 1722 Routh St., #1500 | ☐ Unliquidated | |
| | Dallas, TX 75201 | ☐ Disputed | |
| | **Date(s) debt was incurred** June 2017 | **Basis for the claim:** Professional Fees | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | Topp Investments | ☐ Contingent | |
| | 3055 N.W. 84th Ave | ☐ Unliquidated | |
| | Miami, FL 33122 | ☐ Disputed | |
| | **Date(s) debt was incurred** July 2017 | **Basis for the claim:** Rent | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,132.54 |
|---|---|---|---|
| | Verizon Wireless | ☐ Contingent | |
| | PO Box 660108 | ☐ Unliquidated | |
| | Dallas, TX 75266-0108 | ☐ Disputed | |
| | **Date(s) debt was incurred** April 2017 | **Basis for the claim:** Cell Phones | |
| | **Last 4 digits of account number** 0001 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,993.96 |
|---|---|---|---|
| | Verizon Wireless | ■ Contingent | |
| | PO Box 660108 | ☐ Unliquidated | |
| | Dallas, TX 75265-0108 | ☐ Disputed | |
| | **Date(s) debt was incurred** February 2017 | **Basis for the claim:** Device/Goods/Service | |
| | **Last 4 digits of account number** 0001 | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135,000.00 |
|---|---|---|---|
| | Vodafone Global Enterprise Ltd. | ☐ Contingent | |
| | Vodafone House, The Connection | ☐ Unliquidated | |
| | Newbury, Berkshire, RG14 2FN, UK | ■ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** portion owed by VBI Group - per shared services agreement (May 1, 2017) | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Donald Mausar Weltman, Weinberg & Reis 323 W Lakeside Ave., 200 Cleveland, OH 44113 | Line 3.32 ☐ Not listed. Explain ___ | 2796 |
| 4.2 | Law Offices of Kenneth Freed 14226 Ventura Blvd., PO Box 5914 Sherman Oaks, CA 91413 | Line 3.14 ☐ Not listed. Explain ___ | 9767 |

| Debtor | Skypatrol, LLC, a Delaware Limited Liability Company | Case number (if known) | 17-24842-BKC-RAM |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Martin L. Nathan<br>2699 S. Bayshore Dr.<br>Miami, FL 33133 | Line  3.12<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304 | Line  3.25<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | Patrick Mosley<br>Hill Ward Henderson<br>3700 Bank of America Plaza<br>101 E. Kennedy Blvd.<br>Tampa, FL 33602 | Line  3.45<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | Thomas H. Walters<br>Howard & Howard Attorneys PLLC<br>450 W Fourth St.<br>Royal Oak, MI 48067 | Line  3.21<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,984,606.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,984,606.01 |

**Fill in this information to identify the case:**

Debtor name    Skypatrol, LLC, a Delaware Limited Liability Company

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known)    17-24842-BKC-RAM

■ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease 48 Months 2017 Mercedes E300W (lease) VIN WDDZF4JB3HA084520 Lease date: 10/24/16 | |
| State the term remaining | 34 | |
| List the contract number of any government contract | 303314 | Mercedes Benz Credit POB 685 Roanoke, TX 76262 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease 2015 Nissan Pathfinder VIN 5N1AR2MN2FC605992 Lease Date: 2/17/15 | |
| State the term remaining | 3 months | |
| List the contract number of any government contract | 25007284157 | Nissan Motor Acceptance Corp. PO Box 740596 Cincinnati, OH 45274-0596 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Lease of equipment - CalAmp LMU | |
| State the term remaining | | |
| List the contract number of any government contract | | Rogers Wireless Partnership 1 MOunt Pleasant, 12th Floor Toronto, ON M4Y2Y5 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease 2015 Tesla S70 VIN 5YJSA1S2XFF082226 Lease Date: 5/16/15 | |
| State the term remaining | 6 months | |
| List the contract number of any government contract | 8275748 | Tesla Finance LLC POB 4387 Portland, OR 97208 |

Debtor 1  Skypatrol, LLC, a Delaware Limited Liability Company          Case number (*if known*)  17-24842-BKC-RAM
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Shared Services Agreement between Debtor and VBI Group, Inc. (third party purchaser of portion of Debtor's Business in May 2017) | |
| | State the term remaining | 2 Months | VBI Group, LLC c/o MEI Auto Finance, Inc. 108 N. Collins St Arlington, TX 76011 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Services for wireless customers | |
| | State the term remaining | | Verizon Wireless POB 660108 Dallas, TX 75265 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | M2M Agreement for the provision of managed connectivity for fleet and asset remote management | |
| | State the term remaining | August 31, 2020 | Vodafone Global Enterprise Ltd. Vodafone House The Connection, Newbury, Berkshire RG142FN England |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy