UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                   CASE NO.: 17-24842-BKC-RAM
                                                                                          Chapter 11
**SKYPATROL, LLC**

   Debtor-In-Possession.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of February, 2018, a true and correct copy of the **Amended List of 20 Largest Creditors, Amended Summary of Schedules and Amended Schedules F and G [ECF 48],** together with a copy of the Notice of Chapter 11 Bankruptcy Case [ECF 7], was furnished via U.S. Mail on the added Creditor, Kore, 3700 Mansell Rd., #250, Alpharetta, GA  30022.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
TABAS & SOLOFF, P.A.
Attorneys for Debtor
25 SE 2nd Avenue - Suite 248
Miami, FL 33131
Telephone:   (305) 375-8171
Facsimile:    (305) 381-7708
Email: jtabas@tabassoloff.com