UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO.: 17-24842-RAM

**SKYPATROL, LLC, a Delaware Limited
Liability Company,**

    **Debtor.**
_____/

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PLEADINGS AND OTHER PAPERS

**PLEASE TAKE NOTICE** that Harvey W. Gurland, Jr., Esq. of the law firm of Duane Morris LLP hereby enters his appearance as counsel on behalf of MORRISON & FOERSTER LLP.  Undersigned counsel respectfully requests to be added to the service matrix, master service list and noticed electronically on all future filings related to this case. The Clerk of Court and all parties are requested to take notice of this appearance and, in accordance with the applicable rules, to serve copies of any and all motions, pleadings, notices, orders, reports and/or documents of any kind or nature filed in these proceedings, whether filed in these proceedings by the Court or any other party in interest, upon the undersigned attorneys at the following addresses:

Harvey W. Gurland, Jr., Esq.
**DUANE MORRIS LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2200
Facsimile: (305) 397-1874
hwgurland@duanemorris.com
nmcastillo@duanemorris.com
pnmendoza@duanemorris.com

ADV. CASE NO.: 8:16-ap-00020-MGW

| | |
|---|---|
| Dated: February 13, 2018 | DUANE MORRIS LLP |
| | By: /s/ Harvey W. Gurland, Jr. |
| | Harvey W. Gurland, Jr. |
| | Florida Bar No.: 284033 |
| | hwgurland@duanemorris.com |
| | nmcastillo@duanemorris.com |
| | pnmendoza@duanemorris.com |
| | 200 South Biscayne Boulevard, Suite 3400 |
| | Miami, Florida 33131 |
| | Telephone: (305) 960-2200 |
| | Facsimile: (305) 397-1874 |
| | *Counsel for Morrison & Foerster LLP* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 13, 2018 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to those parties registered to receive electronic notices of filing in this case.

By: s/Harvey W. Gurland, Jr.
Harvey W. Gurland, Jr.