UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:     CHAPTER 11

SKYPATROL, LLC     Case No.: 17-24842- RAM

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

    Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

    I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 20th day of February, 2018.

                                                Daniel M. McDermott
                                               United States Trustee
                                               Region 21

                                       By: _____/s/_____
                                               Steven D. Schneiderman
                                               Trial Attorney
                                               Office of the U.S. Trustee
                                               51 SW First Ave.
                                               Room 1204
                                               Miami, FL 33130
                                               Tele: (305) 536-7285
                                               Fax: (305) 536-7360
                                               Steven.D.Schneiderman@usdoj.gov

**EXHIBIT A**

| Names and contact information. | Email addresses |
|---|---|
| Tami F. Johanson<br>Vice President & Assistant General Counsel<br>Laird Technologies, Inc.<br>8100 Industrial Park Drive<br>Grand Blanc, MI  48439<br>Ph.:  810-344-2190 | tami.johanson@lairdtech.com |
| Phillip B. Courten<br>Telegraph Hill Advisors, LLC (THA)<br>1424 Kearny St<br>San Francisco, CA  94133<br>Ph:  917-363-3635 | phillip@telehilladvisors.com |
| Paul J. Schwiep, Partner<br>Coffey Burlington, P.L.<br>2601 South Bayshore Dr., PH 1<br>Miami, FL  33133<br>Ph:  305-858-2900<br>Fax: 305-858-5261 | Pschwiep@coffeyburlington.com<br>YVB@Coffeyburlington.com |

## SERVICE LIST

- Harvey W Gurland    hwgurland@duanemorris.com, nmcastillo@duanemorris.com;pnmendoza@duanemorris.com
- Zakarij N Laux    zlaux@bastamron.com, dtimpone@bastamron.com;jdepina@bastamron.com
- Patrick M Mosley    pmosley@hwhlaw.com, telam@hwhlaw.com
- Paul L. Orshan    paul@orshanpa.com, emily@orshanpa.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com
- Joel L Tabas    jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com

Robert P Frankel
1000 South Pine Rd #410
Plantation, FL 33324

Jerrold L. Becker
800 S. Gay St.
Suite #2001
Knoxville, TN  37929