UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:       CASE                                        NO.: 17-24842-BKC-RAM
                                                         Chapter 11

SKYPATROL, LLC.
a Delaware limited liability company,

 Debtor.

_____/

(AMENDED)
DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM DECEMBER 13, 2017 TO DECEMBER 31, 2017

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.

     /s/                              Joel L. Tabas
     Joel                        L. Tabas, Esq.
                                 Attorney for Debtor
                                 Tabas & Soloff, P.A.
     25                          S.E. Second Avenue, Suite 248
     Miam                        i, Florida 33131
     Telephone:                          (305) 375-8171
                                 jtabas@tabassoloff.com

Skypatrol, LLC
c/o Robert D. Rubin
3055 N.W. 84th Avenue
Miami, FL  33122

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

### FOR THE PERIOD BEGINNING December 13, 2017 AND ENDING December 31, 2017

Name of Debtor: Skypatrol, LLC
Date of Petition: December 13, 2017

Case Number 17-24842-BKC-RAM

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $107,998.97 (a) | $107,998.97 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $48,558.08 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | $45,720.00 | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $94,278.08 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $202,277.05 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | $419.93 | |
| C. Contract Labor | $4,868.86 | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | $338.80 | |
| F. Inventory Payments *(See Attach. 2)* | $72,265.00 | |
| G. Leases | $1,029.53 | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | $16,249.91 | |
| K. Professional Fees (Accounting & Legal) | $9,590.63 | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | $188.40 | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | $616.10 | |
| S. Travel & Entertainment | $591.39 | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | $1,390.47 | |
| V. Vehicle Expenses | $35.00 | |
| W. Other Operating Expenses *(See MOR-3)* | $16,087.26 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $123,671.28 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $77,605.77 (c) | $78,605.77 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 29th day of Feb. 2018.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Internet Service | $681.34 | |
| Computer Expenses | $35.00 | |
| Communications | $241.00 | |
| Dues & Subscriptions | $119.92 | |
| Separate IT Infrastructure | $15,000.00 | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $16,087.26 | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

### ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Skypatrol, LLC        Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017    Period ending   December 31,2017

ACCOUNTS RECEIVABLE AT PETITION DATE:  $383,136.98

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 383,136.98 | (a) |
| PLUS: Current Month New Billings | $ 50,311.58 | |
| MINUS: Collection During the Month | $ 45,720.00 | (b)  PLUS/MINUS: |
| Adjustments or Writeoffs | $ 150,000.00 | * |
| End of Month Balance | $ 237,728.56 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 110,130 | $83,409 | $ 39,356 | $190,035 | $412,000 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Receivable Customer write-off, | Date | Status (Collection efforts taken, estimate of  collectibility, disputed account, etc.) |
|---|---|---|
| Evolution Track | 5/2017 | Lawsuit filed |
| Kika Enterprise | 10/2017 | Collectible over next 90 days |
| Logicsat | 7/2015 | Pending Collection action in Brazil |
| Optimizer | various | Skypatrol Subsidiary |
| Skypatrol Columbia | various | Skypatrol Subsidiary |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: Skypatrol, LLC             Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017    Period ending  December 31,2017

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 12/15 | | Verizon | Phones | $445.00 |
| 12/14 | | Widetech | Platform Provider | $1,263.00 |
| | | Ted Brennan | Accounting Services | $731.25 |
| | | Skypatrol Columbia | | $9,500.00 |
| 12/23 | 7 | AMEX | Misc | $1,716.80 |
| 12/29 | 2 | Florida Blue | Health Ins. | $169.40 |
| 12/29 | | William Queudo | Consultant | $800.00 |
| 12/29 | 1 | Gloria Grimaldo | Cleaning | $150.00 |
| 12/30 | 1 | FPL | Electricity | $1,390.47 |
| 12/31 | 0 | Position Logic | Platform Services | $241.00 |
| | 0 | Iridium | Satellite Connectivity | $226.39 |
| | | Natalie Gutierrez | Accounting Services | $306.00 |
| | | Progressive | Employee/Payroll Service | $14,038.00 |
| | | ECS Shipping | Shipping/Carrier | $4,560.78 |
| 12/23 – 12/27 | various | AMEX | Various Charges (see attached detail) | $9,123.53 |

