UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 17-24842-BKC-RAM
Chapter 11

**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

**DEBTOR'S MOTION FOR AUTHORITY TO (1) PAY AMERICAN
EXPRESS AND (2) CONTINUE CORPORATE CHARGE CARD PROGRAM**

Skypatrol, LLC ("Skypatrol" or the "Debtor"), through undersigned counsel, hereby moves for entry of an order authorizing the Debtor to pay American Express and to continue its corporate charge card program with American Express (the "Motion"), and in support thereof, states as follows:

1. On December 13, 2017 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business as Debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. Skypatrol is a Delaware limited liability company, doing business in Miami, Florida, primarily engaged in the business of distributing GPS tracking devices to fleet businesses, power sport businesses and law enforcement.

3. The Debtor relies, in the ordinary course of business, on certain third parties to supply goods and services without which the Debtor's business could not operate or would operate at significantly reduced profitability (the "Critical Vendors").

4. The Debtor maintains a corporate card payment program with American Express (the "Amex Corporate Card Program"), which the Debtor uses for its business

operations (e.g., travel expenses and payment to the Critical Vendors for procurement of the items and services used in the ordinary course of its operation). Prior to the Petition Date, payments for the Amex Corporate Card Program were charged to the Debtor's American Express account (the "Amex Program Charges").

5. The Debtor benefits from use of the Amex Corporate Card Program by accruing Membership Rewards® points, which are available for Debtor to use as payment towards the Amex Program Charges.

6. The Debtor did not include the Amex Corporate Card Program in its first day motions, and as a result, the Debtor's Amex Corporate Card Program was suspended from use. In response, the Debtor filed an *Emergency Motion for Entry of an Order Authorizing the Debtor to Pay or Honor Prepetition Obligation to Certain Critical Vendors* [ECF 17] in order to pay any pre-petition Amex Program Charges for Critical Vendors' goods and services that did not fully process prior to the account suspension.

7. On December 27, 2017, this Court entered its *Order Granting Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Pay or Honor Prepetition Obligation to Certain Critical Vendors* [ECF 28] (the "Critical Vendor Order").

8. Since the entry of the Critical Vendor Order, counsel for the Debtor has spoken with counsel for American Express regarding the Debtor's ability to maintain the Amex Corporate Card Program post-petition. In connection therewith, American Express advised that a portion of the Amex Program Charges, including charges for Critical Vendors' goods and services, did process despite the account suspension, and,

as a result, American Express has an outstanding balance in the amount of $5,850.13 owed to it.[1]

9.   Based on the foregoing, the Debtor seeks this Court's authority to pay American Express the balance it is owed in order: (i) to ensure that the Amex Program Charges, including the charges for Critical Vendors' good and services, are not reversed; (ii) for the Debtor's American Express account to be unsuspended; and (iii) for the Debtor to be able to continue to utilize its American Express Corporate Card Program and all of its benefits post-petition, including, without limitation, its Membership Rewards® points, the value of which exceeds the balance owed to American Express.

10.   Accordingly, the unsuspension of the Debtor's Amex Corporate Card Program and the Debtor's ability to utilize it post-petition is in the best interest of the Debtor and its estate because of, among other things, the substantial amount of Membership Rewards® points that will be available to the Debtor to offset, *inter alia*, any future travel related expenses.

**WHEREFORE**, the Debtor respectfully requests this Court enter an order: (1) granting the instant Motion; (2) authorizing the Debtor to pay American Express in the amount of $5,850.13; (3) authorizing the Debtor to continue its corporate card program with American Express; and (4) granting such other and further relief that the Court deems just and proper.

---

[1] Of the $5,850.13 balance, only $3,719.99 is for pre-petition charges. The remaining $2,130.14 in charges processed post-petition.

CASE NO.: 17-24842-BKC-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 28, 2018, a true and correct copy of the foregoing was furnished via CM/ECF to all parties registered to receive electronic notification from the Court and via U.S. Mail to all parties listed on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
TABAS & SOLOFF, P.A.
Attorneys for Debtor
25 SE Second Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
Email:   jtabas@tabassoloff.com