UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   CASE NO.: 17-24842-BKC-RAM
 Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**I HEREBY CERTIFY** that on the 1st day of March, 2018, a true and correct copy of the **Notice of Hearing [ECF 59],** on the Debtor-in-Possession's Motion for Authority to (1) Pay American Express and (2) Continue Corporate Charge Card Program [ECF 57], was furnished via CM/ECF to all parties registered to receive electronic notification from the Court and via U.S. Mail to all interested parties listed the attached Service List, and via Email and U.S. Mail to the following:

| | | |
|---|---|---|
| Tami F. Johanson<br>Vice President & Assistant General Counsel<br>Laird Technologies, Inc.<br>8100 Industrial Park Drive<br>Grand Blanc, MI 48439<br>Ph.: 810-344-2190<br>tami.johanson@lairdtech.com | Phillip B. Courten<br>Telegraph Hill Advisors, LLC (THA)<br>1424 Kearny St.<br>San Francisco, CA 94133<br>Ph: 917-363-3635<br>phillip@telehilladvisors.com | Paul J. Schwiep<br>Coffey Burlington, P.L.<br>2601 South Bayshore Dr., PH 1<br>Miami, FL 33133<br>Ph: 305-858-2900<br>Fax: 305-858-526<br>Pschwiep@coffeyburlington.com<br>YVB@Coffeyburlington.com |

    Respectfully submitted,

    /s/ Joel L. Tabas
    Joel L. Tabas
    Florida Bar No. 516902
    TABAS & SOLOFF, P.A.
    As Applicant for Attorneys for Debtor
    25 SE 2nd Avenue - Suite 248
    Miami, FL 33131
    Telephone: (305) 375-8171
    Facsimile: (305) 381-7708
    Email: jtabas@tabassoloff.com

17-24842-RAM
Skypatrol, LLC
3055 N.W. 84th Avenue
Miami, FL 33122-1921

17-24842-RAM
Agility Logistics Corp
5496 Paysphere Cir
Chicago, IL 60674-0054

17-24842-RAM
American Express
P.O. Box 981535
El Paso, TX 79998-1535

17-24842-RAM
Beacon Law Group, LLC
470 Atlantic Ave., #400
Boston, MA 02210-2208

17-24842-RAM
Brad Ponsford
c/o Gavin P. Kassel, Esq.
334 West Third St., #207
San Bernardino, CA 92401-1828

17-24842-RAM
Bunstine, Watson, McElroy
First Tennessee Plaza
800 South Gay St., #2001
Knoxville, TN 37929-9710

17-24842-RAM
Claudia Gonzalez
16444 SW 66th Street
Miami, FL 33193-5613

17-24842-RAM
Coffey Burlington
2601 S. Bayshore Dr., PH
Miami, FL 33133-5419

17-24842-RAM
Comcast
PO BOX 37601
Philadelphia, PA 19101-0601

17-24842-RAM
David Schmidt
24252 Ontario Ln
Lake Forest, CA 92630-1919

17-24842-RAM
David Topp
2627 S. Bayshore Drive, #605
Miami, FL 33133-5439

17-24842-RAM
Donald Mausar
Weltman, Weinberg & Reis
323 W Lakeside Ave., 200
Cleveland, OH 44113-1009

17-24842-RAM
Employment Development Dept.
POB 826215 MIC 3A
Sacramento, CA 94230-6215

17-24842-RAM
Endeavor Miami, Inc
121 Alhambra Plaza, #1605
Miami, FL 33134-4540

17-24842-RAM
Expressway Motorcars, Inc.
9775 NW 12 St.
Miami, FL 33172-2787

17-24842-RAM
Federal Express
P.O. Box 660481
Dallas, TX 75266-0481

17-24842-RAM
Five9
4000 Executive Pkwy., #400
San Ramon, CA 94583-4206

17-24842-RAM
Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0100

17-24842-RAM
Florida Department of Revenue
Attn: Maritza Bolano-Moya
8175 NW 12th Street
Suite 119, Miami, FL  33126

17-24842-RAM
Gerson Preston Robinson, CPA
4770 Biscayne Boulevard, Suite 400
Miami, FL 33137

17-24842-RAM
Honorable Benjamin G. Greenberg
United States Attorney
99 NE 4 St
Miami, FL 33132-2145

17-24842-RAM
Honorable Jefferson Sessions
Attorney General of the United States
950 Pennsylvania Ave, NW, #4400
Washington, DC 20530-0001

17-24842-RAM
IOTM Solutions Ltd.
32 Zalman Shneur
Ramat Hasharon,  47239 Israel

17-24842-RAM
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia Pa 19101-7346

17-24842-RAM
JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084-0012

17-24842-RAM
Jackson Lewis P.C.
PO BOX 416019
Boston, MA 02241-6019

17-24842-RAM
Ken Wiesner
1036 Lexington Avenue
Broomfield, CO 80023-9363

17-24842-RAM
Kopelowitz Ostrow Ferguson
1 West Las Olas Blvd., #500
Fort Lauderdale, FL 33301-1928

17-24842-RAM
Kore
3700 Mansell Rd., #250
Alpharetta, GA 30022

17-24842-RAM
Laird Technologies
62722 Collections Center Dr.
Chicago, IL 60693-0627

17-24842-RAM
Law Offices of Kenneth Freed
14226 Ventura Blvd.,
PO Box 5914
Sherman Oaks, CA 91413-5914

