Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 20, 2017

From: United States Bankruptcy Court, Southern District of Florida

**Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice**
   **In re: Skypatrol, LLC, a Delaware Limited Liability, Case Number 17-24842, RAM**

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Miami**

---

Undeliverable Address:
Telefonica
Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
**1111 Brickell Avenue, 10th Floor**
**Miami, FL 33131**

Undeliverable Address:
American Express
P.O. Box 5300001
Atlanta, GA   30353
Reason Undeliverable: No Such Address

THE UPDATED ADDRESS IS:
**PO Box 981542**
**El Paso, TX 79998**

CASE NO.: 17-24842-BKC-RAM

Respectfully submitted,

<u>/s/ Joel L. Tabas</u>
Joel L. Tabas
Florida Bar No. 516902
TABAS & SOLOFF, P.A.                    Dated: March 7, 2018
Attorneys for Debtor
25 SE 2nd Avenue - Suite 248
Miami, FL 33131
Telephone:      (305) 375-8171
Facsimile:       (305) 381-7708
Email:   jtabas@tabassoloff.com

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**