

**ORDERED in the Southern District of Florida on March 8, 2018.**

*[signature]*

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  CASE NO.: 17-24842-BKC-RAM
                                                                        Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO (1) PAY AMERICAN EXPRESS AND (2) CONTINUE CORPORATE CHARGE CARD PROGRAM**

**THIS CAUSE** having come before the Court on March 6, 2018, at 10:30 a.m. (the "Hearing") upon the Debtor's Motion for Authority to (1) Pay American Express and (2) Continue Corporate Charge Card Program (the "Motion") [ECF 57], and the Court, having reviewed the Motion and the file, having heard argument of counsel at the hearing, having noted no objection to the Motion being filed or made at the hearing, and for the reasons set forth on the record, it is

**ORDERED** as follows:

1.    The Motion is **GRANTED**.

2. The Debtor is authorized to pay American Express the amount of $5,850.13, provided that the Debtor's AMEX Corporate Card Program[1] is unsuspended and American Express continues to provide services to the Debtor under the same pre-petition terms.

3. The Debtor is authorized to maintain and use its AMEX Corporate Card Program post-petition.

# # #

**Submitted By:**

Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
Counsel for the Debtor
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone:   (305) 375 8171
Facsimile:    (305) 381 7708
E mail: jtabas@tabassoloff.com

**Copy furnished to:**

Joel L. Tabas, Esq.
Attorney Joel L. Tabas is directed to serve copies of this Order on all interested parties and file a Certificate of Service.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.