UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              CASE NO.: 17-24842-BKC-RAM
                                                                    Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2018, a true and correct copy of the **Order Granting Debtor's Motion for Authority to (A) Pay American Express and (B) Continue Corporate Charge Card Program [ECF 62],** entered on March 8, 2018, was furnished via CM/ECF to all parties registered to receive electronic notification from the Court and via U.S. Mail to all parties listed on the attached service list.

    Respectfully submitted,

    /s/ Joel L. Tabas
    Joel L. Tabas
    Florida Bar No. 516902
    TABAS & SOLOFF, P.A.
    Attorneys for Debtor
    25 SE Second Avenue, Suite 248
    Miami, Florida 33131
    Telephone: (305) 375-8171
    Email:  jtabas@tabassoloff.com

| | | |
|---|---|---|
| 17-24842-RAM<br>Skypatrol, LLC<br>3055 N.W. 84th Avenue<br>Miami, FL 33122-1921 | 17-24842-RAM<br>Agility Logistics Corp<br>5496 Paysphere Cir<br>Chicago, IL 60674-0054 | 17-24842-RAM<br>American Express<br>P.O. Box 981542<br>El Paso, TX 79998-1542 |
| 17-24842-RAM<br>Beacon Law Group, LLC<br>470 Atlantic Ave., #400<br>Boston, MA 02210-2208 | 17-24842-RAM<br>Brad Ponsford<br>c/o Gavin P. Kassel, Esq.<br>334 West Third St., #207<br>San Bernardino, CA 92401-1828 | 17-24842-RAM<br>Bunstine, Watson, McElroy<br>First Tennessee Plaza<br>800 South Gay St., #2001<br>Knoxville, TN 37929-9710 |
| 17-24842-RAM<br>Claudia Gonzalez<br>16444 SW 66th Street<br>Miami, FL 33193-5613 | 17-24842-RAM<br>Coffey Burlington<br>2601 S. Bayshore Dr., PH<br>Miami, FL 33133-5419 | 17-24842-RAM<br>Comcast<br>PO BOX 37601<br>Philadelphia, PA 19101-0601 |
| 17-24842-RAM<br>David Schmidt<br>24252 Ontario Ln<br>Lake Forest, CA 92630-1919 | 17-24842-RAM<br>David Topp<br>2627 S. Bayshore Drive, #605<br>Miami, FL 33133-5439 | 17-24842-RAM<br>Donald Mausar<br>Weltman, Weinberg & Reis<br>323 W Lakeside Ave., 200<br>Cleveland, OH 44113-1009 |
| 17-24842-RAM<br>Employment Development Dept.<br>POB 826215 MIC 3A<br>Sacramento, CA 94230-6215 | 17-24842-RAM<br>Endeavor Miami, Inc<br>121 Alhambra Plaza, #1605<br>Miami, FL 33134-4540 | 17-24842-RAM<br>Expressway Motorcars, Inc.<br>9775 NW 12 St.<br>Miami, FL 33172-2787 |
| 17-24842-RAM<br>Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | 17-24842-RAM<br>Five9<br>4000 Executive Pkwy., #400<br>San Ramon, CA 94583-4206 | 17-24842-RAM<br>Florida Department of Revenue<br>5050 W. Tennessee St<br>Tallahassee, FL 32399-0100 |
| 17-24842-RAM<br>Florida Department of Revenue<br>Attn: Maritza Bolano-Moya<br>8175 NW 12th Street<br>Suite 119, Miami, FL  33126 | 17-24842-RAM<br>Gerson Preston Robinson, CPA<br>4770 Biscayne Boulevard, Suite 400<br>Miami, FL 33137 | 17-24842-RAM<br>Honorable Benjamin G. Greenberg<br>United States Attorney<br>99 NE 4 St<br>Miami, FL 33132-2145 |
| 17-24842-RAM<br>Honorable Jefferson Sessions<br>Attorney General of the United States<br>950 Pennsylvania Ave, NW, #4400<br>Washington, DC 20530-0001 | 17-24842-RAM<br>IOTM Solutions Ltd.<br>32 Zalman Shneur<br>Ramat Hasharon,  47239 Israel | 17-24842-RAM<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia Pa 19101-7346 |
| 17-24842-RAM<br>JAMS, Inc.<br>PO Box 845402<br>Los Angeles, CA 90084-0012 | 17-24842-RAM<br>Jackson Lewis P.C.<br>PO BOX 416019<br>Boston, MA 02241-6019 | 17-24842-RAM<br>Ken Wiesner<br>1036 Lexington Avenue<br>Broomfield, CO 80023-9363 |
| 17-24842-RAM<br>Kopelowitz Ostrow Ferguson<br>1 West Las Olas Blvd., #500<br>Fort Lauderdale, FL 33301-1928 | 17-24842-RAM<br>Kore<br>3700 Mansell Rd., #250<br>Alpharetta, GA 30022 | 17-24842-RAM<br>Laird Technologies<br>62722 Collections Center Dr.<br>Chicago, IL 60693-0627 |

