UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

SKYPATROL, LLC,

        Debtor.
_____/

Case No. 17-24842-RAM

Chapter 11

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR ORDER (1) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS AND (2) SETTING FINAL HEARING**

The Official Committee of Unsecured Creditors (the "Committee") files this limited objection to the Debtor's Emergency Motion for Order (1) Authorizing the Debtor To Use Cash Collateral On An Interim Basis And (2) Setting Final Hearing [ECF No. 14] ("Cash Collateral Motion") and states the following:

1. The Committee generally does not oppose the framework set forth in the Debtor's Cash Collateral Motion except as outlined below.

2. *First*, the carveout for chapter 5 claims should also include claims the Debtor could assert (or has already asserted) against third-parties per 11 U.S.C. § 541. The Debtor and Mr. Rubin have already indicated they do not oppose this requested relief.

3. *Second*, the upcoming hearing on March 21, 2018 should be treated as an interim, and not a final hearing, on cash collateral. The Committee was just recently formed, and thus, needs additional time to review the secured creditors' claims prior to a final order relating to cash collateral with potential factual findings relating to the secured

creditors' claims being entered. It is anticipated that the Committee will need approximately 45 days to complete any investigation.

WHEREFORE, the Committee requests that (1) the Court deny the relief requested in the Cash Collateral Motion insofar that § 541 claims are subject to replacements liens of the purported secured creditors, (2) treat the hearing set for March 21, 2018 as an interim hearing on the Cash Collateral Motion and (3) grant such further relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and served via electronic transmission to all electronic recipients through CM/ECF and via U.S. Mail on March 19, 2018 to all interested parties on the attached service list.

## SERVICE LIST

**Via CM/ECF**

Harvey W Gurland, Jr on behalf of Attorney Harvey W Gurland, Jr
hwgurland@duanemorris.com, nmcastillo@duanemorris.com, pnmendoza@duanemorris.com, AutoDocketMIA@duanemorris.com

Zakarij N Laux on behalf of Creditor Trustee R. Leeds
zlaux@bastamron.com, dtimpone@bastamron.com, jdepina@bastamron.com

Patrick M Mosley, Esq. on behalf of Creditor Vodafone Global Enterprise Limited
pmosley@hwhlaw.com, telam@hwhlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan, Esq. on behalf of Creditor Platinum Financial Trust, LLC
paul@orshanpa.com, emily@orshanpa.com

Paul J Pascuzzi on behalf of Creditor Telegraph Hill Advisors, LLC

ppascuzzi@ffwplaw.com, phillip@telehilladvisors.com, lnlasley@ffwplaw.com

Joel L Tabas, Esq on behalf of Debtor Skypatrol, LLC, a Delaware Limited Liability Company
jtabas@tabassoloff.com, jcepero@tabassoloff.com, kborrego@tabassoloff.com

**Via U.S. Mail**

See attached creditor matrix.

          /s/ Jonathan S. Feldman
          Jonathan S. Feldman, Esq.
          Perlman, Bajandas, Yevoli & Albright, P.L.
          283 Catalonia Avenue, Suite 200
          Miami, Florida  33134
          Telephone:  (305) 377-0086
          Facsimile:  (305) 377-0781
          jfeldman@pbyalaw.com

