UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    CASE NO.: 17-24842-BKC-RAM
                                                                                          Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

## CERTIFICATE OF SERVICE OF RE-NOTICE OF HEARING

**I HEREBY CERTIFY** that on the 19th day of March, 2018, a true and correct copy of the **Re-Notice of Hearing [ECF 65],** on the Debtor's Emergency Motion for Order (1) Authorizing the Debtor to Use Cash Collateral on an Interim Basis and (2) Setting Final Hearing [ECF 14], was furnished via CM/ECF to all parties registered to receive electronic notification from the Court and via U.S. Mail to all interested parties listed the attached Service List.

    Respectfully submitted,

    /s/ Joel L. Tabas
    Joel L. Tabas
    Florida Bar No. 516902
    TABAS & SOLOFF, P.A.
    As Applicant for Attorneys for Debtor
    25 SE 2nd Avenue - Suite 248
    Miami, FL 33131
    Telephone:   (305) 375-8171
    Facsimile:    (305) 381-7708
    Email: jtabas@tabassoloff.com

17-24842-RAM
Skypatrol, LLC
3055 N.W. 84th Avenue
Miami, FL 33122-1921

17-24842-RAM
Agility Logistics Corp
5496 Paysphere Cir
Chicago, IL 60674-0054

17-24842-RAM
American Express
P.O. Box 981542
El Paso, TX 79998-1542

17-24842-RAM
Beacon Law Group, LLC
470 Atlantic Ave., #400
Boston, MA 02210-2208

17-24842-RAM
Brad Ponsford
c/o Gavin P. Kassel, Esq.
334 West Third St., #207
San Bernardino, CA 92401-1828

17-24842-RAM
Bunstine, Watson, McElroy
First Tennessee Plaza
800 South Gay St., #2001
Knoxville, TN 37929-9710

17-24842-RAM
Claudia Gonzalez
16444 SW 66th Street
Miami, FL 33193-5613

17-24842-RAM
Coffey Burlington
2601 S. Bayshore Dr., PH
Miami, FL 33133-5419

17-24842-RAM
Comcast
PO BOX 37601
Philadelphia, PA 19101-0601

17-24842-RAM
David Schmidt
24252 Ontario Ln
Lake Forest, CA 92630-1919

17-24842-RAM
David Topp
2627 S. Bayshore Drive, #605
Miami, FL 33133-5439

17-24842-RAM
Donald Mausar
Weltman, Weinberg & Reis
323 W Lakeside Ave., 200
Cleveland, OH 44113-1009

17-24842-RAM
Employment Development Dept.
POB 826215 MIC 3A
Sacramento, CA 94230-6215

17-24842-RAM
Endeavor Miami, Inc
121 Alhambra Plaza, #1605
Miami, FL 33134-4540

17-24842-RAM
Expressway Motorcars, Inc.
9775 NW 12 St.
Miami, FL 33172-2787

17-24842-RAM
Federal Express
P.O. Box 660481
Dallas, TX 75266-0481

17-24842-RAM
Five9
4000 Executive Pkwy., #400
San Ramon, CA 94583-4206

17-24842-RAM
Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0100

17-24842-RAM
Florida Department of Revenue
Attn: Maritza Bolano-Moya
8175 NW 12th Street
Suite 119, Miami, FL  33126

17-24842-RAM
Gerson Preston Robinson, CPA
4770 Biscayne Boulevard, Suite 400
Miami, FL 33137

17-24842-RAM
Honorable Benjamin G. Greenberg
United States Attorney
99 NE 4 St
Miami, FL 33132-2145

17-24842-RAM
Honorable Jefferson Sessions
Attorney General of the United States
950 Pennsylvania Ave, NW, #4400
Washington, DC 20530-0001

17-24842-RAM
IOTM Solutions Ltd.
32 Zalman Shneur
Ramat Hasharon,  47239 Israel

17-24842-RAM
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia Pa 19101-7346

17-24842-RAM
JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084-0012

17-24842-RAM
Jackson Lewis P.C.
PO BOX 416019
Boston, MA 02241-6019

17-24842-RAM
Ken Wiesner
1036 Lexington Avenue
Broomfield, CO 80023-9363

17-24842-RAM
Kopelowitz Ostrow Ferguson
1 West Las Olas Blvd., #500
Fort Lauderdale, FL 33301-1928

17-24842-RAM
Kore
3700 Mansell Rd., #250
Alpharetta, GA 30022

17-24842-RAM
Laird Technologies
62722 Collections Center Dr.
Chicago, IL 60693-0627

