UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No. 17-24842-RAM

SKYPATROL, LLC,

Chapter 11

Debtor.

_____/

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO RETAIN JONATHAN S. FELDMAN AND PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L., AS COUNSEL *NUNC PRO TUNC* TO MARCH 9, 2018**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned members, files this application to retain Jonathan S. Feldman and the law firm Perlman, Bajandas, Yevoli & Albright, P.L. ("PBYA"), as counsel to the Committee *nunc pro tunc* to March 9, 2018, and in support states as follows:

1.      This Court has Jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this District pursuant to §§ 1408 and 1409. 2.

3.      The Debtor filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code.

4.      The Debtor continues to operate its business and manage its assets and affairs as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

5.      On February 20, 2018, the U.S. Trustee appointed the Committee pursuant to 11 U.S.C. § 1102(a).

6.      The Committee desires to employ PBYA as counsel in this case.

7.      The Committee believes that PBYA is qualified to practice in this Court and is qualified to advise the Committee on its relations with, and responsibilities to, the creditors and other interested parties in this case.

8.      The professional services to be rendered are summarized as follows:

a.      To give advice to the Committee with respect to its powers and duties as the Committee in this case;

b.      To advise the Committee with respect to issues including use of cash collateral, sales of assets, approval of any disclosure statement which may be filed, confirmation of any plan which may be filed, alternatives to the reorganization process, avoidance actions, and other pertinent matters;

c.      To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the case;

d.      To protect the interest of the Committee in all matters pending before the Court; and

e.      To represent the Committee in negotiations with the Debtors and creditors in the chapter 11 case.

9.      Jonathan Feldman's hourly rate is $425 while associate rates for PBYA are $225 per hour and paralegal rates are $125 per hour.  These rates will be capped for the duration of this matter.  Mr. Feldman and PBYA have also agreed with the Committee to provide a 15% discount for all fee applications in which PBYA seeks reimbursement in this bankruptcy case.

10. To the best of the undersigned's knowledge, neither said attorney nor said law firm have any connection with the Debtor or other parties in interest or their respective attorneys and neither said attorney nor said law firm represent any interest adverse to the bankruptcy estate, except as set forth in the attached affidavit.

11. Attached to this Motion is the proposed attorney's affidavit demonstrating Jonathan Feldman and PBYA are disinterested as required by 11 U.S.C. § 327 and a verified statement as required under Federal Rule of Bankruptcy Procedure 2014.

WHEREFORE, the Committee requests that the Court enter an Order granting this application, enter an Order authorizing the retention of Jonathan Feldman and PBYA on a general retainer *nunc pro tunc* to March 9, 2018 and granting such further relief the Court deems just and proper.

Respectfully submitted,

**COFFEY BURLINGTON**

By:     /s/ Paul J. Schwiep

**LAIRD TECHNOLOGIES, INC.**

By:     /s/ Howard & Howard Attorneys PLLC, solely as agent of Laird Technologies, Inc.

　　　　By:     /s/Mark A. Bogdanowicz
　　　　　　　　Mark A. Bogdanowicz, Shareholder

**TELEGRAPH HILL ADVISORS**

By:     Phillip Courten

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and served via electronic transmission to all electronic recipients through CM/ECF or U.S. Mail on March 20, 2018 to all interested parties as set forth below.

## SERVICE LIST

**Via CM/ECF**

Harvey W Gurland, Jr on behalf of Attorney Harvey W Gurland, Jr
hwgurland@duanemorris.com, nmcastillo@duanemorris.com, pnmendoza@duanemorris.com, AutoDocketMIA@duanemorris.com

Zakarij N Laux on behalf of Creditor Trustee R. Leeds
zlaux@bastamron.com, dtimpone@bastamron.com, jdepina@bastamron.com

Patrick M Mosley, Esq. on behalf of Creditor Vodafone Global Enterprise Limited
pmosley@hwhlaw.com, telam@hwhlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan, Esq. on behalf of Creditor Platinum Financial Trust, LLC
paul@orshanpa.com, emily@orshanpa.com

Paul J Pascuzzi on behalf of Creditor Telegraph Hill Advisors, LLC
ppascuzzi@ffwplaw.com, phillip@telehilladvisors.com, lnlasley@ffwplaw.com

Joel L Tabas, Esq on behalf of Debtor Skypatrol, LLC, a Delaware Limited Liability Company
jtabas@tabassoloff.com, jcepero@tabassoloff.com, kborrego@tabassoloff.com

**Via U.S. Mail**
See attached service list

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No. 17-24842-RAM

SKYPATROL, LLC,

Chapter 11

Debtor.

