UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| SKYPATROL, LLC, | § § | Case No. 17-24842-RAM |
| Debtor. | § § § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Francis B. Majorie[1] and the law firm of The Majorie Firm, Ltd. hereby enter an appearance as counsel of record in the above-captioned case for party-in-interest The Trust for Trebuchet Corp. ("Trebuchet") and request that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon the following:

> Francis B. Majorie
> THE MAJORIE FIRM, LTD.
> 1450 Cottonwood Valley Court
> Irving, Texas 75038
> Direct: (214) 306-8107
> fbmajorie@themajoriefirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, objection, petition, pleading, plan, plan disclosure statement or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise, filed with regard to the above-referenced case and all proceedings therein.

---

[1] Francis B. Majorie has been admitted *pro hac vice* in this case in association with Zakarji N. Laux of the firm Bast Amron, LLP. *See* ECF No. 32 (Order Admitting Attorney Pro Hac Vice). This notice is being filed to ensure that Mr. Majorie's firm is placed on the ECF electronic service list for this case.

1

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Trebuchet's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Trebuchet's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Trebuchet's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Trebuchet is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Trebuchet expressly reserves.

Dated: March 21, 2018

                                        Francis B. Majorie
                                        THE MAJORIE FIRM, LTD.
                                        1450 Cottonwood Valley Court
                                        Irving, Texas 75038
                                        Direct: (214) 306-8107
                                        fbmajorie@themajoriefirm.com

BY: *Francis B. Majorie*
                                        Francis B. Majorie

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document(s) has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system, on March 21, 2018.

                                        */s/ Francis B. Majorie*
                                        Francis B. Majorie