

**ORDERED in the Southern District of Florida on April 20, 2018.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 17-24842-BKC-RAM
                                                                          Chapter 11
**SKYPATROL, LLC**

      Debtor-In-Possession.
_____/

### ORDER GRANTING, IN PART, DEBTOR'S MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIOD TO FILE AND SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION

**THIS MATTER** having come before the Court on April 19, 2018 at 10:30 a.m. (the "Hearing") upon the *Debtor's Motion for Order Extending Exclusivity Period to File and Solicit Acceptances of Plan of Reorganization* [ECF 82] (the "Motion"), and the Court: (a) having reviewed (i) the Motion, (ii) the *Response by the "Lenders Trust" to Debtor's Motion for Order Extending Exclusivity Period to File and Solicit Acceptances of Plan of Reorganization* [ECF 86] and (iii) the Court file; (b) having heard argument from counsel for (i) the Debtor, and (ii) the Trust for Trebuchet Corp., Isabelle Catherine Leeds Trust, and Oliver Williams Leeds Trust at the Hearing; (c) having noted no

objection to the Motion by the Creditor Committee or the United States Trustee; and (d) for the reasons set forth on the record, which are incorporated herein by reference, it is

**OREDERS** as follows:

1. The Motion is granted, in part, as set forth herein.

2. The exclusivity period for the Debtor to file a plan of reorganization pursuant to 11 U.S.C. § 1121 is extended for ninety (90) days, through and including July 11, 2018.

3. The exclusivity period for the Debtor to solicit acceptances to its plan of reorganization pursuant to 11 U.S.C. § 1121 is extended for ninety (90) days, through and including September 9, 2018.

# # #

Submitted by:

Joshua D. Silver
Tabas & Soloff, P.A.
Counsel for the Debtor
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
Email:  jsilver@tabassoloff.com

Copy furnished to:

Joshua D. Silver
Joshua D. Silver is hereby directed to serve copies of this Order on all interested parties and file a Certificate of Service.