UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                CASE NO.: 17-24842-BKC-RAM
                                                                      Chapter 11
**SKYPATROL, LLC**

    Debtor-In-Possession.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2018, true and correct copies of the **(1)** Order Granting Debtor's Expedited Motion to (1) Approve Interim Agreement between Debtor and VBI Group LLC and (2) Authorize VBI Group LLC to Pay Prepetition Obligation to Critical Vendor **[ECF 87],** and **(2)** Order Granting, in Part, Debtor's Motion for Order Extending Exclusivity Period to File and Solicit Acceptances of Plan of Reorganization **[ECF 88**], both entered on April 20, 2018, were furnished via CM/ECF to all parties registered to receive electronic notification from the Court and via U.S. Mail to all interested parties listed the attached Service List.

                                                Respectfully submitted,

                                                /s/ Joshua D. Silver
                                                Joshua D. Silver
                                                Florida Bar No.: 100022
                                                Tabas & Soloff, P.A.
                                                Attorneys for Debtor
                                                25 S.E. 2nd Avenue, Suite 248
                                                Miami, Florida 33131
                                                Telephone:  (305) 375-8171
                                                Facsimile:   (305) 381-7708
                                                Email:   jsilver@tabassoloff.com

| | | |
|---|---|---|
| 17-24842-RAM<br>Skypatrol, LLC<br>3055 N.W. 84th Avenue<br>Miami, FL 33122-1921 | 17-24842-RAM<br>Agility Logistics Corp<br>5496 Paysphere Cir<br>Chicago, IL 60674-0054 | 17-24842-RAM<br>American Express<br>P.O. Box 981542<br>El Paso, TX 79998-1542 |
| 17-24842-RAM<br>Beacon Law Group, LLC<br>470 Atlantic Ave., #400<br>Boston, MA 02210-2208 | 17-24842-RAM<br>Brad Ponsford<br>c/o Gavin P. Kassel, Esq.<br>334 West Third St., #207<br>San Bernardino, CA 92401-1828 | 17-24842-RAM<br>Bunstine, Watson, McElroy<br>First Tennessee Plaza<br>800 South Gay St., #2001<br>Knoxville, TN 37929-9710 |
| 17-24842-RAM<br>Claudia Gonzalez<br>16444 SW 66th Street<br>Miami, FL 33193-5613 | 17-24842-RAM<br>Coffey Burlington<br>2601 S. Bayshore Dr., PH<br>Miami, FL 33133-5419 | 17-24842-RAM<br>Comcast<br>PO BOX 37601<br>Philadelphia, PA 19101-0601 |
| 17-24842-RAM<br>David Schmidt<br>24252 Ontario Ln<br>Lake Forest, CA 92630-1919 | 17-24842-RAM<br>David Topp<br>2627 S. Bayshore Drive, #605<br>Miami, FL 33133-5439 | 17-24842-RAM<br>Donald Mausar<br>Weltman, Weinberg & Reis<br>323 W Lakeside Ave., 200<br>Cleveland, OH 44113-1009 |
| 17-24842-RAM<br>Employment Development Dept.<br>POB 826215 MIC 3A<br>Sacramento, CA 94230-6215 | 17-24842-RAM<br>Endeavor Miami, Inc<br>121 Alhambra Plaza, #1605<br>Miami, FL 33134-4540 | 17-24842-RAM<br>Expressway Motorcars, Inc.<br>9775 NW 12 St.<br>Miami, FL 33172-2787 |
| 17-24842-RAM<br>Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | 17-24842-RAM<br>Five9<br>4000 Executive Pkwy., #400<br>San Ramon, CA 94583-4206 | 17-24842-RAM<br>Florida Department of Revenue<br>5050 W. Tennessee St<br>Tallahassee, FL 32399-0100 |
| 17-24842-RAM<br>Florida Department of Revenue<br>Attn: Maritza Bolano-Moya<br>8175 NW 12th Street<br>Suite 119, Miami, FL  33126 | 17-24842-RAM<br>Gerson Preston Robinson, CPA<br>4770 Biscayne Boulevard, Suite 400<br>Miami, FL 33137 | 17-24842-RAM<br>Honorable Benjamin G. Greenberg<br>United States Attorney<br>99 NE 4 St<br>Miami, FL 33132-2145 |
| 17-24842-RAM<br>Honorable Jefferson Sessions<br>Attorney General of the United States<br>950 Pennsylvania Ave, NW, #4400<br>Washington, DC 20530-0001 | 17-24842-RAM<br>IOTM Solutions Ltd.<br>32 Zalman Shneur<br>Ramat Hasharon,  47239 Israel | 17-24842-RAM<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia Pa 19101-7346 |
| 17-24842-RAM<br>JAMS, Inc.<br>PO Box 845402<br>Los Angeles, CA 90084-0012 | 17-24842-RAM<br>Jackson Lewis P.C.<br>PO BOX 416019<br>Boston, MA 02241-6019 | 17-24842-RAM<br>Ken Wiesner<br>1036 Lexington Avenue<br>Broomfield, CO 80023-9363 |
| 17-24842-RAM<br>Kopelowitz Ostrow Ferguson<br>1 West Las Olas Blvd., #500<br>Fort Lauderdale, FL 33301-1928 | 17-24842-RAM<br>Kore<br>3700 Mansell Rd., #250<br>Alpharetta, GA 30022 | 17-24842-RAM<br>Laird Technologies<br>62722 Collections Center Dr.<br>Chicago, IL 60693-0627 |

17-24842-RAM
Law Offices of Kenneth Freed
14226 Ventura Blvd.,
PO Box 5914
Sherman Oaks, CA 91413-5914

