UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov


In re:                                                    CASE NO.: 17-24842-BKC-RAM
                                                          Chapter 11

SKYPATROL, LLC.
a Delaware limited liability company,
        Debtor.
_____/

(AMENDED)
DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM JANUARY 1, 2018 TO JANUARY 31, 2018

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.

                              /s/ Joel L. Tabas_____
                              Joel L. Tabas
                              Attorney for Debtor
                              Tabas & Soloff, P.A.
                              25 S.E. Second Avenue, Suite 248
                              Miami, Florida 33131
                              Telephone:  (305) 375-8171
                              jtabas@tabassoloff.com


Skypatrol, LLC
c/o Robert D. Rubin
3055 N.W. 84th Avenue
Miami, FL  33122

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** <u>January 1, 2018</u> **AND ENDING** <u>January 31, 2018</u>

Name of Debtor: Skypatrol, LLC

Date of Petition: <u>December 13, 2017</u>

Case Number <u>17-24842-BKC-RAM</u>

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | **$81,986.85** (a) | **$107,998.97** (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $34,667.32 | $87,324.96 |
| Minus: Cash Refunds | (-) 115.00 | -$115.00 |
| Net Cash Sales | | |
| B. Accounts Receivable | $133,134.62 | $178,854.62 |
| C. Other Receipts *(See MOR-3)* | $ | $ |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | **$167,686.94** | **$266,064.58** |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | **$249,673.79** | **$456,050.40** |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | $522.38 | $942.31 |
| C. Contract Labor | $11,560.58 | $18,547.44 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | $169.40 | $169.40 |
| F. Inventory Payments *(See Attach. 2)* | $131,560.00 | $203,825.00 |
| G. Leases (Car Leases RR, CR, RV) | $2,502.19 | $3,531.72 |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | $32,742.19 | $51,319.10 |
| K. Professional Fees (Accounting & Legal) | $928.13 | $10,131.26 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | $162.32 | $350.72 |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | $5,655.51 | $5,655.51 |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | $ |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | $11,698.98 | $27,418.98 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | **$197,501.68** | **$321,891.44** |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | **$52,172.11** (c) | **$81,986.85** (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 24th day of April,, 2018

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Internet Service | | $681.34 |
| Computer Expense | | $35.00 |
| Communications | | $241.00 |
| Dues and Subscriptions | | $119.92 |
| Separate IT Infrastructure | | $15,000.00 |
| Sales Commissions | $5,080.27 | |
| Moving Expense | $777.92 | |
| Office Cleaning | $900.00 | |
| Software and License Expense | $2,623.00 | |
| AMEX | $1,896.62 | |
| Credit Card fees | $406.29 | |
| Misc. | $14.88 | |
| TOTAL OTHER DISBURSEMENTS | $11,698.98 | $16,077.263 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Skypatrol, LLC        Case Number  17-24842-BKC-RAM

Reporting Period beginning:  January 1, 2018      Period ending  January 31, 2018

ACCOUNTS RECEIVABLE AT PETITION DATE:  $383,136.98

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 240,848.56 | (a) |
| PLUS: Current Month New Billings | $ 88,292.00 | |
| MINUS: Collection During the Month | $ 133,134.62 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 196,005.94 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $88,292 | $31,490 | $22,625 | $53,598.94 | $196,005.94 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| Evolution Track | 5/2017 | Lawsuit filed |
| Kika Enterprise | 10/2017 | Collectible over next 90 days |
| Logicsat | 7/2015 | Pending Collection action in Brazil |
| Optimizer | various | Skypatrol Subsidiary |
| Skypatrol Columbia | various | Skypatrol Subsidiary |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: Skypatrol, LLC                    Case Number 17-24842-BKC-RAM
Reporting Period beginning: January 1, 2018      Period ending  January 31, 2018