TOTAL AMOUNT        $44,661.62                                              _____(b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 0.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $44,661.62 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $44,661.62 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Date Secured Creditor/ Lessor | Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

Outstanding Post-Petition Expenses/Bills

| Date | Vendor | Description of Charge | Amount |
|------|--------|----------------------|--------|
| 12/18/2017 | amex | entertainment | $43.92 |
| 12/21/2017 | amex | prior month reversal | $210.50 |
| 12/21/2017 | amex | rebilling | $200.35 |
| 12/21/2017 | amex | entertainment | $386.15 |
| 12/22/2017 | amex | amazon router | $112.39 |
| 12/23/2017 | amex | gas | $45.00 |
| 12/24/2017 | amex | office supplies | $18.37 |
| 12/24/2017 | amex | sunpass | $25.00 |
| 12/26/2017 | amex | supplies | $32.09 |
| 12/26/2017 | amex | AT&T (2 months) | $1,005.02 |
| 12/26/2017 | amex | stamps | $29.40 |
| 12/26/2017 | amex | godaddy renwals | $495.08 |
| 12/27/2017 | amex | express cargo | $6,520.26 |
| | | | $9,123.53 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Skypatrol, LLC          Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017          Period ending  December 31,2017

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:          $  300,000.00
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $  300,000.00 | (a) |
| PLUS: Inventory Purchased During Month | $  72,265.00 | |
| MINUS: Inventory Used or Sold | $  53,400.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $  84,218.31 | * |
| Inventory on Hand at End of Month | $  234,646.69 | |

METHOD OF COSTING INVENTORY:      Lower of cost or market

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 30      % | 25      % | 35      % | 10      % | =          100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**   miscellaneous antennas, batteries and cables

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:      $1,500          (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Office Equipment/Computers

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $      N/A | (a)(b) |
| MINUS:  Depreciation Expense | $ | |
| PLUS:  New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  None

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC          Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017      Period ending  December 31,2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: City National Bank               BRANCH:   Miami -Corporate Banking Center

ACCOUNT NAME: Operating*                ACCOUNT NUMBER:   x8179

PURPOSE OF ACCOUNT:       OPERATING – RECEIPT OF SALES PROCEEDS ONLY (per court order)

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 22,696.75 | |
| Plus Total Amount of Outstanding Deposits | $  8,516.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $      255.33 | * |
| Minus Service Charges | $     419.93 | |
| Ending Balance per Check Register | $ 30,957.42 | **(a) |

**\*Debit cards are used by      n/a

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee) N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred          to Payroll Account
         $500_____ Tansferred to Tax Account (EastWest Bank)

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

- **Pursuant to Court Order for Sales Receipts Only.**

# City National Bank
## Bci FINANCIAL GROUP

*Rcvd 01/08/2018*

   

Account:
XXXXXX8179

1 of 7

### Client Service

**Online**
citynational.com

**CityTel**
305-349-CITY (2489)
1-800-762-CITY (2489)

**Your Banking Center**
Corporate Banking
P.O. Box 025620
Miami, FL 33102-5620

**Telephone**
305-577-7336
800-435-8839

**Your Banking Center Hours**
Lobby:    Monday - Friday:    8:30am - 5:00pm

3546 2 AV 0.370                                  P:3546 / T:14 / S:


SKYPATROL LLC
DE-OPERATING
3055 NW 84TH AVE
DORAL FL 33122-1921



For additional locations
and hours, please visit
citynational.com

**Member FDIC**          **EQUAL HOUSING LENDER**

## Regular Commercial Checking
### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX8179 | Beginning Balance: | $105,480.42 |
| Last Statement: | November 30, 2017 | Ending Balance: | $22,696.75 |
| This Statement: | December 29, 2017 | Average Ledger Balance: | $90,330.29 |
| | | Low Balance: | $3,724.78 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |
| | | | | — |



Deposit in a Snap!

Our app is free, but standard rates and fees may apply from your wireless carrier. App store is a service mark of Apple Inc. Android is a trademark of Google, Inc. Regular account charges apply. The Mobile Remote Deposit service is subject to eligibility. Deposit limits and other restrictions apply.