17-24842-RAM
Lawrence A. Jones
751 NE 4th Ave
Fort Lauderdale, FL 33304-2681

17-24842-RAM
Lerman & Lerman
Flagler Station Building
48 E. Flagler Street, PH 101
Miami, FL 33131-1012

17-24842-RAM
Lott & Fischer
255 Aragon Avenue, Third FL
Miami, FL 33134-5054

17-24842-RAM
Martin L. Nathan
2699 S. Bayshore Drive
Miami, FL 33133-5408

17-24842-RAM
Mercedes Benz Credit
POB 685
Roanoke, TX 76262-0685

17-24842-RAM
Michael Guzzardi
11426 S. Belmont Dr.
Plainfield, IL 60585-6130

17-24842-RAM
Montt & CIA. S.A.
1700 Los Conquistadores Ave 11
11th Floor
Providencia Santiago,   753012  CHILE

17-24842-RAM
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1061

17-24842-RAM
Morrison & Foerster, LLP
c/o Harvey W. Gurland, Jr.
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131-5323

17-24842-RAM
Nissan Motor Acceptance Corp.
PO Box 740596
Cincinnati, OH 45274-0596

17-24842-RAM
North Carolina Dept of Commerce
Division of Unemployment
POB 26504
Raleigh, NC 27611-6504

17-24842-RAM
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

17-24842-RAM
Original Rubins Land Corp.
13040 Old Cutler Road
Miami, FL 33156-6466

17-24842-RAM
Platinum Financial Trust, LLC
2801 Fairview, Suite W
Greenwood, IN 46142-1339

17-24842-RAM
Position Logic LLC
2343 Vanderbilt Beach Rd., #616
Naples, FL 34109-2777

17-24842-RAM
Reginald G. Ponsford, IV
2042 Flamingo Dr.
Costa Mesa, CA 92626-4722

17-24842-RAM
Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

17-24842-RAM
Robert D. Rubin
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Trebuchet Corp. Trust
c/o Robert Leeds, Trustee
1035 Park Ave.
New York, NY  10028

17-24842-RAM
Robert Rubin
13040 Old Cutler Rd.
Miami, FL 33156-6466

17-24842-RAM
Rogers
40 Weber Street East, 5th Floor
Kitchener, ON  N2H 6H3  CANADA

17-24842-RAM
Rogers Wireless Partnership
1 Mount Pleasant, 12th Floor
Toronto, ON M4Y2Y5

17-24842-RAM
Royal New Group d/b/a Royal Media Group
80 Broad St., #1701
New York, NY 10004-2245

17-24842-RAM
Sax Willinger & Gold
5801 NW 151 St., #307
Hialeah, FL 33014-2476

~~17-24842-RAM~~
~~Sean Graham~~
~~51 Rue St. Tropez~~
~~Miramar Beach, FL 32550-7158~~

17-24842-RAM
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

17-24842-RAM
Sure-Trac, LLC
2450 Atlanta Hwy., #203
Cumming, GA 30040-1251

17-24842-RAM
T Mobile
PO Box 53410
Bellevue, WA 98015-3410

17-24842-RAM
Telegraph Hill Advisors
535 Mission Street, 14th FL
San Francisco, CA 94105-3253

17-24842-RAM
Telenor Connexion AB
Snaroyveien 30
N-1331
Fornebu, Norway

17-24842-RAM
Tesla Finance LLC
POB 4387
Portland, OR 97208-4387

17-24842-RAM
Thomas H. Walters
Howard & Howard Attorneys PLLC
450 W Fourth St.
Royal Oak, MI 48067-2557

17-24842-RAM
Thompson & Knight LLP
1722 Routh St., #1500
Dallas, TX 75201

17-24842-RAM
Topp Group, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Investments
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Labels, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
VBI Group
c/o MEI Auto Finance, Inc.
108 N. Collins Street
Arlington, TX 76011-7316

17-24842-RAM
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

17-24842-RAM
Vodafone Global Enterprise Ltd.
Vodafone House
The Connection, Newbury
RG14 2FN
United Kingdom

17-24842-RAM
~~William Northrup~~
~~611 Whittier Rd~~
~~Spencerport, NY 14559-9742~~

17-24842-RAM
~~Blackhill USA Corp~~
~~2642 SW 153 Path~~
~~Miami, FL 33185-4863~~

17-24842-RAM
~~EarthLink Business~~
~~Deltacom 1058~~
~~PO Box 2252~~
~~Birmingham, AL 35246-0031~~

17-24842-RAM
~~Simplex Grinnell~~
~~10550 Commerce Parkway~~
~~Hollywood, FL 33025-3913~~

17-24842-RAM
~~Iridium Satellite LLC~~
~~PO Box 37542~~
~~6200 Chevy Chase Drive~~
~~Baltimore, MD 21297-3542~~

17-24842-RAM
~~Prysma Technologies~~
~~155 Sunrise Pkwy~~
~~Mountainside, NJ 07092-2912~~

17-24842-RAM
~~Queclink Wireless Solutions, Ltd~~
~~Adam Liao~~
~~Room 501, Bldg. 9~~
~~99 Tianzhou Road, Shanghai 200233~~
~~China~~

17-24842-RAM
~~Ship ESC~~
~~PO Box 527622~~
~~Miami, FL 33152-7622~~