| | | |
|---|---|---|
| 17-24842-RAM<br>Law Offices of Kenneth Freed<br>14226 Ventura Blvd.,<br>PO Box 5914<br>Sherman Oaks, CA 91413-5914 | 17-24842-RAM<br>Lawrence A. Jones<br>751 NE 4th Ave<br>Fort Lauderdale, FL 33304-2681 | 17-24842-RAM<br>Lerman & Lerman<br>Flagler Station Building<br>48 E. Flagler Street, PH 101<br>Miami, FL 33131-1012 |
| 17-24842-RAM<br>Lott & Fischer<br>255 Aragon Avenue, Third FL<br>Miami, FL 33134-5054 | 17-24842-RAM<br>Martin L. Nathan<br>2699 S. Bayshore Drive<br>Miami, FL 33133-5408 | 17-24842-RAM<br>Mercedes Benz Credit<br>POB 685<br>Roanoke, TX 76262-0685 |
| 17-24842-RAM<br>Michael Guzzardi<br>11426 S. Belmont Dr.<br>Plainfield, IL 60585-6130 | 17-24842-RAM<br>Montt & CIA. S.A.<br>1700 Los Conquistadores Ave 11<br>11th Floor<br>Providencia Santiago,   753012  CHILE | 17-24842-RAM<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1061 |
| 17-24842-RAM<br>Morrison & Foerster, LLP<br>c/o Harvey W. Gurland, Jr.<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131-5323 | 17-24842-RAM<br>Nissan Motor Acceptance Corp.<br>PO Box 740596<br>Cincinnati, OH 45274-0596 | 17-24842-RAM<br>North Carolina Dept of Commerce<br>Division of Unemployment<br>POB 26504<br>Raleigh, NC 27611-6504 |
| 17-24842-RAM<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | 17-24842-RAM<br>Original Rubins Land Corp.<br>13040 Old Cutler Road<br>Miami, FL 33156-6466 | 17-24842-RAM<br>Platinum Financial Trust, LLC<br>2801 Fairview, Suite W<br>Greenwood, IN 46142-1339 |
| 17-24842-RAM<br>Position Logic LLC<br>2343 Vanderbilt Beach Rd., #616<br>Naples, FL 34109-2777 | 17-24842-RAM<br>Reginald G. Ponsford, IV<br>2042 Flamingo Dr.<br>Costa Mesa, CA 92626-4722 | 17-24842-RAM<br>Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 |
| 17-24842-RAM<br>Robert D. Rubin<br>3055 NW 84 Ave<br>Miami, FL 33122-1921 | 17-24842-RAM<br>Trebuchet Corp. Trust<br>c/o Robert Leeds, Trustee<br>1035 Park Ave.<br>New York, NY  10028 | 17-24842-RAM<br>Robert Rubin<br>13040 Old Cutler Rd.<br>Miami, FL 33156-6466 |
| 17-24842-RAM<br>Rogers<br>40 Weber Street East, 5th Floor<br>Kitchener, ON  N2H 6H3  CANADA | 17-24842-RAM<br>Rogers Wireless Partnership<br>1 Mount Pleasant, 12th Floor<br>Toronto, ON M4Y2Y5 | 17-24842-RAM<br>Royal New Group d/b/a Royal Media Group<br>80 Broad St., #1701<br>New York, NY 10004-2245 |
| 17-24842-RAM<br>Sax Willinger & Gold<br>5801 NW 151 St., #307<br>Hialeah, FL 33014-2476 | ~~17-24842-RAM~~<br>~~Sean Graham~~<br>~~51 Rue St. Tropez~~<br>~~Miramar Beach, FL 32550-7158~~ | 17-24842-RAM<br>Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
| 17-24842-RAM<br>Sure-Trac, LLC<br>2450 Atlanta Hwy., #203<br>Cumming, GA 30040-1251 | 17-24842-RAM<br>T Mobile<br>PO Box 53410<br>Bellevue, WA 98015-3410 | 17-24842-RAM<br>Telegraph Hill Advisors<br>535 Mission Street, 14th FL<br>San Francisco, CA 94105-3253 |

17-24842-RAM
Telefonica USA, Inc.
1111 Brickell Ave., 10th FL
Miami, FL 33131

17-24842-RAM
Telenor Connexion AB
Snaroyveien 30
N-1331
Fornebu, Norway

17-24842-RAM
Tesla Finance LLC
POB 4387
Portland, OR 97208-4387

17-24842-RAM
Thomas H. Walters
Howard & Howard Attorneys PLLC
450 W Fourth St.
Royal Oak, MI 48067-2557

17-24842-RAM
Thompson & Knight LLP
1722 Routh St., #1500
Dallas, TX 75201

17-24842-RAM
Topp Group, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Investments
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Labels, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
VBI Group
c/o MEI Auto Finance, Inc.
108 N. Collins Street
Arlington, TX 76011-7316

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

17-24842-RAM
Vodafone Global Enterprise Ltd.
Vodafone House
The Connection, Newbury
RG14 2FN
United Kingdom

17-24842-RAM
~~17-24842-RAM~~
~~William Northrup~~
~~611 Whittier Rd~~
~~Spencerport, NY 14559-9742~~

17-24842-RAM
~~Blackhill USA Corp~~
~~2642 SW 153 Path~~
~~Miami, FL 33185-4863~~

17-24842-RAM
~~EarthLink Business~~
~~Deltacom 1058~~
~~PO Box 2252~~
~~Birmingham, AL 35246-0031~~

17-24842-RAM

~~Simplex Grinnell~~
~~10550 Commerce Parkway~~
~~Hollywood, FL 33025-3913~~

~~Iridium Satellite LLC~~
~~PO Box 37542~~
~~6200 Chevy Chase Drive~~
~~Baltimore, MD 21297-3542~~

17-24842-RAM
~~Prysma Technologies~~
~~155 Sunrise Pkwy~~
~~Mountainside, NJ 07092-2912~~

17-24842-RAM

17-24842-RAM
~~Queclink Wireless Solutions, Ltd~~
~~Adam Liao~~
~~Room 501, Bldg. 9~~
~~99 Tianzhou Road, Shanghai 200233~~
~~China~~

17-24842-RAM
~~Ship ESC~~
~~PO Box 527622~~
~~Miami, FL 33152-7622~~