*Proposed Committee Counsel*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-24842-RAM<br>Southern District of Florida<br>Miami<br>Mon Mar 19 14:01:02 EDT 2018 | Skypatrol, LLC, a Delaware Limited Liability<br>3055 N.W. 84th Avenue<br>Miami, FL 33122-1921 | Telegraph Hill Advisors, LLC<br>Felderstein Fitzgerald et al<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814-4432 |
| Vodafone Global Enterprise Limited<br>c/o Patrick M. Mosley<br>Hill Ward Henderson<br>101 E. Kennedy Blvd.<br>Suite 3700<br>Tampa, FL 33602-5195 | Agility Logistics Corp<br>5496 Paysphere Cir<br>Chicago, IL 60674-0054 | American Express<br>P.O. Box 981542<br>El Paso TX 79998-1542 |
| Beacon Law Group, LLC<br>470 Atlantic Ave., #400<br>Boston, MA 02210-2208 | Brad Ponsford<br>c/o Gavin P. Kassel, Esq.<br>Wells Fargo Building, #207<br>334 West Third St.<br>San Bernardiano, CA 92401-1828 | Bunstine, Watson & Becker<br>First Tennessee Plaza<br>800 S. Gay Street<br>Suite 2001<br>Knoxville, TN 37929-9710 |
| Bunstine, Watson, McElroy<br>First Tennessee Plaza<br>800 South Gay St., #2001<br>Knoxville, TN 37929-9710 | Cellco Partnership d/b/a Verizon Wireless, o<br>William Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147-6105 | Claudia Gonzalez<br>16444 SW 66th Street<br>Miami, FL 33193-5613 |
| Coffey Burlington<br>2601 S. Bayshore Dr., PH<br>Miami, FL 33133-5419 | Coffey Burlington, P.L.<br>2601 South Bayshore Drive, PH 1<br>Miami, FL 33133-5460 | Comcast<br>PO BOX 37601<br>Philadelphia, PA 19101-0601 |
| David Schmidt<br>24252 Ontario Ln<br>Lake Forest, CA 92630-1919 | David Topp<br>2627 S. Bayshore Drive, #605<br>Miami, FL 33133-5439 | Donald Mausar<br>Weltman, Weinberg & Reis<br>323 W Lakeside Ave., 200<br>Cleveland, OH 44113-1009 |
| EarthLink Business<br>Deltacom 1058<br>PO Box 2252<br>Birmingham, AL 35246-0031 | Employment Development Dept.<br>POB 826215 MIC 3A<br>Sacramento, CA 94230-6215 | Endeavor Miami, Inc<br>121 Alhambra Plaza, #1605<br>Miami, FL 33134-4540 |
| Expressway Motorcars, Inc.<br>9775 NW 12 St.<br>Miami, FL 33172-2787 | Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Five 9 Inc<br>Creditors Adjustment Bureau<br>14226 Ventura Blvd<br>Sherman Oaks, CA 91423-2777 |
| Five9<br>4000 Executive Pkwy., #400<br>San Ramon, CA 94583-4206 | Florida Department of Revenue<br>5050 W. Tennessee St<br>Tallahassee, FL 32399-0100 | Florida Department of Revenue<br>Attn: Maritza Bolano-Moya<br>8175 NW 12th Street<br>Suite 119<br>Miami, FL 33126-1828 |
| Gerson Preston Robinson, CPA<br>666 71st St<br>Miami Beach, FL 33141-3099 | Honorable Benjamin G. Greenberg<br>United States Attorney<br>99 NE 4 St<br>Miami, FL 33132-2145 | Honorable Jefferson Sessions<br>Attorney General of the United States<br>950 Pennsylvania Ave, NW, #4400<br>Washington, DC 20530-0001 |

IOTM Solutions Ltd.
32 Zalman Shneur
Ramat Hasharon, 47239 Israel

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Iridium Satellite LLC
PO Box 37542
6200 Chevy Chase Drive
Baltimore, MD 21297-3542

JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084-0012

Jackson Lewis P.C.
1133 Westchester Avenue Suite S 125
West Harrison NY 10604-3516

Jackson Lewis P.C.
PO BOX 416019
Boston, MA 02241-6019

Ken Wiesner
1036 Lexington Avenue
Broomfield, CO 80023-9363

Kopelowitz Ostrow Ferguson
1 West Las Olas Blvd., #500
Fort Lauderdale, FL 33301-1928

Kore
3700 Mansell Rd., #250
Alpharetta, GA 30022-1520

Laird Technologies
62722 Collections Center Dr.
Chicago, IL 60693-0627

Law Offices of Kenneth Freed
14226 Ventura Blvd.,
PO Box 5914
Sherman Oaks, CA 91413-5914

Lawrence A. Jones
751 NE 4th Ave
Fort Lauderdale, FL 33304-2681

Lerman & Lerman
Flagler Station Building
48 E. Flagler Street, PH 101
Miami, FL 33131-1012

Lott & Fischer
255 Aragon Avenue, Third FL
Miami, FL 33134-5054

Martin L. Nathan
2699 S. Bayshore Drive
Miami, FL 33133-5408

Mercedes Benz Credit
POB 685
Roanoke, TX 76262-0685

Michael Guzzardi
11426 S. Belmont Dr.
Plainfield, IL 60585-6130

Montt & CIA. S.A.
1700 Los Conquistadores Ave 11
11th Floor
Providencia Santiago,   753012  CHILE

Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1061

Morrison & Foerster, LLP
c/o Harvey W. Gurland, Jr.
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131-5323

Nissan Motor Acceptance Corp.
PO Box 740596
Cincinnati, OH 45274-0596

North Carolina Dept of Commerce
Division of Unemployment
POB 26504
Raleigh, NC 27611-6504

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Original Rubins Land Corp.
13040 Old Cutler Road
Miami, FL 33156-6466

Paul J. Schwiep
Coffey Burlington, P.L.
2601 South Bayshore Drive, PH 1
Miami, FL 33133-5460