| | | |
|---|---|---|
| 17-24842-RAM<br>Law Offices of Kenneth Freed<br>14226 Ventura Blvd.,<br>PO Box 5914<br>Sherman Oaks, CA 91413-5914 | 17-24842-RAM<br>Lawrence A. Jones<br>751 NE 4th Ave<br>Fort Lauderdale, FL 33304-2681 | 17-24842-RAM<br>Lerman & Lerman<br>Flagler Station Building<br>48 E. Flagler Street, PH 101<br>Miami, FL 33131-1012 |
| 17-24842-RAM<br>Lott & Fischer<br>255 Aragon Avenue, Third FL<br>Miami, FL 33134-5054 | 17-24842-RAM<br>Martin L. Nathan<br>2699 S. Bayshore Drive<br>Miami, FL 33133-5408 | 17-24842-RAM<br>Mercedes Benz Credit<br>POB 685<br>Roanoke, TX 76262-0685 |
| 17-24842-RAM<br>Michael Guzzardi<br>11426 S. Belmont Dr.<br>Plainfield, IL 60585-6130 | 17-24842-RAM<br>Montt & CIA. S.A.<br>1700 Los Conquistadores Ave 11<br>11th Floor<br>Providencia Santiago,   753012  CHILE | 17-24842-RAM<br>Morrison & Foerster, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1061 |
| 17-24842-RAM<br>Morrison & Foerster, LLP<br>c/o Harvey W. Gurland, Jr.<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131-5323 | 17-24842-RAM<br>Nissan Motor Acceptance Corp.<br>PO Box 740596<br>Cincinnati, OH 45274-0596 | 17-24842-RAM<br>North Carolina Dept of Commerce<br>Division of Unemployment<br>POB 26504<br>Raleigh, NC 27611-6504 |
| 17-24842-RAM<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | 17-24842-RAM<br>Original Rubins Land Corp.<br>13040 Old Cutler Road<br>Miami, FL 33156-6466 | 17-24842-RAM<br>Platinum Financial Trust, LLC<br>2801 Fairview, Suite W<br>Greenwood, IN 46142-1339 |
| 17-24842-RAM<br>Position Logic LLC<br>2343 Vanderbilt Beach Rd., #616<br>Naples, FL 34109-2777 | 17-24842-RAM<br>Reginald G. Ponsford, IV<br>2042 Flamingo Dr.<br>Costa Mesa, CA 92626-4722 | 17-24842-RAM<br>Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 |
| 17-24842-RAM<br>Robert D. Rubin<br>3055 NW 84 Ave<br>Miami, FL 33122-1921 | 17-24842-RAM<br>Trebuchet Corp. Trust<br>c/o Robert Leeds, Trustee<br>1035 Park Ave.<br>New York, NY  10028 | 17-24842-RAM<br>Robert Rubin<br>13040 Old Cutler Rd.<br>Miami, FL 33156-6466 |
| 17-24842-RAM<br>Rogers<br>40 Weber Street East, 5th Floor<br>Kitchener, ON  N2H 6H3  CANADA | 17-24842-RAM<br>Rogers Wireless Partnership<br>1 Mount Pleasant, 12th Floor<br>Toronto, ON M4Y2Y5 | 17-24842-RAM<br>Royal New Group d/b/a Royal Media Group<br>80 Broad St., #1701<br>New York, NY 10004-2245 |
| 17-24842-RAM<br>Sax Willinger & Gold<br>5801 NW 151 St., #307<br>Hialeah, FL 33014-2476 | ~~17-24842-RAM~~<br>~~Sean Graham~~<br>~~51 Rue St. Tropez~~<br>~~Miramar Beach, FL 32550-7158~~ | 17-24842-RAM<br>Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
| 17-24842-RAM<br>Sure-Trac, LLC<br>2450 Atlanta Hwy., #203<br>Cumming, GA 30040-1251 | 17-24842-RAM<br>T Mobile<br>PO Box 53410<br>Bellevue, WA 98015-3410 | 17-24842-RAM<br>Telegraph Hill Advisors<br>535 Mission Street, 14th FL<br>San Francisco, CA 94105-3253 |

17-24842-RAM
Telefonica USA, Inc.
1111 Brickell Ave., 10th FL
Miami, FL 33131

17-24842-RAM
Telenor Connexion AB
Snaroyveien 30
N-1331
Fornebu, Norway

17-24842-RAM
Tesla Finance LLC
POB 4387
Portland, OR 97208-4387

17-24842-RAM
Thomas H. Walters
Howard & Howard Attorneys PLLC
450 W Fourth St.
Royal Oak, MI 48067-2557

17-24842-RAM
Thompson & Knight LLP
1722 Routh St., #1500
Dallas, TX 75201

17-24842-RAM
Topp Group, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Investments
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Labels, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
VBI Group
c/o MEI Auto Finance, Inc.
108 N. Collins Street
Arlington, TX 76011-7316

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

17-24842-RAM
Vodafone Global Enterprise Ltd.
Vodafone House
The Connection, Newbury
RG14 2FN
United Kingdom

17-24842-RAM
~~17-24842-RAM~~
~~William Northrup~~
~~611 Whittier Rd~~
~~Spencerport, NY 14559-9742~~

17-24842-RAM
~~Blackhill USA Corp~~
~~2642 SW 153 Path~~
~~Miami, FL 33185-4863~~

17-24842-RAM
~~EarthLink Business~~
~~Deltacom 1058~~
~~PO Box 2252~~
~~Birmingham, AL 35246-0031~~

17-24842-RAM

~~Simplex Grinnell~~
~~10550 Commerce Parkway~~
~~Hollywood, FL 33025-3913~~

~~Iridium Satellite LLC~~
~~PO Box 37542~~
~~6200 Chevy Chase Drive~~
~~Baltimore, MD 21297-3542~~

17-24842-RAM
~~Prysma Technologies~~
~~155 Sunrise Pkwy~~
~~Mountainside, NJ 07092-2912~~

17-24842-RAM

17-24842-RAM
~~Queclink Wireless Solutions, Ltd~~
~~Adam Liao~~
~~Room 501, Bldg. 9~~
~~99 Tianzhou Road, Shanghai 200233~~
~~China~~

17-24842-RAM
~~Ship ESC~~
~~PO Box 527622~~
~~Miami, FL 33152-7622~~