_____/

**AFFIDAVIT OF JONATHAN S. FELDMAN IN SUPPORT OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
APPLICATION TO RETAIN PERLMAN, BAJANDAS, YEVOLI &
ALBRIGHT, P.L., AS COUNSEL *NUNC PRO TUNC* TO MARCH 9, 2018**

STATE OF FLORIDA              )
                                              )ss:
COUNTY OF MIAMI-DADE   )

       **Jonathan S. Feldman,** being duly sworn, says:

       1.       I am an attorney admitted to practice in the State of Florida and the United States

District Court for the Southern District of Florida and am qualified to practice in the U.S. Bankruptcy

Court for the Southern District of Florida.

       2.       I am a partner at the law firm of Perlman, Bajandas, Yevoli & Albright, P.L.,

("PBYA") with offices located at 283 Catalonia Avenue, Suite 200, Miami, Florida 33134. I am

experienced in handling civil litigation and bankruptcy matters.

       3.       I am familiar with the matters set forth herein and submit this affidavit in support of

The Official Committee of Unsecured Creditors' application to retain PBYA as counsel to the

Committee *nunc pro tunc* to March 9, 2018.

       4.       To the best of my knowledge, neither PBYA nor I hold or represent any interest

materially adverse to the Debtor, its creditors, their respective attorneys, the U.S. Trustee or any

1

person employed in the Office of the U.S. Trustee, or any other interested parties, and we are "disinterested person[s]" within the scope and meaning of as required by 11 U.S.C. §§ 101(14) and 327.

     5.     My billing rate is $425 per hour while associate rates are $225 per hour and paralegal rates are $125 per hour. These rates will be capped through the duration of this matter. I have also agreed with the Committee to provide a 15% discount for all fee applications in which PBYA seeks reimbursement in this bankruptcy case.

     FURTHER AFFIANT SAYS NAUGHT.

_____
Jonathan S. Feldman, Esq.
Florida Bar No.

The Foregoing instrument was acknowledged before me on March 20, 2018 by  who is personally known to me and did take an oath.

_____
Notary Public- State of Florida

My commission expires:

Notary Public State of Florida
Jennifer Bordner
My Commission FF 981629
Expires 06/04/2020

2

Label Matrix for local noticing
113C-1
Case 17-24842-RAM
Southern District of Florida
Miami
Mon Mar 19 14:01:02 EDT 2018

Skypatrol, LLC, a Delaware Limited Liability
3055 N.W. 84th Avenue
Miami, FL 33122-1921

Telegraph Hill Advisors, LLC
Felderstein Fitzgerald et al
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432

Vodafone Global Enterprise Limited
c/o Patrick M. Mosley
Hill Ward Henderson
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602-5195

Agility Logistics Corp
5496 Paysphere Cir
Chicago, IL 60674-0054

American Express
P.O. Box 981542
El Paso TX 79998-1542

Beacon Law Group, LLC
470 Atlantic Ave., #400
Boston, MA 02210-2208

Brad Ponsford
c/o Gavin P. Kassel, Esq.
Wells Fargo Building, #207
334 West Third St.
San Bernardiano, CA 92401-1828

Bunstine, Watson & Becker
First Tennessee Plaza
800 S. Gay Street
Suite 2001
Knoxville, TN 37929-9710

Bunstine, Watson, McElroy
First Tennessee Plaza
800 South Gay St., #2001
Knoxville, TN 37929-9710

Cellco Partnership d/b/a Verizon Wireless, o
William Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147-6105