17-24842-RAM
Lawrence A. Jones
751 NE 4th Ave
Fort Lauderdale, FL 33304-2681

17-24842-RAM
Lerman & Lerman
Flagler Station Building
48 E. Flagler Street, PH 101
Miami, FL 33131-1012

17-24842-RAM
Lott & Fischer
255 Aragon Avenue, Third FL
Miami, FL 33134-5054

17-24842-RAM
Martin L. Nathan
2699 S. Bayshore Drive, FL 7
Miami, FL 33133-5408

17-24842-RAM
Mercedes Benz Credit
POB 685
Roanoke, TX 76262-0685

17-24842-RAM
Michael Guzzardi
11426 S. Belmont Dr.
Plainfield, IL 60585-6130

17-24842-RAM
Montt & CIA. S.A.
1700 Los Conquistadores Ave 11
11th Floor
Providencia Santiago,   753012  CHILE

17-24842-RAM
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1061

17-24842-RAM
Morrison & Foerster, LLP
c/o Harvey W. Gurland, Jr.
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131-5323

17-24842-RAM
Nissan Motor Acceptance Corp.
PO Box 740596
Cincinnati, OH 45274-0596

17-24842-RAM
North Carolina Dept of Commerce
Division of Unemployment
POB 26504
Raleigh, NC 27611-6504

17-24842-RAM
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

17-24842-RAM
Original Rubins Land Corp.
13040 Old Cutler Road
Miami, FL 33156-6466

17-24842-RAM
Platinum Financial Trust, LLC
2801 Fairview, Suite W
Greenwood, IN 46142-1339

17-24842-RAM
Position Logic LLC
2343 Vanderbilt Beach Rd., #616
Naples, FL 34109-2777

17-24842-RAM
Reginald G. Ponsford, IV
2042 Flamingo Dr.
Costa Mesa, CA 92626-4722

17-24842-RAM
Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

17-24842-RAM
Robert D. Rubin
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Trebuchet Corp. Trust
c/o Robert Leeds, Trustee
1035 Park Ave.
New York, NY  10028

17-24842-RAM
Robert Rubin
13040 Old Cutler Rd.
Miami, FL 33156-6466

17-24842-RAM
Rogers
40 Weber Street East, 5th Floor
Kitchener, ON  N2H 6H3  CANADA

17-24842-RAM
Rogers Wireless Partnership
1 Mount Pleasant, 12th Floor
Toronto, ON M4Y2Y5

17-24842-RAM
Royal New Group d/b/a Royal Media Group
8 West 38th Street, Room 901
New York, NY 10018-6229

17-24842-RAM
Sax Willinger & Gold
5801 NW 151 St., #307
Hialeah, FL 33014-2476

~~17-24842-RAM~~
~~Sean Graham~~
~~51 Rue St. Tropez~~
~~Miramar Beach, FL 32550-7158~~

17-24842-RAM
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

17-24842-RAM
Sure-Trac, LLC
2450 Atlanta Hwy., #203
Cumming, GA 30040-1251

17-24842-RAM
T Mobile
PO Box 53410
Bellevue, WA 98015-3410

17-24842-RAM
Telegraph Hill Advisors
535 Mission Street, 14th FL
San Francisco, CA 94105-3253

17-24842-RAM
Telefonica USA, Inc.
1111 Brickell Ave., 10th FL
Miami, FL 33131

17-24842-RAM
Telenor Connexion AB
Snaroyveien 30
N-1331
Fornebu, Norway

17-24842-RAM
Tesla Finance LLC
POB 4387
Portland, OR 97208-4387

17-24842-RAM
Thomas H. Walters
Howard & Howard Attorneys PLLC
450 W Fourth St.
Royal Oak, MI 48067-2557

17-24842-RAM
Thompson & Knight LLP
1722 Routh St., #1500
Dallas, TX 75201

17-24842-RAM
Topp Group, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Investments
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp Labels, LLC
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
Topp, Inc.
3055 NW 84 Ave
Miami, FL 33122-1921

17-24842-RAM
VBI Group
c/o MEI Auto Finance, Inc.
108 N. Collins Street
Arlington, TX 76011-7316

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

17-24842-RAM
Vodafone Global Enterprise Ltd.
Vodafone House
The Connection, Newbury
RG14 2FN
United Kingdom

17-24842-RAM

Illinois Dept. of Employment Security
P.O. Box 19299
Springfield, IL 62794-9300

~~17-24842-RAM~~
~~William Northrup~~
~~611 Whittier Rd~~
~~Spencerport, NY 14559-9742~~

17-24842-RAM
~~Blackhill USA Corp~~
~~2642 SW 153 Path~~
~~Miami, FL 33185-4863~~

17-24842-RAM
~~EarthLink Business~~
~~Deltacom 1058~~
~~PO Box 2252~~
~~Birmingham, AL 35246-0031~~

17-24842-RAM
~~Simplex Grinnell~~
~~10550 Commerce Parkway~~
~~Hollywood, FL 33025-3913~~

17-24842-RAM
~~Iridium Satellite LLC~~
~~PO Box 37542~~
~~6200 Chevy Chase Drive~~
~~Baltimore, MD 21297-3542~~

17-24842-RAM
~~Prysma Technologies~~
~~155 Sunrise Pkwy~~
~~Mountainside, NJ 07092-2912~~

17-24842-RAM
~~Queclink Wireless Solutions, Ltd~~
~~Adam Liao~~
~~Room 501, Bldg. 9~~
~~99 Tianzhou Road, Shanghai 200233~~
~~China~~

17-24842-RAM
~~Ship ESC~~
~~PO Box 527622~~
~~Miami, FL 33152-7622~~