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| Carried Over from Last Report | | | | |
| 12/30 | 30 | FPL | Electricity | $1,390.47 |
| 12/31 | 30 | Position Logic | Platform Services | $241.00 |
| 12/31 | 30 | Iridium | Satellite Connectivity | $226.39 |
| 12/31 | | Skypatrol Columbia | Sales Commissions | $4,700.00 |
| 12/13-12/31 | | AMEX | Various from prior month | $8,943.71 |
| TOTAL: | | | | **15,501.57** |
| New Unpaid | | | | |
| 1/1/18 | | Comcast | internet | $775.20 |
| 1/2/18 | | Robert Frankel | Legal Fees | $2,466.00 |
| 1/15/18 | | Blue Cross | Insurance | $595.20 |
| 1/15/18 | | Verizon | Phones | $366.32 |
| 1/19/18 | | AT&T | Internet | $502.00 |
| 1/24/18 | | Florida Blue | Insurance | $169.40 |
| 1/24/18 | | Depot Supplies | Supplies | $29.30 |
| 1/3 – 1/18 | | AMEX | (see attached) | $11,683.98 |
| TOTAL AMOUNT | | | | $16,587.40  (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $44,661.62  (a) |
| PLUS: New Indebtedness Incurred This Month | $16,587.40 |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | $29,160.05 |
| PLUS/MINUS: Adjustments | $  * |
| Ending Month Balance | $32,088.97  (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |

AMEX PENDINGS

| Date | | Description | Amount |
|---|---|---|---|
| 1/3/2018 | amex | gas | $50.04 |
| 1/12/2018 | amex | gas | $49.17 |
| 1/16/2018 | amex | travel to bogota | $274.40 |
| 1/17/2018 | amex | car registration | $278.20 |
| 1/11/2018 | amex | parking for court hearing | $8.35 |
| 1/11/2018 | amex | parking for court hearing | $4.35 |
| 1/18/2018 | amex | godaddy domain renewals | $29.99 |
| 1/12/2018 | amex | express cargo solutions | $4,560.78 |
| 1/18/2018 | amex | verizon cell phones | $978.16 |
| 1/6/2018 | amex | worldwide express | $670.90 |
| 1/10/2018 | amex | comcast internet | $776.39 |
| 1/9/2018 | amex | amazon prime | $11.19 |
| 1/10/2018 | amex | office lunch mtg | $28.06 |
| 1/12/2018 | amex | position logic platform services | $487.00 |
| 1/15/2018 | amex | westech solutions router repair w/t-mobile | $3,450.00 |
| 1/18/2018 | amex | southeast computer systems | $27.00 |
| | | | $11,683.98 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Skypatrol, LLC                    Case Number 17-24842-BKC-RAM
Reporting Period beginning: January 1, 2018      Period ending  January 31, 2018

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $  300,000.00 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $  234,646.69 | (a) |
| PLUS: Inventory Purchased During Month | $  131,560.00 | |
| MINUS: Inventory Used or Sold | $  60,800.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $  305,406.69 | |

METHOD OF COSTING INVENTORY:     Lower of cost or market

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 45      % | 10      % | 35      % | 10      % | =      100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**   miscellaneous antennas, batteries and cables

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   $1,500                  (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Office Equipment/Computers

---

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $      N/A | (a)(b) |
| MINUS:  Depreciation Expense | $ | |
| PLUS:  New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:   None

---

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC                Case Number  17-24842-BKC-RAM
Reporting Period beginning:  January 1, 2018      Period ending  January 31, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  City National Bank                 BRANCH:   Miami -Corporate Banking Center

ACCOUNT NAME:  Operating*                 ACCOUNT NUMBER:    x8179

PURPOSE OF ACCOUNT:        OPERATING – RECEIPT OF SALES PROCEEDS ONLY (per court order)

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 7,205.35 | |
| Plus Total Amount of Outstanding Deposits | $ 2,733.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $  255.33 | * |
| Minus Service Charges | $  374.65 | |
| Ending Balance per Check Register | $ 9,683.02 | **(a) |

**\*Debit cards are used by**      n/a

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee) N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$ _____ Tansferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

- **Pursuant to Court Order for Sales Receipts Only.**

# City National Bank
### Bci FINANCIAL GROUP

**Client Service**

 **Online**
citynational.com

 **CityTel**
305-349-CITY (2489)
1-800-762-CITY (2489)

 **Your Banking Center**
Corporate Banking
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

 **Your Banking Center Hours**
Lobby:    Monday - Friday:    8:30am - 5:00pm

3556 1 AV 0.375                    P:3556 / T:13 / S:

SKYPATROL LLC
DE-OPERATING
3055 NW 84TH AVE
DORAL FL 33122-1921

For additional locations
and hours, please visit
citynational.com

**Member FDIC**      EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX8179 | Beginning Balance: | $22,696.75 |
| Last Statement: | December 29, 2017 | Ending Balance: | $7,205.35 |
| This Statement: | January 31, 2018 | Average Ledger Balance: | $9,496.81 |
| | | Low Balance: | $2,575.84 |