Continued on the next page



# You asked for it...

**At City National Bank, we heard you when you asked for ATMs with newer technology and features.**

Now available at all of our banking centers, our new ATMs accept envelope-free deposits! Simply insert your checks and cash and the ATM does the rest. Your checks are scanned, your currency is counted and the total appears on the screen. You can confirm the amounts and even request the check images on your receipt.



| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 12-12 | Check # 10218 | | 20.00 | 107,978.97 |
| 12-13 | Deposit | 2,416.00 | | 110,394.97 |
| 12-13 | Bankcard Mtot Dep | 518.83 | | 110,913.80 |
| 12-13 | Wire Transfer Sky Cop Paraguay S.a. 02600959356Ft01 | 5,430.00 | | 116,343.80 |
| 12-13 | Wire Transfer Prysma Technologies, 231372691000008 | | 15,000.00 | 101,343.80 |
| 12-13 | Dr Offset Skypatrol Llc Achplus Origsetl 2810911864 | | 343.75 | 101,000.05 |
| 12-13 | Check # 60744 | | 535.50 | 100,464.55 |
| 12-13 | Check # 10221 | | 8,859.38 | 91,605.17 |
| 12-14 | Bankcard Mtot Dep | 607.25 | | 92,212.42 |
| 12-14 | Skypatrol Soluti Payments Skypatrolllc | 1,338.00 | | 93,550.42 |
| 12-14 | Progressive Empl Payroll 374500000000007 | | 16,249.91 | 77,300.51 |
| 12-15 | Bankcard Mtot Dep | 891.00 | | 78,191.51 |
| 12-15 | Wire Transfer Protek Srl 12100024804Ft01 | 6,000.00 | | 84,191.51 |
| 12-15 | Wire Transfer Navega.com, S.a. 12100024821Ft01 | 36,600.00 | | 120,791.51 |
| 12-15 | Check # 60745 | | 1,986.86 | 118,804.65 |
| 12-15 | Monthly Service Fee | | 419.93 | 118,384.72 |
| 12-18 | Bankcard Mtot Dep | 40.00 | | 118,424.72 |
| 12-18 | American Express Settlement 4098057441 | 648.63 | | 119,073.35 |
| 12-18 | Wire Transfer Assured Tracking Inc 02100002106Ft01 | 3,120.00 | | 122,193.35 |
| 12-18 | American Express Settlement 4098057441 | 4,099.56 | | 126,292.91 |
| 12-18 | Check # 60743 | | 300.00 | 125,992.91 |
| 12-18 | Check # 60750 | | 1,029.53 | 124,963.38 |
| 12-19 | Deposit | 2,039.00 | | 127,002.38 |
| 12-19 | Bankcard Mtot Dep | 204.59 | | 127,206.97 |
| 12-19 | Wire Transfer San Diego Sociedad An 12100024822Ft01 | 1,430.00 | | 128,636.97 |
| 12-20 | Deposit | 502.00 | | 129,138.97 |
| 12-20 | Bankcard Mtot Dep | 347.00 | | 129,485.97 |

Continued on the next page

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 12-20 | Wire Transfer Skypatrol, Llc Chapte 322070381000208 | | 500.00 | 128,985.97 |
| 12-20 | Wire Transfer Skypatrol, Llc Chapte 322070381000211 | | 100,000.00 | 28,985.97 |
| 12-21 | Bankcard Mtot Dep | 738.81 | | 29,724.78 |
| 12-21 | Wire Transfer Skypatrol, Llc Chapte 322070381000178 | | 26,000.00 | 3,724.78 |
| 12-26 | Bankcard Btot Dep | 719.00 | | 4,443.78 |
| 12-26 | American Express Collection 4098057441 | | 100.00 | 4,343.78 |
| 12-27 | Deposit | 2,629.72 | | 6,973.50 |
| 12-28 | Bankcard Mtot Dep | 149.00 | | 7,122.50 |
| 12-29 | Deposit | 13,430.00 | | 20,552.50 |
| 12-29 | Bankcard Mtot Dep | 2,144.25 | | 22,696.75 |
| 12-29 | Ending totals | 239,863.73 | 322,647.40 | 22,696.75 |

## Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10215* | 12-08 | 8,138.96 | 60741 | 12-11 | 172.00 |
| 10218 | 12-12 | 20.00 | 60742 | 12-11 | 172.00 |
| 10219* | 12-11 | 350.00 | 60743 | 12-18 | 300.00 |
| 10221* | 12-13 | 8,859.38 | 60744 | 12-13 | 535.50 |
| 60722* | 12-11 | 425.25 | 60745 | 12-15 | 1,986.86 |
| 60729* | 12-05 | 549.19 | 60746* | 12-11 | 675.00 |
| 60740 | 12-11 | 595.20 | 60750 | 12-18 | 1,029.53 |

* Skip In Check Sequence

Continued on the next page



Amount: $2,416.00  Date: 12/13/2017

Amount: $2,416.00  Date: 12/13/2017

Amount: $2,039.00  Date: 12/19/2017

Amount: $2,039.00  Date: 12/19/2017

Amount: $502.00  Date: 12/20/2017

Amount: $502.00  Date: 12/20/2017

Amount: $2,629.72  Date: 12/27/2017

Amount: $2,629.72  Date: 12/27/2017

Amount: $13,430.00  Date: 12/29/2017

Amount: $13,430.00  Date: 12/29/2017

Check # 10215  Amount: $8,138.96  Date: 12/08/2017

Check # 10215  Amount: $8,138.96  Date: 12/08/2017



Check # 10218  Amount: $20.00  Date: 12/12/2017

Check # 10218  Amount: $20.00  Date: 12/12/2017

Check # 10219  Amount: $350.00  Date: 12/11/2017

Check # 10219  Amount: $350.00  Date: 12/11/2017

Check # 10221  Amount: $8,859.38  Date: 12/13/2017

Check # 10221  Amount: $8,859.38  Date: 12/13/2017

Check # 60722  Amount: $425.25  Date: 12/11/2017

Check # 60722  Amount: $425.25  Date: 12/11/2017

Check # 60729  Amount: $549.19  Date: 12/05/2017

Check # 60729  Amount: $549.19  Date: 12/05/2017

**Image Front Unavailable**

**Image Back Unavailable**

Check # 60740  Amount: $595.20  Date: 12/11/2017

Check # 60740  Amount: $595.20  Date: 12/11/2017

Check # 60741  Amount: $172.00  Date: 12/11/2017



Check # 60741  Amount: $172.00  Date: 12/11/2017

Check # 60742  Amount: $172.00  Date: 12/11/2017

Check # 60742  Amount: $172.00  Date: 12/11/2017

Check # 60743  Amount: $300.00  Date: 12/18/2017

Check # 60743  Amount: $300.00  Date: 12/18/2017

Check # 60744  Amount: $535.50  Date: 12/13/2017

Check # 60744  Amount: $535.50  Date: 12/13/2017

Check # 60745  Amount: $1,986.86  Date: 12/15/2017

Check # 60745  Amount: $1,986.86  Date: 12/15/2017

Check # 60746  Amount: $675.00  Date: 12/11/2017

Check # 60746  Amount: $675.00  Date: 12/11/2017

Check # 60750  Amount: $1,029.53  Date: 12/18/2017



Check # 60750  Amount: $1,029.53  Date: 12/18/2017

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: <u>Skypatrol, LLC</u>          Case Number <u> 17-24842-BKC-RAM</u>
Reporting Period beginning: <u> December 13, 2017 </u>    Period ending <u> December 31,2017</u>

NAME OF BANK: <u> City National Bank          </u>    BRANCH: <u>  Miami, FL               </u>

ACCOUNT NAME: <u>  Skypatrol, LLC – Sales Receipts Only [Per Court Order ECF 26]   </u>