Platinum Financial Trust, LLC
2801 Fairview, Suite W
Greenwood, IN 46142-1339

Position Logic LLC
2343 Vanderbilt Beach Rd., #616
Naples, FL 34109-2777

Prysma Technologies
155 Sunrise Pkwy
Mountainside, NJ 07092-2912

Reginald G. Ponsford, IV
2042 Flamingo Dr.
Costa Mesa, CA 92626-4722

| | | |
|---|---|---|
| Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 | Robert D. Rubin<br>3055 NW 84 Ave<br>Miami, FL 33122-1921 | Robert Leeds Trustee of the Trust<br>for Trebuchet Corp.<br>c/o Robert Leeds<br>1035 Park Ave.<br>New York, NY 10028-0912 |
| Robert Rubin<br>13040 Old Cutler Rd.<br>Miami, FL 33156-6466 | Rogers<br>40 Weber Street East, 5th Floor<br>Kitchener, ON  N2H 6H3  CANADA | Rogers Wireless Partnership<br>1 MOunt Pleasant, 12th Floor<br>Toronto, ON M4Y2Y5 |
| Royal New Group d/b/a Royal Media Group<br>80 Broad St., #1701<br>New York, NY 10004-2245 | RoyalMedia,<br>c/o Weltman,Weinberg,and Reis Co.,L.P.A.<br>323 West Lakeside Avenue<br>Cleveland, Ohio 44113-1085 | Sax Willinger & Gold<br>5801 NW 151 St., #307<br>Hialeah, FL 33014-2476 |
| Sean Graham<br>51 Rue St. Tropez<br>Miramar Beach, FL 32550-7158 | Ship ESC<br>PO Box 527622<br>Miami, FL 33152-7622 | Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
| Simplex Grinnell<br>10550 Commerce Parkway<br>Hollywood, FL 33025-3913 | Sure-Trac, LLC<br>2450 Atlanta Hwy., #203<br>Cumming, GA 30040-1251 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Telefonica<br>1111 Brickell Avenue 10th Floor<br>Miami FL 33131-3112 | Telegraph Hill Advisors<br>535 Mission Street, 14th FL<br>San Francisco, CA 94105-3253 | Telegraph Hill Advisors, LLC<br>535 Mission Street, 14th Floor<br>Attention: Phillip Courten<br>San Francisco, CA 94105-3253 |
| Telegraph Hill Advisors, LLC<br>c/o Paul J. Pascuzzi<br>Felderstein Fitzgerald Willoughby & Pasc<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814-4432 | Telenor Connexion AB<br>Snaroyveien 30<br>N-1331<br>Fornebu,     Norway | Tesla Finance LLC<br>POB 4387<br>Portland, OR 97208-4387 |
| Thomas H. Walters<br>Howard & Howard Attorneys PLLC<br>450 W Fourth St.<br>Royal Oak, MI 48067-2557 | Thompson & Knight LLP<br>1722 Routh St #1500<br>Dallas TX 75201-2532 | Topp Group, Inc.<br>3055 NW 84 Ave<br>Miami, FL 33122-1921 |
| Topp Investments<br>3055 N.W. 84th Ave<br>Miami, FL 33122-1921 | Topp Labels, LLC<br>3055 NW 84 Ave<br>Miami, FL 33122-1921 | Topp, Inc.<br>3055 NW 84 Ave.<br>Miami, FL 33122-1921 |
| Total GPS Technologies, LLC<br>3055 NW 84 Ave<br>Miami, FL 33122-1921 | VBI Group<br>8399 N.W. 30th Terrace<br>Miami, FL 33122-1916 | VBI Group, LLC<br>8399 NW 30 Terr.<br>Miami, FL 33122-1916 |

| | | |
|---|---|---|
| Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Vodafone Global Enterprise Ltd.<br>Vodafone House<br>The Connection, Newbury, Berkshire<br>RG142FN England | William Northrup<br>611 Whittier Rd<br>Spencerport, NY 14559-9742 |
| Harvey W Gurland Jr<br>200 S Biscayne Blvd #3400<br>Miami, FL 33131-5323 | Joel L Tabas Esq<br>25 SE 2nd Avenue<br>Suite 248<br>Miami, FL 33131-1508 | Robert P Frankel<br>1000 South Pine Rd #410<br>Plantation, FL 33324 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>99 N.E. Fourth Street<br>Miami, FL 33132 | (d)Internal Revenue Service<br>P.O. Box 17167, Stop 5730<br>Fort Lauderdale, FL 33318 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| T Mobile<br>PO Box 53410<br>Bellevue WA 98015 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditor Committee | (u)Platinum Financial Trust, LLC | (u)Miami |
| (u)Blackhill USA Corp<br>**Deleted Per Schedules** | (u)Queclink Wireless Solutions, Ltd<br>Adam Liao<br>**Deleted Per Schedules** | (d)Topp Labels, LLc<br>3055 NW 84 Avenue<br>Miami, FL 33122-1921 |
| (d)Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | (d)Verizon Wireless<br>POB 660108<br>Dallas, TX 75266-0108 | (u)Trustee R. Leeds |

End of Label Matrix
Mailable recipients    95
Bypassed recipients     9
Total                 104