Claudia Gonzalez
16444 SW 66th Street
Miami, FL 33193-5613

Coffey Burlington
2601 S. Bayshore Dr., PH
Miami, FL 33133-5419

Coffey Burlington, P.L.
2601 South Bayshore Drive, PH 1
Miami, FL 33133-5460

Comcast
PO BOX 37601
Philadelphia, PA 19101-0601

David Schmidt
24252 Ontario Ln
Lake Forest, CA 92630-1919

David Topp
2627 S. Bayshore Drive, #605
Miami, FL 33133-5439

Donald Mausar
Weltman, Weinberg & Reis
323 W Lakeside Ave., 200
Cleveland, OH 44113-1009

EarthLink Business
Deltacom 1058
PO Box 2252
Birmingham, AL 35246-0031

Employment Development Dept.
POB 826215 MIC 3A
Sacramento, CA 94230-6215

Endeavor Miami, Inc
121 Alhambra Plaza, #1605
Miami, FL 33134-4540

Expressway Motorcars, Inc.
9775 NW 12 St.
Miami, FL 33172-2787

Federal Express
P.O. Box 660481
Dallas, TX 75266-0481

Five 9 Inc
Creditors Adjustment Bureau
14226 Ventura Blvd
Sherman Oaks, CA 91423-2777

Five9
4000 Executive Pkwy., #400
San Ramon, CA 94583-4206

Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0100

Florida Department of Revenue
Attn: Maritza Bolano-Moya
8175 NW 12th Street
Suite 119
Miami, FL 33126-1828

Gerson Preston Robinson, CPA
666 71st St
Miami Beach, FL 33141-3099

Honorable Benjamin G. Greenberg
United States Attorney
99 NE 4 St
Miami, FL 33132-2145

Honorable Jefferson Sessions
Attorney General of the United States
950 Pennsylvania Ave, NW, #4400
Washington, DC 20530-0001

IOTM Solutions Ltd.
32 Zalman Shneur
Ramat Hasharon,  47239 Israel

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Iridium Satellite LLC
PO Box 37542
6200 Chevy Chase Drive
Baltimore, MD 21297-3542

JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084-0012

Jackson Lewis P.C.
1133 Westchester Avenue Suite S 125
West Harrison NY 10604-3516


Jackson Lewis P.C.
PO BOX 416019
Boston, MA 02241-6019

Ken Wiesner
1036 Lexington Avenue
Broomfield, CO 80023-9363

Kopelowitz Ostrow Ferguson
1 West Las Olas Blvd., #500
Fort Lauderdale, FL 33301-1928


Kore
3700 Mansell Rd., #250
Alpharetta, GA 30022-1520

Laird Technologies
62722 Collections Center Dr.
Chicago, IL 60693-0627

Law Offices of Kenneth Freed
14226 Ventura Blvd.,
PO Box 5914
Sherman Oaks, CA 91413-5914


Lawrence A. Jones
751 NE 4th Ave
Fort Lauderdale, FL 33304-2681

Lerman & Lerman
Flagler Station Building
48 E. Flagler Street, PH 101
Miami, FL 33131-1012

Lott & Fischer
255 Aragon Avenue, Third FL
Miami, FL 33134-5054


Martin L. Nathan
2699 S. Bayshore Drive
Miami, FL 33133-5408

Mercedes Benz Credit
POB 685
Roanoke, TX 76262-0685

Michael Guzzardi
11426 S. Belmont Dr.
Plainfield, IL 60585-6130


Montt & CIA. S.A.
1700 Los Conquistadores Ave 11
11th Floor
Providencia Santiago,   753012  CHILE

Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1061

Morrison & Foerster, LLP
c/o Harvey W. Gurland, Jr.
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131-5323


Nissan Motor Acceptance Corp.
PO Box 740596
Cincinnati, OH 45274-0596

North Carolina Dept of Commerce
Division of Unemployment
POB 26504
Raleigh, NC 27611-6504

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Original Rubins Land Corp.
13040 Old Cutler Road
Miami, FL 33156-6466

Paul J. Schwiep
Coffey Burlington, P.L.
2601 South Bayshore Drive, PH 1
Miami, FL 33133-5460