### Daily Activity

| Date | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|---|
| 12-29 | Beginning balance | | | | 22,696.75 |
| 01-02 | Deposit | | 2,220.50 | | 24,917.25 |
| 01-02 | Bankcard Mtot Disc | L528 | | 406.29 | 24,510.96 |
| 01-03 | Bankcard Mtot Dep | L528 | 4,593.15 VISA | | 29,104.11 |
| 01-03 | Wire Transfer Skypatrol, Llc Chapte 322070381000353 | | | 20,000.00 | 9,104.11 |
| 01-04 | Bankcard Mtot Dep | 1528 | 118.95 | | 9,223.06 |
| 01-04 | Wire Transfer Bosch Solucoes Integr 12100024819Ft01 | | 982.00 INV# 74466 | | 10,205.06 |
| 01-04 | Mbfs.com Auto Pay 11158637 | | | 667.66 | 9,537.40 |
| 01-08 | Bankcard Btot Dep 5 | 1528 | 179.00 | | 9,716.40 |
| 01-09 | Wire Transfer Alfonso Ayensa Valade 02100008946Ft01 | | 318.00 INV# 74737 | | 10,034.40 |
| 01-09 | Bankcard Mtot Dep | 1528 | 423.46 | | 10,457.86 |
| 01-10 | Bankcard Mtot Dep | 1528 | 76.00 | | 10,533.86 |
| 01-10 | Wire Transfer Fecoatrans,s.a.de C.v 06700904426Ft01 | | 3,895.00 INV# 74746 | | 14,428.86 |
| 01-10 | Wire Transfer Skypatrol, Llc Chapte 322070381000341 | | | 10,000.00 | 4,428.86 |
| 01-11 | Bankcard Mtot Dep | 1528 | 521.20 | | 4,950.06 |

Continued on the next page

---

Access your account funds for free at select retail locations, all CNB banking centers, and at Presto ATMs located at more than 1,000 Publix locations.

To find a location near you, visit citynational.com.

*Presto!*

---



## Let Us WELCOME You Home

At City National Bank, we make your dream home a reality.
We have a full suite of **mortgage solutions** to meet your needs.

- Conventional Mortgages
- Jumbo Mortgages
- Foreign National Mortgages
- Home Equity Lines of Credit

With local decision-making and quick turnaround time, we make the process easy.
**Speak to one of our Bankers today by calling 305-577-7333 or 1-800-435-8839.**

Account:

| Date | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|---|---------------------|---------------------------|---------|
| 01-11 | Wire Transfer Protek Srl 12100024857Ft01 | *INV# 74514* | 6,000.00 | | 10,950.06 |
| 01-12 | Deposit | | 2,600.00 | | 13,550.06 |
| 01-16 | Bankcard Mtot Dep | 1528 | 247.00 | | 13,797.06 |
| 01-16 | Wire Transfer 1/Safari Seguridad, S 02600256130Ft01 | *INV# 74747* | 1,997.00 | | 15,794.06 |
| 01-16 | American Express Settlement | 7441 | 37,205.32 | | 52,999.38 |
| 01-16 | Wire Transfer Skypatrol, Llc Chapte 322070381000463 | | | 50,000.00 | 2,999.38 |
| 01-16 | Monthly Service Fee | | | 374.65 | 2,624.73 |
| 01-17 | American Express Settlement | 7441 | 116.23 | | 2,740.96 |
| 01-18 | Bankcard Mtot Dep | 1528 | 517.85 | | 3,258.81 |
| 01-19 | Bankcard Mtot Dep | 1528 | 181.00 | | 3,439.81 |
| 01-22 | American Express Settlement | 7441 | 695.24 | | 4,135.05 |
| 01-23 | Wire Transfer Transportes Unidos 11301054707Ft01 | *INV# 74764* | 981.00 | | 5,116.05 |
| 01-23 | Bankcard Btot Dep | 1528 | 4,754.00 | | 9,870.05 |
| 01-24 | Deposit | | 2,483.00 | | 12,353.05 |
| 01-24 | Bankcard Mtot Dep | 1528 | 19.95 | | 12,373.00 |
| 01-24 | American Express Settlement | 7441 | 772.92 | | 13,145.92 |
| 01-25 | Bankcard Mtot Dep | 1528 | 517.31 | | 13,663.23 |
| 01-26 | American Express Settlement 4098057441 | | 398.11 | | 14,061.34 |
| 01-26 | Bankcard Mtot Dep | 1528 | 514.50 | | 14,575.84 |
| 01-26 | Wire Transfer Skypatrol, Llc Chapte 322070381000186 | | | 12,000.00 | 2,575.84 |
| 01-29 | Bankcard Mtot Dep | 1528 | 1,116.50 | | 3,692.34 |
| 01-30 | Deposit | | 1,050.00 | | 4,742.34 |
| 01-30 | Bankcard Mtot Dep | 1528 | 660.73 | | 5,403.07 |
| 01-31 | American Express Settlement | 7441 | 288.39 | | 5,691.46 |
| 01-31 | Bankcard Mtot Dep | 1528 | 1,513.89 | | 7,205.35 |
| 01-31 | Ending totals | | 77,957.20 | 93,448.60 | 7,205.35 |