ACCOUNT NUMBER: <u>  x8179                                              </u>

PURPOSE OF ACCOUNT: <u>        OPERATING                               </u>

     Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 12/13 | Wire | Prysma | Separate IT Infrastructure | $15,000 |
| 12/13 | Wire | Ted Brennan | Accounting Services | $343.75 |
| 12/13 | 60744 | Natalia Gutierez | Accounting Personnel | $535.50 |
| 12/13 | 10221 | Tennessee Law Mal. | Legal Fees | $8,859.38 |
| 12/14 | Wire | Progressive Emp, Payroll – Employee Payroll | | $16,249.91 |
| 12/15 | 60745 | Raul Vergara | Office Personnel | $1,986.86 |
| 12/18 | 60743 | Gloria Grimaldo | Office Cleaning | $300.00 |
| 12/18 | 60750 | Tesla Motors | Company Auto Lease | $1,029.53 |
| 12/18 | AutoPay | Bank Fees | CNB Account Fees | $419.93 |
| 12/20 | Wire | Tax Acct (DIP) | EastWest Bank – Sales Tax | $500.00 |
| 12/20 | Wire | Skypatrol (DIP-OP) | EastWest DIP (Sweep) | $100,000.00 |
| 12/21 | Wire | Skypatrol (DIP-OP) | EastWest DIP (Sweep) | $26,000.00 |
| 12/26 | Wire | AMEX | Fees | $100.00 |
| TOTAL | | | | $171,524.86 |

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC      Case Number  17-24842-BKC-RAM

Reporting Period beginning:  December 13, 2017      Period ending  December 31,2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  East West Bank      BRANCH:  EL Monte, CA

ACCOUNT NAME:  Operating      ACCOUNT NUMBER:  x9429

PURPOSE OF ACCOUNT:  OPERATING – RECEIPT OF SALES PROCEEDS ONLY (per court order)

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 58,978.50 | |
| Plus Total Amount of Outstanding Deposits | $  0 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 2,391.86 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 56,586.64 | **(a) |

**\*Debit cards are used by**  n/a

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee) **N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred      to Payroll Account

$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# EASTWEST BANK
*Your financial bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   3
STARTING DATE: December 20, 2017
ENDING DATE: December 31, 2017
Total days in statement period: 12
9429
( 4)

OZ 01
SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
3055 NW 84TH AVE
MIAMI FL  33122-1921

Gifting is simple with the East West Bank Visa® Gift Card! It's great for any occasion and is accepted at millions of locations worldwide with the protection you expect from Visa. Visit your local branch for details!

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 9429 | Beginning balance | $0.00 |
| Enclosures | 4 | Total additions (5) | 138,335.00 |
| Low balance | $58,530.50 | Total subtractions (7) | 79,356.50 |
| Average balance | $63,910.67 | Ending balance | $58,978.50 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-20 | Wire Trans-IN | SKYPATROL LLC | 100,000.00 |
| | 12-21 | Wire Trans-IN | 1/GARCIA, DANIELA | 7,697.00 |
| | 12-21 | Wire Trans-IN | SKYPATROL LLC | 26,000.00 |
| | 12-22 | Wire Trans-IN | LOCALIZA PARAGUAY S.A. | 890.00 |
| | 12-27 | Swift IN Bk Cre | 1/GLOBAL SECURITY CONSULTANS S.A | 3,748.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 525 | 12-26 | 2,000.00 | 530 * | 12-26 | 950.00 |
| 527 * | 12-28 | 300.00 | * Skip in check sequence | | |
| 528 | 12-26 | 841.50 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-20 | Outgoing Wire | MICRON ELECTRONICS LLC | 3,515.00 |
| 12-21 | Outgoing Wire | QUECLINK WIRELESS SOLUTIONS CO | 68,750.00 |
| 12-29 | Outgoing Wire | Cristian Gabriel M oreno | 3,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-20 | 96,485.00 | 12-26 | 58,530.50 | 12-29 | 58,978.50 |
| 12-21 | 61,432.00 | 12-27 | 62,278.50 | | |
| 12-22 | 62,322.00 | 12-28 | 61,978.50 | | |

3409      rev 05-16

# EAST WEST BANK  *Your financial bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page 2 of 3
STARTING DATE: December 20, 2017
ENDING DATE: December 31, 2017
9429

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

425

3410    rev 05-16

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017     Period ending  December 31,2017

NAME OF BANK:  EastWest Bank                   BRANCH:  EL Monte, CA

ACCOUNT NAME:   Skypatrol, LLC – DIP Account

ACCOUNT NUMBER:  x9429

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/22 | 525 | Wilmer Ramiro Sanchez | System Dev. | $2,000.00 |
| 12/22 | 526 | Raul Vergara | Contractor | $1,986.86 |
| 12/22 | 527 | Gloria Grimaldo | Office Cleaning | $300.00 |
| 12/22 | 528 | Natalia Gutierez | Accounting Personnel | $841.50 |
| 12/22 | 529 | Nissan Motor | Car Lease (Pathfinder) | $405.00 |
| 12/21 | 530 | William Queredo | Production Personnel | $950.00 |
| 12/20 | wire | Micron Elec. | Purchase Inventory | $3,515.00 |
| 12/21 | wire | Queclink Wireless | Purchase Inventory | $68,750.00 |
| 12/29 | wire | Cristian Moreno | International Bus. Dev Manager | $3,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                        $81,748.36