Platinum Financial Trust, LLC
2801 Fairview, Suite W
Greenwood, IN 46142-1339


Position Logic LLC
2343 Vanderbilt Beach Rd., #616
Naples, FL 34109-2777

Prysma Technologies
155 Sunrise Pkwy
Mountainside, NJ 07092-2912

Reginald G. Ponsford, IV
2042 Flamingo Dr.
Costa Mesa, CA 92626-4722

Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

Robert D. Rubin
3055 NW 84 Ave
Miami, FL 33122-1921

Robert Leeds Trustee of the Trust
for Trebuchet Corp.
c/o Robert Leeds
1035 Park Ave.
New York, NY 10028-0912

Robert Rubin
13040 Old Cutler Rd.
Miami, FL 33156-6466

Rogers
40 Weber Street East, 5th Floor
Kitchener, ON  N2H 6H3  CANADA

Rogers Wireless Partnership
1 MOunt Pleasant, 12th Floor
Toronto, ON M4Y2Y5

Royal New Group d/b/a Royal Media Group
80 Broad St., #1701
New York, NY 10004-2245

RoyalMedia,
c/o Weltman,Weinberg,and Reis Co.,L.P.A.
323 West Lakeside Avenue
Cleveland, Ohio 44113-1085

Sax Willinger & Gold
5801 NW 151 St., #307
Hialeah, FL 33014-2476

Sean Graham
51 Rue St. Tropez
Miramar Beach, FL 32550-7158

Ship ESC
PO Box 527622
Miami, FL 33152-7622

Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Simplex Grinnell
10550 Commerce Parkway
Hollywood, FL 33025-3913

Sure-Trac, LLC
2450 Atlanta Hwy., #203
Cumming, GA 30040-1251

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Telefonica
1111 Brickell Avenue 10th Floor
Miami FL 33131-3112

Telegraph Hill Advisors
535 Mission Street, 14th FL
San Francisco, CA 94105-3253

Telegraph Hill Advisors, LLC
535 Mission Street, 14th Floor
Attention: Phillip Courten
San Francisco, CA 94105-3253

Telegraph Hill Advisors, LLC
c/o Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby & Pasc
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432

Telenor Connexion AB
Snaroyveien 30
N-1331
Fornebu,    Norway

Tesla Finance LLC
POB 4387
Portland, OR 97208-4387

Thomas H. Walters
Howard & Howard Attorneys PLLC
450 W Fourth St.
Royal Oak, MI 48067-2557

Thompson & Knight LLP
1722 Routh St #1500
Dallas TX 75201-2532

Topp Group, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

Topp Investments
3055 N.W. 84th Ave
Miami, FL 33122-1921

Topp Labels, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

Topp, Inc.
3055 NW 84 Ave.
Miami, FL 33122-1921

Total GPS Technologies, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

VBI Group
8399 N.W. 30th Terrace
Miami, FL 33122-1916

VBI Group, LLC
8399 NW 30 Terr.
Miami, FL 33122-1916

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vodafone Global Enterprise Ltd.
Vodafone House
The Connection, Newbury, Berkshire
RG142FN England

William Northrup
611 Whittier Rd
Spencerport, NY 14559-9742


Harvey W Gurland Jr
200 S Biscayne Blvd #3400
Miami, FL 33131-5323

Joel L Tabas Esq
25 SE 2nd Avenue
Suite 248
Miami, FL 33131-1508

Robert P Frankel
1000 South Pine Rd #410
Plantation, FL 33324


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
99 N.E. Fourth Street
Miami, FL 33132

(d)Internal Revenue Service
P.O. Box 17167, Stop 5730
Fort Lauderdale, FL 33318

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


T Mobile
PO Box 53410
Bellevue WA 98015


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Creditor Committee

(u)Platinum Financial Trust, LLC

(u)Miami


(u)Blackhill USA Corp
**Deleted Per Schedules**

(u)Queclink Wireless Solutions, Ltd
Adam Liao
**Deleted Per Schedules**

(d)Topp Labels, LLc
3055 NW 84 Avenue
Miami, FL 33122-1921


(d)Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

(d)Verizon Wireless
POB 660108
Dallas, TX 75266-0108

(u)Trustee R. Leeds


End of Label Matrix
Mailable recipients    95
Bypassed recipients     9
Total                 104