Continued on the next page

Amount: $2,220.50  Date: 01/02/2018

Amount: $2,220.50  Date: 01/02/2018

Amount: $2,600.00  Date: 01/12/2018

Amount: $2,600.00  Date: 01/12/2018

Amount: $2,483.00  Date: 01/24/2018

Amount: $2,483.00  Date: 01/24/2018

Amount: $1,050.00  Date: 01/30/2018

Amount: $1,050.00  Date: 01/30/2018



**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  January 1, 2018      Period ending  January 31, 2018

NAME OF BANK:  City National Bank          BRANCH:   Miami, FL

ACCOUNT NAME:   Skypatrol, LLC – Sales Receipts Only [Per Court Order ECF 26]

ACCOUNT NUMBER:  x8179

PURPOSE OF ACCOUNT:          OPERATING

> Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 1/2 | AutoPay | Credit Card Fee | Processing fees | $406.29 |
| 1/3 | Wire | Skypatrol DIP | Income Sweep | $20,000.00 |
| 1/4 | AutoPay | Mercedes Benz | Corp Car Payment | $667.66 |
| 1/10 | Wire | Skypatrol DIP | Income Sweep | $10,000.00 |
| 1/16 | Wire | Skypatrol DIP | Income Sweep | $50,000.00 |
| 1/16 | Auto Pay | Bank Fees | Monthly Service Fee | $374.65 |
| 1/26 | Wire | Skypatrol DIP | Income Sweep | $12,000.00 |

TOTAL                                                                 $93,448.60

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  January 1, 2018       Period ending  January 31, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: East West Bank              BRANCH:  EL Monte, CA

ACCOUNT NAME: Operating*                    ACCOUNT NUMBER:   x9429

PURPOSE OF ACCOUNT:       OPERATING

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ 44,839.58 | |
| Plus Total Amount of Outstanding Deposits | $  0 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 2,305.50 | * |
| Minus Service Charges | $    121.49 | |
| Ending Balance per Check Register | $ 42,534.08 | **(a) |

**\*Debit cards are used by**_____ n/a

**\*\*If Closing Balance is negative, provide explanation**:_____

_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee) **N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____ Tansferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

- **Pursuant to Court Order for Sales Receipts Only.**

# EAST WEST BANK  Your financial bridge℠

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page   1   of   4
STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
Total days in statement period: 31
9429
( 23 )

SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
3055 NW 84TH AVE
MIAMI FL 33122-1921

The security of your account and personal information is our top priority! To learn more about our online security practices and how to protect yourself from cybercrime, visit eastwestbank.com and search "Privacy & Security".