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  December 13, 2017     Period ending  December 31,2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:  ____N/A_____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:  _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: Skypatrol, LLC          Case Number  17-24842-BKC-RAM

Reporting Period beginning:  December 13, 2017    Period ending  December 31,2017

NAME OF BANK:    N/A              BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017      Period ending  December 31,2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  EastWest Bank                    BRANCH:   El Monte, CA

ACCOUNT NAME:  Skypatrol, LLC – Tax Account          ACCOUNT NUMBER:   x9443

PURPOSE OF ACCOUNT:       TAX

| | | |
|---|---|---|
| Ending (beginning) Balance per Bank Statement | $500.00 | |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $188.40 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $311.60 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 12/21 | $188.40 | FL. Dept. Rev | Sales Tax | to pay November 2017 sales tax |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# EASTWEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: December 20, 2017
ENDING DATE: December 31, 2017
Total days in statement period: 12
9443
( 0 )

OZ 01
SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
3055 NW 84TH AVE
MIAMI FL  33122-1921

Gifting is simple with the East West Bank Visa® Gift Card! It's great for any occasion and is accepted at millions of locations worldwide with the protection you expect from Visa. Visit your local branch for details!

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 9443 | Beginning balance | | $0.00 |
| Low balance | $311.60 | Total additions | ( 1) | 500.00 |
| Average balance | $327.30 | Total subtractions | ( 1) | 188.40 |
| | | Ending balance | | $311.60 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-20 | Wire Trans-IN | SKYPATROL LLC | 500.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-21 | Preauth Debit | FLA DEPT REVENUE C01 171221 43116732 | 188.40 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-20 | 500.00 | 12-21 | 311.60 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409     rev 05-16

# ATTACHMENT 5C

# CHECK REGISTER - TAX ACCOUNT

Name of Debtor: Skypatrol, LLC                Case Number 17-24842-BKC-RAM

Reporting Period beginning: December 13, 2017        Period ending  December 31,2017

NAME OF BANK:  EastWest Bank                BRANCH:

ACCOUNT NAME:  Skypatrol, LLC – Tax Account        ACCOUNT NUMBER:  x9443

PURPOSE OF ACCOUNT:      TAX


Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/21 | Electronic Pay | Fl. Dept Rev | November Sales Tax | $188.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                $188.40   (d)

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | | (a) |
| Sales & Use Taxes Paid | $188.40 | (b) |
| Other Taxes Paid | | (c) |
| TOTAL | $188.40 | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
(Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5Q).
(d) These two lines must be equal.

Skypatrol, LLC
BANK RECONCILIATION
City National Bank - Account #      8179
G/L Account 1142-100

DATE 12/31/2017

BALANCE PER BANK STATEMENT                                                                                    22,696.75

TOTAL DEPOSITS IN-TRANSIT:                                                                                      8,516.00

OUTSTANDING CHECKS:                                                                                              (255.33)

ENDING BANK BALANCE:                                                                                           30,957.42

BALANCE PER GENERAL LEDGER:                                                                                   46,491.34

Deposits on Bank Stmt not reflected in GL:
October Unposted Cash Accrual - pending to reverse              -28,707.84
November Unposted Cash Accrual - pending to reverse             -5,325.57
UPDATED DIFF - OCTOBER                                           25,880.12
UPDATED DIFF - NOVEMBER                                            -17.24
Reclass bank account                                            -4,638.00                    see 9429 rec

Payments on Bank Stmt not reflected in GL:
Wires / ACH / Direct Debits not posted:

Manual checks not posted:

Journal Entries
SkyBank Credit Card Fees                                                        posted 244.34 through AP
City National Bank Charges                                                      posted 419.93 through AP
Amex Credit Card Fees                                        (556.34)