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 9429 | Beginning balance | $58,978.50 |
| Enclosures | 23 | Total additions ( 10 ) | 181,840.60 |
| Low balance | $44,839.58 | Total subtractions ( 35 ) | 195,979.52 |
| Average balance | $119,610.18 | Ending balance | $44,839.58 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 01-02 | Wire Trans-IN | UNION SYSTEMS. SOC IEDAD ANONIMA  INV# 74729 | 4,047.00 |
| | 01-03 | Wire Trans-IN | SKYPATROL LLC | 20,000.00 |
| | 01-04 | Wire Trans-IN | SKYPATROL COLOMBIA SAS  SEVERAL ??? | 70,000.00 |
| | 01-10 | Wire Trans-IN | SKYPATROL LLC | 10,000.00 |
| | 01-11 | Wire Trans-IN | 1/CIFUENTES CUEVAS GRISELDA  INV# 74738 | 630.00 |
| | 01-11 | Wire Trans-IN | LOCALIZA PARAGUAY S.A.  INV# 74728 | 1,320.00 |
| | 01-16 | Wire Trans-IN | SKYPATROL LLC | 50,000.00 |
| | 01-16 | Pre-Auth Credit | SKYPATROL SOLUTI PAYMENTS 180116 | |
| | | | SKYPATROL LLC | 3,815.00 |
| | 01-26 | Wire Trans-IN | SKYPATROL LLC | 12,000.00 |
| | 01-29 | Wire Trans-IN | SKYPATROL COLOMBIA SAS  INV# 69236 | 10,028.60 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 526 DEC | 01-02 | 1,986.86 | 1009 | 01-18 | 115.00 |
| 529 * DEC | 01-03 | 405.00 | 1010 | 01-16 | 430.25 |
| 532 * | 01-03 | 799.25 | 1011 | 01-24 | 169.40 |
| 533 | 01-03 | 1,000.00 | 1012 | 01-25 | 400.00  Supposed to be $405 |
| 1001 * | 01-08 | 1,690.77 | 1013 | 01-23 | 928.13 |
| 1002 | 01-10 | 300.00 | 1014 | 01-24 | 300.00 |
| 1003 | 01-10 | 300.00 | 1015 | 01-23 | 5,655.51 |
| 1004 | 01-08 | 800.00 | 1017 * | 01-25 | 106.67 |
| 1005 | 01-16 | 1,160.00 | 1018 | 01-26 | 1,986.86 |
| 1006 | 01-16 | 1,122.00 | 1019 | 01-29 | 671.25 |
| 1007 | 01-16 | 1,986.86 | 1213 * | 01-12 | 14.88 |
| 1008 | 01-17 | 1,029.53 | * Skip in check sequence | | |

3409     rev 05-16

**EAST WEST BANK** Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page 2 of 4
STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
9429

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|------------|
| 12-29 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 171229 374500000000084 | 14,038.00 |
| 01-09 | Outgoing Wire | Micron Electronics LLC | 640.00 |
| 01-09 | Outgoing Wire | Widetech S.A. | 2,623.00 |
| 01-16 | Preauth Debit | AMEX EPAYMENT ACH PMT 180116 | 1,896.62 |
| 01-16 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180116 374500000000002 | 17,582.19 |
| 01-17 | Analysis Servic | ANALYSIS ACTIVITY FOR 12/17 | 121.49 |
| 01-24 | Outgoing Wire | Queclink Wireless Solutions Co. Ltd  (PO# 9082 In Transit) | 86,000.00 |
| 01-26 | Outgoing Wire | Julian David Moren o Aparicio    JUL01 | 2,000.00 |
| 01-29 | Outgoing Wire | Camilo Peralta Per ez | 1,300.00 |
| 01-29 | Outgoing Wire | Queclink Wireless Solutions Co. Ltd  PO# 9088/9092 (Transit) | 17,420.00 |
| 01-30 | Outgoing Wire | Gosafe Systems Inc   PO#9081 (TRANSIT 2 REVERSE) | 27,500.00 |
| 01-31 | Outgoing Wire | Julian David Moren o Abril    JUL03. | 1,500.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 44,940.50 | 01-11 | 140,392.62 | 01-25 | 75,189.09 |
| 01-02 | 47,000.64 | 01-12 | 140,377.74 | 01-26 | 83,202.23 |
| 01-03 | 64,796.39 | 01-16 | 170,014.82 | 01-29 | 73,839.58 |
| 01-04 | 134,796.39 | 01-17 | 168,863.80 | 01-30 | 46,339.58 |
| 01-08 | 132,305.62 | 01-18 | 168,748.80 | 01-31 | 44,839.58 |
| 01-09 | 129,042.62 | 01-23 | 162,165.16 | | |
| 01-10 | 138,442.62 | 01-24 | 75,695.76 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|------------------------|---------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Checking Account          9429
Statement Date          01/31/2018
Page                    3 of 4

---

**Check 526**
Skypatrol, LLC
526
DATE 12/22/2017
PAY TO THE ORDER OF Raul Vergara          $ 1,986.86
One Thousand Nine Hundred Eighty Six and 86/100 DOLLARS
WE12/15/17 & WE12/22/17