Ending Balance                                                                                                 33,126.47

unreconciled difference - propose to write-off once all cash from prior periods is posted/accrual reversed        2,169.05

Skypatrol, LLC
BANK RECONCILIATION
East West Bank - Account #:         9429
G/L Account 1133-100

DATE 12/31/2017

| | | |
|---|---|---|
| BALANCE PER BANK STATEMENT | | 58,978.50 |
| G/L Transactions in transit | | |
| TOTAL DEPOSITS IN-TRANSIT: | | - |
| OUTSTANDING CHECKS: | | (2,391.86) |
| ENDING BANK BALANCE: | | 56,586.64 |
| | | |
| BALANCE PER GENERAL LEDGER: | | 58,775.24 |

Deposits on Bank Stmt not reflected in GL:

| | | |
|---|---|---|
| 12/22 LOC11 | 890.00 | Dr 1133 / Cr 1 |
| 12/27 RAD11 | 3,748.00 | Dr 1133 / Cr 1 |
| Transfer CNB to EWB *9443 | -500.00 | see 9443 rec |

Payments on Bank Stmt not reflected in GL:
Wires / ACH / Direct Debits not posted:

| | | |
|---|---|---|
| 12/28 W-T Mateo | -3,515.00 | not recorded |
| 12/29 W-T Cristian | -3,000.00 | not recorded |
| Float from EWB *9443 posted to *9429 | 188.40 | see 9443 rec |

Manual checks not posted:

Journal Entries

SkyBank Credit Card Fees
City National Bank Charges
Amex Credit Card Fees                                      plug

| | | |
|---|---|---|
| Ending Balance | | 56,586.64 |

Outstanding Checks-East West Bank
       12/31/17

| Check# | Amount | | |
|--------|--------|--|--|
| 526 | 1,986.86 | 12/22/17 | Raul Vergara |
| 529 | 405.00 | 12/22/17 | Nissan |

| Total | 2,391.86 |
|-------|----------|

**Skypatrol, LLC**
**BANK RECONCILIATION**
East West Bank - Account #        9443
G/L Account 1134-100

DATE 12/31/2017

| | |
|---|---|
| BALANCE PER BANK STATEMENT | 311.60 |
| C/C Transactions in-transit: | - |
| TOTAL DEPOSITS IN-TRANSIT: | - |
| OUTSTANDING CHECKS: | - |
| ENDING BANK BALANCE: | 311.60 |

| | | |
|---|---|---|
| BALANCE PER GENERAL LEDGER: | | - |
| Deposits on Bank Stmt not reflected in GL: | | |
| 12/20 Wire in from Skypatrol | 500.00 | Dr 1134 / Cr 1 |
| Payments on Bank Stmt not reflected in GL: | | |
| Wires / ACH / Direct Debits not posted: | | |
| 12/21 Preauthorized Debit - Florida Department of Revenue | 188.40 | Dr 1133 / Cr 1 |
| Journal Entries | | |
| SkyBank Credit Card Fees | | |
| Ending Balance | | 311.60 |

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable | | | | |
|---|---|---|---|---|
| | | N/A | | Current |
| Instrument | Face Value | Purchase Price | Date of Purchase | Market Value |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                                   _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| | **(Column 2)** | **(Column 3)** | **(Column 4)** |
|---|---|---|---|
| | Maximum | Amount of Petty | Difference between |
| Location of | Amount of Cash | Cash On Hand | (Column 2) and |
| Box/Account | in Drawer/Acct. | At End of Month | (Column 3) |
| _____N/A_____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                          **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)     $**_____**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
   amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
   MOR-2, Line 7).

# ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: Skypatrol, LLC                          Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017      Period ending  December 31,2017

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| FL. DEPT REV, | 1/20/18 | Sales Tax | $162.32 | 12/21/17 | 11-1-17 hru 11-30-2017 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | $162.32 | | | | |

ATTACHMENT 7

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  December 13, 2017     Period ending   December 31,2017

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Robert D. Rubin | CEO | Salary | $7,500.00 |
| Robert D. Rubin | CEO | Vehicle Lease (Tesla Motors) | $1,029.53 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 3 | 6 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 3 | 6 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| See attached list |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**The following lapse in insurance coverage occurred this month: N/A**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

X    **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant developments

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before ___April 12, 2018_____.