01/02/2018    526    $1,986.86

**Check 1003**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1003
DATE 1/5/2018
PAY TO THE ORDER OF Gloria Grimaldi          $ 300
Three hundred and 00/100 DOLLARS
Money Fee

01/10/2018    1003    $300.00

---

**Check 529**
Skypatrol LLC
529
DATE 12/22/2017
PAY TO THE ORDER OF Nissan Motor Acceptance Corp.          $ 405.00
Four Hundred and Five 00/100 DOLLARS
12-2017-RV
Acct# 5850 1034 197

01/03/2018    529    $405.00

**Check 1004**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1004
DATE 1/5/2018
PAY TO THE ORDER OF William Quevedo          $ 800.00
Eight hundred and 00/100 DOLLARS
12/18 - 12/22 & 12/26-12/29

01/08/2018    1004    $800.00

---

**Check 532**
NATHAN MATALON
532
DATE 1-2-18
PAY TO THE ORDER OF          $ 799.25
Seven hundred ninety nine + 25/100 DOLLARS
Commissions

01/03/2018    532    $799.25

**Check 1005**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1005
DATE 1-9-18
PAY TO THE ORDER OF Galloway enduoscopy Center          $ 1,160
One thousand one hundred sixty 00/100 DOLLARS

01/16/2018    1005    $1,160.00

---

**Check 533**
Nathan Matalon
533
DATE 1-2-18
PAY TO THE ORDER OF          $ 1,000.00
One thousand 00/100 DOLLARS
December Commission Balance

01/03/2018    533    $1,000.00

**Check 1006**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1006
DATE 1/10/2018
PAY TO THE ORDER OF Natalia M. Gutierrez          $ 1,122
One Thousand One Hundred Twenty Two XX/100 DOLLARS
WE1/5/17, WE1/12/17, WE1/18/17

01/16/2018    1006    $1,122.00

---

**Check 1001**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1001
DATE January 5, 2018
PAY TO THE ORDER OF Havelio Martinez          $ 1,690.77
One thousand Six Hundred Ninety and 77/100 DOLLARS
Aug - Dec 2017

01/08/2018    1001    $1,690.77

**Check 1007**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1007
DATE 01/10/2018
PAY TO THE ORDER OF Raul Vergara          $ 1,986.86
One thousand Nine Hundred Eighty Six and 86/100
WE12/29/17 & WE1/5/2018

01/16/2018    1007    $1,986.86

---

**Check 1002**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1002
DATE 1/5/2018
PAY TO THE ORDER OF Gloria Grimaldi          $ 300
Three hundred + 00/100 DOLLARS
Cleaning Fee

01/10/2018    1002    $300.00

**Check 1008**
SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1008
DATE 01/10/2018
PAY TO THE ORDER OF Tesla Finance LLC          $ 1,029.53
One Thousand Twenty Nine 53/100 DOLLARS
Account# RS75748/Jan# 274574

01/17/2018    1008    $1,029.53

Checking Account **5500009429**
Statement Date **01/31/2018**
Page **4 of 4**

| Date | Check # | Amount |
|------|---------|--------|
| 01/18/2018 | 1009 | $115.00 |
| 01/23/2018 | 1015 | $5,655.51 |
| 01/16/2018 | 1010 | $430.25 |
| 01/25/2018 | 1017 | $106.67 |
| 01/24/2018 | 1011 | $169.40 |
| 01/26/2018 | 1018 | $1,986.86 |
| 01/25/2018 | 1012 | $400.00 |
| 01/29/2018 | 1019 | $671.25 |
| 01/23/2018 | 1013 | $928.13 |
| 01/12/2018 | 1213 | $14.88 |
| 01/24/2018 | 1014 | $300.00 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC                    Case Number:  17-24842-BKC-RAM
Reporting Period beginning:  January 1, 2018      Period ending  January 31, 2018

NAME OF BANK:  EastWest Bank            BRANCH:   EL Monte, CA

ACCOUNT NAME:   Skypatrol, LLC – DIP Account

ACCOUNT NUMBER:  x9429

PURPOSE OF ACCOUNT:            OPERATING

   Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
   alternative, a computer generated check register can be attached to this report, provided
   all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/2918 | ACH | Progressive Payroll | Payroll | $14,038.00 |
| 1/2/18 | 526 | Raul Vergara | Contractor | $1,986.86 |
| 1/3/18 | 529 | Nissan Motor | Auto lease | $405.00 |
| 1/2/18 | 532 | Nathan Matalan | Sales Commission | $799.25 |
| 1/2/18 | 533 | Nathan Matalan | Sales Commission | $1,000.00 |
| 1/5/18 | 1001 | Maurilio Martinez | Sales Commission | $1,690.76 |
| 1/5/18 | 1002 | Gloria Grimaldo | Cleaning | $300.00 |
| 1/5/18 | 1003 | Gloria Grimaldo | Cleaning | $300.00 |
| 1/5/18 | 1004 | William Quevedo | Contractor | $800.00 |
| 1/9/18 | 1005 | Sandra Castro | Sales Commissions | $1,060.00 |
| 1/9/18 | Wire | Micron Electronics | Inventory | $640.00 |
| 1/9/18 | Wire | Widetech | Platform Fees | $2,623.00 |
| 1/10/18 | 1006 | Natalie Gutierrez | Payroll | $1,122.00 |
| 1/10/18 | 1007 | Raul Vergara | Contractor | $1,986.86 |
| 1/10/18 | 1008 | Tesla Motors | Auto Lease (Tesla) | $1,029.53 |
| 1/12/18 | 1009 | Custom Tub & Tile | Customer Refund | $115.00 |
| 1/15/18 | 1010 | Nathan Matalan | Sales Commission | $430.25 |
| 1/16/18 | Wire | AMEX | Payment of Various Charges | $1,896.62 |
| 1/17/18 | 1011 | Florida Blue | Health Insurance | $169.40 |
| 1/17/18 | 1012 | Nissan Motor | Auto Lease (Nissan) | $400.00 |
| 1/1718 | Wire | Progressive Employer | Payroll Servicer | $17,582.19 |
| 1/17/18 | ACH | EastWest Bank | Bank Fees | $121.49 |
| 1/19/18 | 1013 | Ted Brennan | Accounting Services | $928.13 |
| 1/19/18 | 1014 | Gloria Grimaldo | Cleaning | $300.00 |
| 1/19/18 | 1015 | Claudia Gonzalez | Travel Reimbursement | $5,655.51 |
| 1/20/18 | 1016 | Voided | Voided | $0.00 |

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 1/22/18 | 1017 | David Grimaldo | Moving Expense | $106.67 |
| 1/23/18 | 1018 | Raul Vergara | Contractor | $1,986.86 |
| 1/24/18 | 1019 | Gloria Grimaldo | Moving Expense | $671.25 |
| 1/24/18 | Wire | Queclink Wireless | Equipment Purchase | $86,000.00 |
| 1/26/18 | Wire | Julian David Moreno | Intl Consulting | $2,000.00 |
| 1/29/18 | Wire | Camilo Peralta | Intl Consulting | $1,300.00 |
| 1/29/18 | Wire | Queclink Wireless | Equipment Purchase | $17,420.00 |
| 1/30/18 | Wire | Gosafe | Equipment Purchase | $27,500.00 |
| 1/31/18 | Wire | Julian David Modreno | Intl Consulting | $1,500.00 |

TOTAL $195,979.52

**Skypatrol, LLC**
**BANK RECONCILIATION**
**City National Bank - Account          8179**
**G/L Account 1142-100**

DATE 1/31/2018

| | |
|---|---|
| BALANCE PER BANK STATEMENT | 7,205.35 |

| C/C Transactions in-transit - should have settled in December | |
|---|---|
| 1/31/18 - SO-90838 | 2,290.00 |
| 1/31/18 - SO-90840 | 443.00 |

| | |
|---|---|
| TOTAL DEPOSITS IN-TRANSIT: | 2,733.00 |
| OUTSTANDING CHECKS: | (255.33) |
| ENDING BANK BALANCE: | 9,683.02 |

**Skypatrol, LLC**
**BANK RECONCILIATION**
East West Bank – Account          9429
G/L Account 1133-100

DATE 1/31/2018

| | |
|---|---:|
| BALANCE PER BANK STATEMENT | 44,839.58 |
| C/C Transactions in-transit | - |
| TOTAL DEPOSITS IN-TRANSIT: | - |
| OUTSTANDING CHECKS: | (2,305.50) |
| ENDING BANK BALANCE: | 42,534.08 |
| BALANCE PER GENERAL LEDGER: | (48,089.07) |

**Prior month remaining to Post:**

| | |
|---|---:|
| 12/20 W/T Micron | (3,515.00) |
| 12/29 W/T Cristian (Bank $3,000 - Sage $7,500) | 4,500.00 |

**Current month remaining to Post:**

| | | |
|---|---:|---|
| 1/31 W/T Julian Aparicio Voided on 2/16 instead of 1/31 | 1,500.00 | |
| Reclass Interbank Transfers recorded in EWB | 92,000.00 | |
| Reclass Mercedes Auto Debit recorded in EWB | 667.66 | |
| Unposted wires out | (4,519.62) | click here for |
| Unposted checks clearing bank | (14.88) | click here for |
| Difference on checks written | 4.99 | click here for |

**Journal Entries**

Bank Charges

| | |
|---|---:|
| Ending Balance | 42,534.08 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  January 1 2018         Period ending  January 31,2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:      N/A                    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:        PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  January 1, 2018      Period ending   January 31,2018

NAME OF BANK:    N/A                              BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:       PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                    $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  January 1, 2018        Period ending  January 31,2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  EastWest Bank                    BRANCH:   El Monte, CA

ACCOUNT NAME:  Skypatrol, LLC – Tax Account            ACCOUNT NUMBER:   x9443

PURPOSE OF ACCOUNT:        TAX

|  |  |  |
|---|---|---|
| Ending (beginning) Balance per Bank Statement | $311.60 | |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $162.32 | * |
| Minus Service Charges | $ 22.14 | |
| Ending Balance per Check Register | $127.14 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 1/21 | $162.32 | FL. Dept. Rev | Sales Tax | to pay December 2017 sales tax |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**
**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  January 1, 2018       Period ending   January 31,2018

NAME OF BANK:  EastWest Bank                      BRANCH:  _____

ACCOUNT NAME:  Skypatrol, LLC – Tax Account             ACCOUNT NUMBER:   x9443

PURPOSE OF ACCOUNT:         TAX


Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 1/21 | Electronic Pay | Fl. Dept Rev | December Sales Tax | $162.32 |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          $162.32    (d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                         _____ (a)
Sales & Use Taxes Paid                                    $162.32     (b)
Other Taxes Paid                                          _____ (c)
TOTAL                                                     $162.32     (d)


(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D
## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

N/A

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                     _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                    **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____N/A_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  January 1, 2018      Period ending  January 31,2018

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| FL. DEPT REV, | 2/20/18 | Sales Tax | $137.13 | 1/21/18 | 1-1 thru 1-31-2018 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL |  |  | $137.13 |  |  |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  January  1, 2018       Period ending  January 31, 2018

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Robert D. Rubin | CEO | Salary | $15,00.00 |
| Robert D. Rubin | CEO | Vehicle Lease (Tesla Motors) | $1,029.53 |
|  |  |  |  |
|  |  |  |  |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 3 | 6 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 3 | 6 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| See attached list |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**The following lapse in insurance coverage occurred this month: N/A**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

X    **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**Skypatrol, LLC - Insurance**

| | Insurance Co. | Policy No. | Type of Coverage | Amount of Coverage | Policy Period | Paid |
|---|---|---|---|---|---|---|
| 1 | Wright Natioanl Flood Company | 1150069289 | Flood | Building: $500,000 Contents: $500,000 | 9/7/2017 - 9/7/2018 | Yes |
| 2 | Tokio Marine America Insurance Company | T06-0011032 | Goods/Supplies | $1,000,000 | 6/1/2017 - 6/1/2018 | Yes |
| 3 | The Hartford | 21 MS UT7930 | Data Processing Equipment (Computer Systems) | $100,000 (Comp.) $50,000 (Media and Data) | 10/29/2017 - 10/29/2018 | Yes |
| 4 | The Hartford | 21 UUN UT6068 | Multi-Flex Business Policy Commercial Auto and Commercial General Liability | various - see policy | 9/1/2017 - 9/1/2018 | Yes |
| 5 | State Farm Auto Ins. | C94 8597-A25-59 | Automobile - Mercedes | $100,000/$300,000 | 1/25/2018 - 7/25/2018 | Yes |
| 6 | State Farm Auto Ins. | 451 9014-E15-59G | Automobile - Tesla | $100,000/$300,000 | 11/15/2017 - 5/18/2017 | Yes |
| 7 | State Farm Auto Ins. | 638 4376-E22-59L | Automobile - Pathfinder | $100,000/$300,000 | 11/22/2017 - 5/22/2018 | Yes |

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant developments

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before    July 10,  2018       .