UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov


In re:                                                    CASE NO.: 17-24842-BKC-RAM
                                                          Chapter 11

SKYPATROL, LLC.
a Delaware limited liability company,
        Debtor.
_____/

(AMENDED)
DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM FEBRUARY 1, 2018 TO FEBRUARY 28, 2018

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.


                                        /s/ Joel L. Tabas_____
                                        Joel L. Tabas
                                        Attorney for Debtor
                                        Tabas & Soloff, P.A.
                                        25 S.E. Second Avenue, Suite 248
                                        Miami, Florida 33131
                                        Telephone:  (305) 375-8171
                                        jtabas@tabassoloff.com


Skypatrol, LLC
c/o Robert D. Rubin
3055 N.W. 84th Avenue
Miami, FL  33122

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** February 1, 2018 **AND ENDING** February 28, 2018

Name of Debtor: Skypatrol, LLC

Date of Petition: December 13, 2017

Case Number 17-24842-BKC-RAM

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $52,172.11 (a) | $107,998.97 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $114,123.39 | $201,448.35 |
| Minus: Cash Refunds | $13,174.46 | -$13,289.46 |
| Net Cash Sales | | |
| B. Accounts Receivable | $27,500.00 | $206,354.62 |
| C. Other Receipts *(See MOR-3)* | $14.88 | $14.88 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $128,463.81 | $384,528.39 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $180,635.92 | $636,686.32 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | $555.07 | $1,497.38 |
| C. Contract Labor | $10,648.72 | $29,196.16 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | $1,451.20 | $1,620.60 |
| F. Inventory Payments *(See Attach. 2)* | $27,500.00 | $231,325.00 |
| G. Leases (Car Leases RR and CR ) | $1,697.19 | $5,228.91 |
| H. Manufacturing Supplies | | |
| I. Office Supplies | $316.44 | $316.44 |
| J. Payroll - Net *(See Attachment 4B)* | $35,643.89 | $86,962.99 |
| K. Professional Fees (Accounting & Legal) | $1,488.60 | $11,619.86 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | $137.13 | $487.85 |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | $5,655.51 |
| Y. U.S. Trustee Quarterly Fees | $975.00 | $975.00 |
| U. Utilities | $2,988.14 | $2,988.14 |
| V. Vehicle Expenses (parking) | $52.50 | $52.50 |
| W. Other Operating Expenses *(See MOR-3)* | $49,745.45 | $77,164.43 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $133,199.33 | $455,090.77 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $ 47,436.59 (c) | $86,986.85 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 24th day of April, 2018

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Internet Service | | $681.34 |
| Computer Expense (IT Consultant) | $630.00 | $665.00 |
| Communications (carrier Charges) | $34,448.80 | $34,448.80 |
| Dues and Subscriptions | | $119.92 |
| Separate IT Infrastructure | | $15,000.00 |
| Sales Commissions | $2,402.00 | $7,482.27 |
| Moving Expense | $1,457.50 | $2,235.42 |
| Office Cleaning | $600.00 | $1,500.00 |
| Software and License Expense | | $2,623.00 |
| AMEX | $9,389.26 | $11,285.88 |
| Credit Card fees | $538.89 | $945.18 |
| Doc Stamp Fee (Fla. Dept Rev.) | $25.00 | $25.00 |
| Misc. – credited back this month | $ | $ |
| NSF Check from Customer | $254.00 | $254.00 |
| TOTAL OTHER DISBURSEMENTS | $49,745.45 | $77,265.81 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning: February 1, 2018      Period ending  February 28, 2018

ACCOUNTS RECEIVABLE AT PETITION DATE:  $383,136.98

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 196,005.94 | (a) |
| PLUS: Current Month New Billings | $  99,664.75 | |
| MINUS: Collection During the Month | $  27,500.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 268,170.69 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $177,536 | $24,269 | $12,766 | $53,599 | $268,170 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| Evolution Track | 5/2017 | Lawsuit filed |
| Kika Enterprise | 10/2017 | Collectible over next 90 days |
| Logicsat | 7/2015 | Pending Collection action in Brazil |
| Optimizer | various | Skypatrol Subsidiary |
| Skypatrol Columbia | various | Skypatrol Subsidiary |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: <u>Skypatrol, LLC</u>                    Case Number <u>17-24842-BKC-RAM</u>
Reporting Period beginning: <u> February 1, 2018 </u>    Period ending <u> February 28, 2018 </u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|

**See Attached Chart Reflecting  Carryover and New Outstanding Payables**

TOTAL AMOUNT                                                <u>$24,445.38 </u> (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | <u>$32,088.97                         </u> | (a) |
| PLUS: New Indebtedness Incurred This Month | <u>$13,096.77                         </u> | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | <u>$ 20,740.36                         </u> | |
| PLUS/MINUS: Adjustments | <u>$                                         </u> | * |
| Ending Month Balance | <u>$24,445.38                         </u> | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |

MOR-5

Outstanding Accounts Payable
Incurred But Unpaid Post-Petition

| Date Incurred | Vendor | Description | Amount |
|---|---|---|---|
| **CARRYOVER FROM PRIOR** | | | |
| 12/31/2017 | Iridum | Satelite Connectivity | $226.39 |
| 12/31/2017 | Skypatrol Columbai | Sales Commission | $3,900.00 |
| 12/13 -12/31 | AMEX | Various from December | $2,130.14 |
| 1/19/2018 | AT&T | internet | $502.00 |
| 1/25/2018 | Depot Supplies | supplies | $29.30 |
| 1/31/2018 | AMEX January | express cargo solutions  (Ship ECS) | $4,560.78 |
| | | | **$11,348.61** |
| **NEW AMEX FEB** | | | |
| February 1 - February 28, 2018 | AMEX | Travel | $390.87 |
| | AMEX | hotel | $991.72 |
| | AMEX | phone | $10.00 |
| | AMEX | Robert's Travel & Entertainment | $456.02 |
| | AMEX | Claudia's Travel & Entertainment | $1,616.74 |
| | AMEX | Claudia Travel from BOG to MIA | $358.81 |
| | AMEX | Comcast office internet connectivity | $775.20 |
| | AMEX | Verizon mobile phones | $531.02 |
| | AMEX | Godaddy Domain Names | $33.83 |
| | AMEX | Sunpass | $25.00 |
| | AMEX | Amazon Prime | $11.19 |
| | AMEX | Southeast Computer | $32.00 |
| | AMEX | Robert's Travel from MIA to ESP | $873.22 |
| | AMEX | Dell Computer | $971.38 |
| | AMEX | Parking | $36.25 |
| | AMEX | Amex Membership Fee | $345.00 |
| | AMEX | Fed X shipping (express cargo) | $5,585.96 |
| | AMEX | Gas | $52.56 |
| | | | **$13,096.77** |
| | | | **$24,445.38** |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Skypatrol, LLC       Case Number 17-24842-BKC-RAM
Reporting Period beginning: February 1, 2018    Period ending February 28, 2018

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 300,000.00 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ 305,406.69 | (a) |
| PLUS: Inventory Purchased During Month | $ 27,500.00 | |
| MINUS: Inventory Used or Sold | $ 92,686.92 | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $ 240,219.77 | |

METHOD OF COSTING INVENTORY:    Lower of cost or market

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 45 % | 10 % | 35 % | 10 % = | 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**   miscellaneous antennas, batteries and cables

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   $1,500    (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Office Equipment/Computers

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ N/A | (a)(b) |
| MINUS: Depreciation Expense | $ | |
| PLUS: New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:   None

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  February 1, 2018         Period ending   February 28, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  City National Bank                    BRANCH:   Miami -Corporate Banking Center

ACCOUNT NAME:  Operating*                    ACCOUNT NUMBER:    x8179

PURPOSE OF ACCOUNT:        OPERATING – RECEIPT OF SALES PROCEEDS ONLY (per court order)

|  |  |
|---|---|
| Ending Balance per Bank Statement | $  25,518.89 |
| Plus Total Amount of Outstanding Deposits | $  2,253.33 |
| Minus Total Amount of Outstanding Checks and other debits | $  255.33                    * |
| Minus Service Charges | $  287.13 |
| Ending Balance per Check Register | $ 27,516.89              **(a) |

**\*Debit cards are used by**____n/a_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  (** ☐ Check here if cash disbursements were authorized by United States Trustee) **N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$ _____ Tansferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

- **Pursuant to Court Order for Sales Receipts Only.**

# City National Bank
## Bci FINANCIAL GROUP

### Client Service

 **Online**
citynational.com

 **CityTel**
305-349-CITY (2489)
1-800-762-CITY (2489)

 **Your Banking Center**
Corporate Banking
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

 **Your Banking Center Hours**
Lobby: Monday - Friday: 8:30am - 5:00pm

3599 1 AV 0.375
P:3599 / T:14 / S:

SKYPATROL LLC
DE-OPERATING
3055 NW 84TH AVE
DORAL FL 33122-1921

For additional locations
and hours, please visit
citynational.com

 Member **FDIC**

 EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX8179 | Beginning Balance: | $7,205.35 |
| Last Statement: | January 31, 2018 | Ending Balance: | $25,518.89 |
| This Statement: | February 28, 2018 | Average Ledger Balance: | $11,542.36 |
| | | Low Balance: | $3,275.63 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 01-31 | Beginning balance | | | 7,205.35 |
| 02-01 | American Express Settlement 7441 | 43.17 | | 7,248.52 |
| 02-01 | Bankcard Mtot Dep 528 | 2,733.00 | | 9,981.52 |
| 02-02 | Bankcard Mtot Dep 528 | 248.00 | | 10,229.52 |
| 02-02 | Bankcard Mtot Disc 528 | | 538.89 | 9,690.63 |
| 02-05 | American Express Settlement 7441 | 463.19 | | 10,153.82 |
| 02-05 | Bankcard Mtot Dep )1528 | 3,796.25 | | 13,950.07 |
| 02-05 | American Express Settlement 7441 | 23,111.68 | | 37,061.75 |
| 02-05 | Wire Transfer Skypatrol, Llc Chapte 322070381000457 | | 32,500.00 | 4,561.75 |
| 02-05 | Bankcard Mtot Dep 1528 | | 618.46 | 3,943.29 |
| 02-05 | Mbfs.com Auto Pay 11700470 | | 667.66 | 3,275.63 |
| 02-06 | Bankcard Mtot Dep )1528 | 396.95 | | 3,672.58 |
| 02-07 | Deposit | 959.00 | | 4,631.58 |
| 02-08 | Bankcard Mtot Dep )1528 | 193.95 | | 4,825.53 |
| 02-08 | Wire Transfer /100018112164883 02600509221Ft01 | 1,805.00 → Inv 74841 | | 6,630.53 |
| 02-12 | Bankcard Mtot Dep 01528 | 415.43 | | 7,045.96 |
| 02-12 | American Express Settlement 4 7441 | 3,437.55 | | 10,483.51 |
| 02-13 | Bankcard Mtot Dep 1528 | 14,144.00 | | 24,627.51 |

Continued on the next page

### Access your account funds for free at select retail locations, all CNB banking centers, and at Presto ATMs located at more than 1,000 Publix locations.

To find a location near you, visit citynational.com.

*Presto!*

# Let Us WELCOME You Home

At City National Bank, we make your dream home a reality.
We have a full suite of **mortgage solutions** to meet your needs.

- Conventional Mortgages
- Jumbo Mortgages
- Foreign National Mortgages
- Home Equity Lines of Credit

With local decision-making and quick turnaround time, we make the process easy.
*Speak to one of our Bankers today by calling 305-577-7333 or 1-800-435-8839.*





| Date | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|--|---------------------|---------------------------|---------|
| 02-14 | Deposit | | | | 26,530.62 |
| 02-14 | Bankcard Mtot Dep | )1528 | 1,903.11 | | |
| 02-15 | Monthly Service Fee | | | 12,556.00 | 13,974.62 |
| 02-16 | Bankcard Mtot Dep | 01528 | | 287.13 | 13,687.49 |
| 02-16 | American Express Settlement 4098057441 | | 173.95 | | 13,861.44 |
| 02-16 | Charge Back Item Check 441 | | 711.51 | | 14,572.95 |
| 02-20 | Deposit | | | 254.00 | 14,318.95 |
| 02-20 | American Express Settlement | 7441 | 1,150.00 | | 15,468.95 |
| 02-20 | Bankcard Mtot Dep | 01528 | 101.95 | | 15,570.90 |
| 02-20 | Bankcard Btot Dep ! | )1528 | 701.00 | | 16,271.90 |
| 02-20 | Wire Transfer 1/Global Security Con 12100024831Ft01 | | 792.39 | | 17,064.29 |
| | | | 3,760.00 → JIV 74644 | | 20,824.29 |
| 02-21 | Deposit | | | | 27,344.29 |
| 02-21 | American Express Settlement | 441 | 6,520.00 | | 27,588.98 |
| 02-21 | Bankcard Mtot Dep | :01528 | 244.69 | | 28,184.49 |
| 02-21 | Wire Transfer Skypatrol, Llc Chapte 322070381000253 | | 595.51 | 20,000.00 | 8,184.49 |
| 02-22 | Bankcard Mtot Dep | 01528 | 217.00 | | 8,401.49 |
| 02-23 | Deposit | | 300.00 | | 8,701.49 |
| 02-23 | Bankcard Mtot Dep | )1528 | 2,297.49 | | 10,998.98 |
| 02-26 | Bankcard Mtot Dep | )1528 | 856.00 | | 11,854.98 |
| 02-26 | American Express Settlement · | 7441 | 1,092.37 | | 12,947.35 |
| 02-26 | American Express Settlement · | 7441 | 1,196.27 | | 14,143.62 |
| 02-27 | Bankcard Mtot Dep 542623930301528 | | 1,768.65 | | 15,912.27 |
| 02-28 | Deposit | | 110.00 | | 16,022.27 |
| 02-28 | Deposit | | 288.00 | | 16,310.27 |
| 02-28 | American Express Settlement 4098057441 | | 740.87 | | 17,051.14 |
| 02-28 | Bankcard Mtot Dep | )1528 | 967.75 | | 18,018.89 |
| 02-28 | Wire Transfer Protek Srl 12100024844Ft01 | | 7,500.00 → to cover oldest invoice | | 25,518.89 |
| 02-28 | Ending totals | | 85,735.68 | 67,422.14 | 25,518.89 |

Continued on the next page



Amount: $959.00  Date: 02/07/2018

Amount: $959.00  Date: 02/07/2018

Amount: $1,903.11  Date: 02/14/2018

Amount: $1,903.11  Date: 02/14/2018

Amount: $1,150.00  Date: 02/20/2018

Amount: $1,150.00  Date: 02/20/2018

Amount: $6,520.00  Date: 02/21/2018

Amount: $6,520.00  Date: 02/21/2018

Amount: $300.00  Date: 02/23/2018

Amount: $300.00  Date: 02/23/2018

Amount: $110.00  Date: 02/28/2018

Amount: $110.00  Date: 02/28/2018

# City National Bank
## Bci FINANCIAL GROUP

### Client Service

 **Online**
citynational.com

 **CityTel**
305-349-CITY (2489)
1-800-762-CITY (2489)

 **Your Banking Center**
Corporate Banking
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

 **Your Banking Center Hours**
Lobby:    Monday - Friday:    8:30am - 5:00pm

3599 1 AV 0.375                         P:3599 / T:14 / S:

SKYPATROL LLC
DE-OPERATING
3055 NW 84TH AVE
DORAL FL 33122-1921

For additional locations
and hours, please visit
citynational.com

Member
**FDIC**

EQUAL HOUSING
LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX8179 | Beginning Balance: | $7,205.35 |
| Last Statement: | January 31, 2018 | Ending Balance: | $25,518.89 |
| This Statement: | February 28, 2018 | Average Ledger Balance: | $11,542.36 |
| | | Low Balance: | $3,275.63 |

### Daily Activity

| Date | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|---|
| 01-31 | Beginning balance | | | | 7,205.35 |
| 02-01 | American Express Settlement | 7441 | 43.17 | | 7,248.52 |
| 02-01 | Bankcard Mtot Dep | 528 | 2,733.00 | | 9,981.52 |
| 02-02 | Bankcard Mtot Dep | 528 | 248.00 | | 10,229.52 |
| 02-02 | Bankcard Mtot Disc | 528 | | 538.89 | 9,690.63 |
| 02-05 | American Express Settlement | 7441 | 463.19 | | 10,153.82 |
| 02-05 | Bankcard Mtot Dep | 01528 | 3,796.25 | | 13,950.07 |
| 02-05 | American Express Settlement | 7441 | 23,111.68 | | 37,061.75 |
| 02-05 | Wire Transfer Skypatrol, Llc Chapte 322070381000457 | | | 32,500.00 | 4,561.75 |
| 02-05 | Bankcard Mtot Dep | 1528 | | 618.46 | 3,943.29 |
| 02-05 | Mbfs.com Auto Pay 11700470 | | | 667.66 | 3,275.63 |
| 02-06 | Bankcard Mtot Dep | 01528 | 396.95 | | 3,672.58 |
| 02-07 | Deposit | | 959.00 | | 4,631.58 |
| 02-08 | Bankcard Mtot Dep | 01528 | 193.95 | | 4,825.53 |
| 02-08 | Wire Transfer /100018112164883 02600509221Ft01 | | 1,805.00 → Jnv 74841 | | 6,630.53 |
| 02-12 | Bankcard Mtot Dep | 01528 | 415.43 | | 7,045.96 |
| 02-12 | American Express Settlement 4 | 7441 | 3,437.55 | | 10,483.51 |
| 02-13 | Bankcard Mtot Dep | 1528 | 14,144.00 | | 24,627.51 |

Continued on the next page

Access your account funds for free at select retail locations, all CNB banking centers, and at Presto ATMs located at more than 1,000 Publix locations.

To find a location near you, visit citynational.com.

*Presto!*



# Let Us WELCOME You Home

At City National Bank, we make your dream home a reality.
We have a full suite of **mortgage solutions** to meet your needs.

- Conventional Mortgages
- Jumbo Mortgages
- Foreign National Mortgages
- Home Equity Lines of Credit

With local decision-making and quick turnaround time, we make the process easy.
*Speak to one of our Bankers today by calling 305-577-7333 or 1-800-435-8839.*

Page:
Account:

2 of 4
XXXXXX8179



| Date | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|---|---------|-------------|---------|
| 02-14 | Deposit | | | | 26,530.62 |
| 02-14 | Bankcard Mtot Dep | 01528 | 1,903.11 | | |
| 02-15 | Monthly Service Fee | | | 12,556.00 | 13,974.62 |
| 02-16 | Bankcard Mtot Dep | 01528 | | 287.13 | 13,687.49 |
| 02-16 | American Express Settlement 4098057441 | | 173.95 — | | 13,861.44 |
| 02-16 | Charge Back Item Check 441 | | 711.51 | | 14,572.95 |
| 02-20 | Deposit | | | 254.00 | 14,318.95 |
| 02-20 | American Express Settlement | 7441 | 1,150.00 | | 15,468.95 |
| 02-20 | Bankcard Mtot Dep | 01528 | 101.95 | | 15,570.90 |
| 02-20 | Bankcard Btot Dep ! | 01528 | 701.00 | | 16,271.90 |
| 02-20 | Wire Transfer 1/Global Security Con 12100024831Ft01 | | 792.39 | | 17,064.29 |
| | | | 3,760.00 → JW 74679 | | 20,824.29 |
| 02-21 | Deposit | | | | 27,344.29 |
| 02-21 | American Express Settlement | 441 | 6,520.00 | | |
| 02-21 | Bankcard Mtot Dep | 01528 | 244.69 | | 27,588.98 |
| 02-21 | Wire Transfer Skypatrol, Llc Chapte 322070381000253 | | 595.51 | | 28,184.49 |
| | | | | 20,000.00 | 8,184.49 |
| 02-22 | Bankcard Mtot Dep | 01528 | 217.00 | | 8,401.49 |
| 02-23 | Deposit | | 300.00 | | 8,701.49 |
| 02-23 | Bankcard Mtot Dep | 01528 | 2,297.49 | | 10,998.98 |
| 02-26 | Bankcard Mtot Dep | 01528 | 856.00 | | 11,854.98 |
| 02-26 | American Express Settlement | 7441 | 1,092.37 | | 12,947.35 |
| 02-26 | American Express Settlement | 7441 | 1,196.27 | | 14,143.62 |
| 02-27 | Bankcard Mtot Dep 542623930301528 | | 1,768.65 | | 15,912.27 |
| 02-28 | Deposit | | 110.00 | | 16,022.27 |
| 02-28 | Deposit | | 288.00 | | 16,310.27 |
| 02-28 | American Express Settlement 4098057441 | | 740.87 | | 17,051.14 |
| 02-28 | Bankcard Mtot Dep | 01528 | 967.75 | | 18,018.89 |
| 02-28 | Wire Transfer Protek Srl 12100024844Ft01 | | 7,500.00 → to cover oldest invoice | | 25,518.89 |
| 02-28 | Ending totals | | 85,735.68 | 67,422.14 | 25,518.89 |

Continued on the next page



Amount: $959.00  Date: 02/07/2018

Amount: $959.00  Date: 02/07/2018

Amount: $1,903.11  Date: 02/14/2018

Amount: $1,903.11  Date: 02/14/2018

Amount: $1,150.00  Date: 02/20/2018

Amount: $1,150.00  Date: 02/20/2018

Amount: $6,520.00  Date: 02/21/2018

Amount: $6,520.00  Date: 02/21/2018

Amount: $300.00  Date: 02/23/2018

Amount: $300.00  Date: 02/23/2018

Amount: $110.00  Date: 02/28/2018

Amount: $110.00  Date: 02/28/2018

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC                 Case Number  17-24842-BKC-RAM
Reporting Period beginning: February 1, 2018     Period ending  February 28, 2018

NAME OF BANK:  City National Bank          BRANCH:   Miami, FL

ACCOUNT NAME:   Skypatrol, LLC – Sales Receipts Only [Per Court Order ECF 26]

ACCOUNT NUMBER:  x8179

PURPOSE OF ACCOUNT:         OPERATING

     Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 2/2 | AutoPay | Credit Card Fee | Processing fees | $538.89 |
| 2/5 | Wire | Skypatrol DIP | Income Sweep | $32,500.00 |
| 2/5 | AutoPay | Mercedes Benz | Corp Car Payment | $667.66 |
| 2/5 | Auto Pay | Credit Card | Customer Refund | $618.46 |
| 2/15 | Auto Pay | City National Bank | Bank Fees | $287.13 |
| 2/14 | Auto Pay | Credit Card | reversal due to processing error | $12,556.00 |
| 2/16 | Auto | Credit Card | Customer NSF (repaid with bank fee) | $254.00 |
| 2/21 | Wire | Skypatrol DIP | Income Sweep | $20,000.00 |
| TOTAL | | | | $67,422.14 |

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC                Case Number  17-24842-BKC-RAM
Reporting Period beginning:  February 1, 2018      Period ending  February 28, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  East West Bank            BRANCH:   EL Monte, CA

ACCOUNT NAME:  Operating*                ACCOUNT NUMBER:    x9429

PURPOSE OF ACCOUNT:        OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ 21,455.77 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $  1,072.48                    * |
| Minus Service Charges | $   239.40 |
| Ending Balance per Check Register | $ 20,383.29                    **(a) |

**\*Debit cards are used by**      n/a

**\*\*If Closing Balance is negative, provide explanation**:_____

_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee) **N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$500.00            Tansferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Rec'd 3/05/2018 

# EAST WEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  6
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
Total days in statement period: 28
)429
( 26)

SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
3055 NW 84TH AVE
MIAMI FL 33122-1921

Access your personal account on the go
with Mobile Banking! Check your balance,
transactions, and receive text alerts of
your banking activities on your mobile
device. Visit eastwestbank.com/mobile or
your local branch for details.

## Trustee Checking

| Account number | )429 | Beginning balance | | $44,839.58 |
|---|---|---|---|---|
| Enclosures | 26 | Total additions | ( 14) | 108,402.59 |
| Low balance | $21,455.77 | Total subtractions | ( 48) | 131,786.40 |
| Average balance | $37,375.48 | Ending balance | | $21,455.77 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-31 | Pre-Auth Credit | SKYPATROL SOLUTI PAYMENTS 180131 SKYPATROL LLC  INV 74760 | 1,690.00 |
| | 02-02 | Wire Trans-IN | LOCALIZA PARAGUAY S.A. | 1,935.00 |
| | 02-05 | Wire Trans-IN | SKYPATROL LLC | 32,500.00 |
| | 02-14 | Wire Trans-IN | SKYPATROL LLC | 13,466.71 |
| | 02-14 | Wire Trans-IN | SKYPATROL COLOMBIA SAS | 20,000.00 |
| | 02-15 | Wire Trans-IN | 1/SERVICIOS DE PLA TAFORMAS Optimizer | 364.00 |
| 1213 | 02-20 | Credit Memo | REVERSAL OF CK#121 3 14.88 POSTED TO ACCT ON 01-12-18 I N ERROR | 14.88 |
| | 02-21 | Wire Trans-IN | TRANSMAQUILA SA DE CV | 1,255.00 |
| | 02-21 | Wire Trans-IN | TRANSMAQUILA INC | 1,255.00 |
| | 02-21 | Wire Trans-IN | SKYPATROL LLC | 20,000.00 |
| | 02-22 | Swift IN Bk Cre | 1/SERVICIOS DE PLA TAFORMAS INFORMAT  Opt. | 115.00 |
| | 02-26 | Swift IN Bk Cre | 1/GIOVANNIELLO, CA RLOS EUGENIO  INV 74922 | 4,491.00 |
| | 02-26 | Swift IN Bk Cre | 1/CHAMUT, IGNACIO ANDRES  INV 74922 | 9,661.00 |
| | 02-28 | Wire Trans-IN | TRANSPORTES UNIDOS  INV 74901 | 1,655.00 |

90917

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1020 | 02-26 | 325.00 | 1028 | 02-09 | 686.60 |
| 1021 | 02-05 | 1,980.50 | 1029 | 02-05 | 2,768.65 |
| 1022 | 02-05 | 900.00 | 1030 | 02-07 | 219.49 |
| 1023 | 02-05 | 70.00 | 1031 | 02-06 | 562.50 |
| 1024 | 02-02 | 176.12 | 1032 | 02-08 | 1,986.86 |
| 1025 | 02-07 | 169.40 | 1033 | 02-08 | 300.00 |
| 1026 | 02-14 | 111.44 | 1034 | 02-08 | 487.50 |
| 1027 | 02-09 | 595.20 | 1035 | 02-07 | 1,000.00 |

3409    rev 05-16

# EAST WEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
9429

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1036 | 02-15 | 750.00 | 1043 * | 02-27 | 300.00 |
| 1037 | 02-08 | 52.50 | 1044 | 02-28 | 650.00 |
| 1038 | 02-15 | 630.00 | 1045 | 02-28 | 25.00 |
| 1039 | 02-20 | 205.00 | 1047 * | 02-27 | 1,029.53 |
| 1040 | 02-15 | 602.00 | * Skip in check sequence | | |
| 1041 | 02-26 | 1,986.86 | | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 01-31 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180131 374500000000013   *Payroll* | 15,172.19 |
| 02-07 | Outgoing Wire | Telefonica USA, Inc.   *2 invoices (Nov & Dec)* | 7,435.78 |
| 02-14 | Outgoing Wire | Vodafone   *1 invoice* | 13,506.71 |
| 02-14 | Outgoing Wire | Vodafone   *Duplicate Pmnt* | 13,506.71 |
| 02-15 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180215 374500000000008   *Payroll* | 18,491.20 |
| 02-20 | Transfer Debit | *Transfer from Bank to Bank* | 500.00 |
| 02-20 | Analysis Servic | ANALYSIS ACTIVITY FOR 01/18   *Bank Fees* | 239.40 |
| 02-22 | Outgoing Wire | Gosafe Systems Inc   *Remaining of PO# 9081* | 27,500.00 |
| 02-23 | Outgoing Wire | Shirley Lorena Montenegro Castro   *Lorena* | 800.00 |
| 02-23 | Outgoing Wire | Julian David Medrano Abril   *Julian Salary* | 1,525.00 |
| 02-23 | Outgoing Wire | Cristian Gabriel Moreno   *Cristian Moreno Salary* | 2,000.00 |
| 02-26 | Outgoing Wire | Camilo Peralta Perez   *Camilo Salary* | 1,320.00 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226   *Claudia Amex* | 450.70 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226   *Comcast* | 776.39 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226   *Verizon* | 826.54 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226   *ATT (2 Invoices* | 1,005.02 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226   *Robert Amex* | 1,695.71 |
| 02-27 | Outgoing Wire | Julian David Moreno Aparicio   *David Moreno Salary* | 1,830.00 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227   *SouthEast Computer* | 27.00 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227   *Position Logic* | 487.00 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227   *World Wide Express* | 670.90 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227   *Westech* | 3,450.00 |

*This was returned less $50* (handwritten annotation)

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 31,357.39 | 02-09 | 46,401.29 | 02-23 | 22,504.42 |
| 02-02 | 33,116.27 | 02-14 | 52,714.14 | 02-26 | 28,270.20 |
| 02-05 | 59,897.12 | 02-15 | 32,633.94 | 02-27 | 20,475.77 |
| 02-06 | 59,334.62 | 02-20 | 31,704.42 | 02-28 | 21,455.77 |
| 02-07 | 50,509.95 | 02-21 | 54,214.42 | | |
| 02-08 | 47,683.09 | 02-22 | 26,829.42 | | |



EAST WEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page  3  of  6
STARTING DATE: February 01, 2018
ENDING DATE: February 28. 2018
9429

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Checking Account     9429
Statement Date     02/28/2018
Page     4 of 6



| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 02/26/2018 | 1020 | Office of the U.S. Trustee | $325.00 |
| 02/05/2018 | 1021 | Natalia M. Gutierrez | $1,980.50 |
| 02/05/2018 | 1022 | Gloria Arnaldo | $900.00 |
| 02/05/2018 | 1023 | David Grimaldo | $70.00 |
| 02/02/2018 | 1024 | Jenny Almanzar | $176.12 |
| 02/07/2018 | 1025 | Honda Blue | $169.40 |
| 02/14/2018 | 1026 | Depot Supplies | $111.44 |
| 02/09/2018 | 1027 | Blue Cross & Blue Shield of FL Inc | $595.20 |
| 02/09/2018 | 1028 | Blue Cross & Blue Shield of FL Inc | $686.60 |
| 02/05/2018 | 1029 | FPL | $2,768.65 |
| 02/07/2018 | 1030 | Tribium | $219.49 |
| 02/06/2018 | 1031 | Teel Brennan | $562.50 |

Checking Account 9429
Statement Date 02/28/2018
Page 5 of 6


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1032
DATE 02/05/2018
PAY TO THE ORDER OF Raul Vergara ........ $ 1986 86/100
One Thousand Nine Hundred Eighty Six .......... DOLLARS
WE 02/08/2018 & WE 02/08/18.

02/08/2018    1032    $1,986.86


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1038
DATE 02/12/2018
PAY TO THE ORDER OF Southeast Computer Solutions ........ $ 630 xx/100
Six Hundred Thirty .......... DOLLARS
Invit 1800174/1800100/180043/1702115

02/15/2018    1038    $630.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1033
DATE 2/05/2018
PAY TO THE ORDER OF Gloria Grimaldo ........ $ 300 xx/100
Three Hundred .......... DOLLARS
WE 01/30/18 & WE 02/05/18

02/08/2018    1033    $300.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1039
DATE 02/12/2018
PAY TO THE ORDER OF Home Depot Credit Services ........ $ 205 xx/100
Two Hundred and Five .......... DOLLARS
Acct# 6035 8600 0178 7849

02/20/2018    1039    $205.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1034
DATE 2/05/2018
PAY TO THE ORDER OF Gloria Grimaldo ........ $ 487 50/100
Four Hundred Eighty Seven and .......... DOLLARS
Moving 01/30/18-02/02.

02/08/2018    1034    $487.50


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
FEDL M345630 497 600
1040
DATE 02/14/2018
PAY TO THE ORDER OF Nathan Matalon ........ $ 602 xx/100
Six Hundred and Two .......... DOLLARS
Remaining Balance - Jan. Commission.

02/15/2018    1040    $602.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
FEDC M345630/97460
1035
DATE 2/06/2018
PAY TO THE ORDER OF Nathan Matalon ........ $ 1000 xx/100
One Thousand .......... DOLLARS
Advance on Commissions.

02/07/2018    1035    $1,000.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1041
DATE 02/20/2018
PAY TO THE ORDER OF Raul Vergara ........ $ 1986 86/100
One Thousand Nine Hundred Eighty Six .......... DOLLARS
WE 02/19/18 & 02/16/18.

02/26/2018    1041    $1,986.86


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1036
DATE 02/14/2018
PAY TO THE ORDER OF Lerman & Lerman ........ $ 750 xx/100
Seven Hundred Fifty .......... DOLLARS
Rep- 1094

02/15/2018    1036    $750.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1043
DATE 02/20/2018
PAY TO THE ORDER OF Harold Grimaldo ........ $ 300 xx/100
Three Hundred .......... DOLLARS
WE 02/09/2018 - 02/16/18.

02/27/2018    1043    $300.00


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1037
DATE 02/06/2018
PAY TO THE ORDER OF Robert Rubin ........ $ 52 50/100
Fifty Two and .......... DOLLARS
Reimbursing Parking Expense
from 10/23/2017

02/08/2018    1037    $52.50


SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122
1044
DATE 02/20/2018
PAY TO THE ORDER OF Office Of the U.S. Trustee ........ $ 650 xx/100
Six Hundred Fifty .......... DOLLARS

02/28/2018    1044    $650.00

**Checking Account** 3429
**Statement Date** 02/28/2018
**Page** 6 of 6



SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1045

DATE 01/31/18

PAY TO THE ORDER OF    Florida Department of Revenue    $ 25.00

Twenty Five 00/100    DOLLARS

EASTWEST BANK
728 W. LOS ROBLES AVE 4TH FLR
PASADENA, CA 91101

FOR

⑈0010459⑈ ⑈322070381⑈ 9429⑈

02/28/2018    1045    $25.00

---

SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1047

DATE 02/20/2018

PAY TO THE ORDER OF    Tesla Finance, LLC    $ 1029.53

One Thousand Twenty Nine and    53/100    DOLLARS

EASTWEST BANK
728 W. LOS ROBLES AVE 4TH FLR
PASADENA, CA 91101

FOR    Account # 8575748

⑈0010479⑈ ⑈322070381⑈ 9429⑈

02/27/2018    1047    $1,029.53

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: <u>Skypatrol, LLC</u>          Case Number: <u>17-24842-BKC-RAM</u>
Reporting Period beginning: <u>February 1, 2018</u>     Period ending <u>February 28, 2018</u>

NAME OF BANK:  <u>EastWest Bank</u>          BRANCH:  <u>EL Monte, CA</u>

ACCOUNT NAME:  <u>Skypatrol, LLC – DIP Account</u>

ACCOUNT NUMBER:  <u>x9429</u>

PURPOSE OF ACCOUNT:  <u>OPERATING</u>

       Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 1/31/18 | Wire | Progressive Payroll | Payroll | $15,172.19 |
| 1/31/18 | 1020 | Office of the UST | US Trustee Fees | $325.00 |
| 1/31/18 | 1021 | Natalie Gutierez | Contractor | $1,980.50 |
| 2/01/18 | 1022 | Gloria Grimaldo | Moving Expense | $900.00 |
| 2/01/18 | 1023 | David Grimaldo | Moving Expense | $70.00 |
| 2/01/18 | 1024 | Jenny Almanzar | Consulting | $176.12 |
| 2/02/18 | 1025 | Florida Blue | Health Insurance | $169.40 |
| 2/02/18 | 1026 | Depot Supplies | Office Supplies | $111.44 |
| 2/02/18 | 1027 | Blue Cross | Health Insurance | $595.20 |
| 2/02/18 | 1028 | Blue Cross | Health Insurance | $636.60 |
| 2/02/18 | 1029 | FPL | Utility Service | $2,768.65 |
| 2/02/18 | 1030 | Iriduam | Carrier Charges | $219.49 |
| 2/02/18 | 1031 | Ted Brennan | Accounting Services | $562.50 |
| 2/02/18 | 1032 | Raul Vega | Contract Services | $1,986.86 |
| 2/05/18 | 1033 | Gloria Grimaldo | Cleaning | $300.00 |
| 2/05/18 | 1034 | Gloria Grimaldo | Moving | $487.50 |
| 2/06/18 | 1035 | Nathan Matalan | Sales Commission | $1,000.00 |
| 2/07/18 | 1036 | Leman & Leman | Professional Fees | $750.00 |
| 2/07/18 | 1037 | Robert Rubin | Reimbursement for Parking | $52.50 |
| 2/07/18 | Wire | Telefonica | Carrier Charges | $7,435.78 |
| 2/12/18 | 1038 | Southeast Computer | IT Hardware Consultant | $630.00 |
| 2/12/18 | 1039 | Home Depot Credit | Office Supplies | $205.00 |
| 2/14/18 | 1040 | Nathan Metalon | Commissions | $602.00 |
| 2/14/18 | Wire | Vodafone | Carrier Charges | $13,506.71 |
| 2/14/18 | Wire | Vodafone | Error – Dup - Returned | $13,506.71 |

| Date | Type | Payee | Description | Amount |
|---|---|---|---|---|
| 2/15/18 | Wire | Progressive Payroll | Payroll | $18,491.20 |
| 2/20/18 | Wire | DIP Tax Account | Sales Tax | $500.00 |
| 2/20/18 | Auto | Bank Fees | Bank Fees | $239.40 |
| 2/20/18 | 1041 | Raul Vergara | Contractor | $1,986.86 |
| 2/20/18 | 1042 | Void | Void | $0.00 |
| 2/20/18 | 1043 | Harold Grimaldo | Cleaning | $300.00 |
| 2/20/18 | 1044 | U.S. Trustee | Quarterly Fee Expense | $650.00 |
| 2/22/18 | 1045 | Florida Dept of Rev. | Taxes | $25.00 |
| 2/22/18 | 1046 | Void | Void | $0.00 |
| 2/22/18 | 1047 | Tesla Motors | Auto Lease (Tesla) | $1,029.53 |
| 2/22/18 | Wire | GoSafe Systems | Inventory | $27,500.00 |
| 2/23/18 | Wire | Shirley Lorens Castro | Commissions | $800.00 |
| 2/23/18 | Wire | Julian David Moreno | Intl Consulting | $1,525.00 |
| 2/23/18 | Wire | Christian Moreno | Intl Consulting | $2,000.00 |
| 2/26/18 | Wire | Carmilo Peralta | Intl Consulting | $1,320.00 |
| 2/27/18 | Wire | AMEX | Miscellaneous | $9,389.26 |
| 2/27/18 | Wire | Julian David Moreno | Contractor | $1,830.00 |
| 2/14/18 | Auto | Misc. Bank Fee | Reversal fee for Dup payment | $50.00 |

TOTAL $131,786.40

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Skypatrol, LLC                          Case Number  17-24842-BKC-RAM

Reporting Period beginning:  February 1 2018          Period ending  February 28,2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:      N/A                          BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:      PAYROLL _____

    Ending Balance per Bank Statement                                  $_____
      Plus Total Amount of Outstanding Deposits                   $_____
      Minus Total Amount of Outstanding Checks and other debits   $_____ *
      Minus Service Charges                                       $_____
    Ending Balance per Check Register                                $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**


Name of Debtor: <u>Skypatrol, LLC</u>                    Case Number <u>17-24842-BKC-RAM</u>

Reporting Period beginning: <u>February 1, 2018</u>        Period ending <u>February 28,2018</u>

NAME OF BANK:   <u>  N/A                    </u>        BRANCH: <u>                    </u>

ACCOUNT NAME:   <u>                                                            </u>

ACCOUNT NUMBER:   <u>                                                        </u>

PURPOSE OF ACCOUNT:   <u>        PAYROLL                                </u>

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                        $<u>          </u>

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: Skypatrol, LLC                Case Number  17-24842-BKC-RAM
Reporting Period beginning:  February 1, 2018        Period ending   February 28, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   EastWest Bank                 BRANCH:    El Monte, CA

ACCOUNT NAME:   Skypatrol, LLC – Tax Account              ACCOUNT NUMBER:   x9443

PURPOSE OF ACCOUNT:        TAX

| | | |
|---|---|---|
| Ending (beginning) Balance per Bank Statement | $119.16 | |
| Plus Total Amount of Outstanding Deposits | $500.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $137.13 | * |
| Minus Service Charges | $ 20.14 | |
| Ending Balance per Check Register | $461.93 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# EAST WEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
Total days in statement period: 28
!      )443
( 0)

SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
3055 NW 84TH AVE
MIAMI FL 33122-1921

Access your personal account on the go with Mobile Banking! Check your balance, transactions, and receive text alerts of your banking activities on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 9443 | Beginning balance | | $119.16 |
| Low balance | $119.16 | Total additions | ( 1) | 500.00 |
| Average balance | $209.75 | Total subtractions | ( 2) | 157.23 |
| | | Ending balance | | $461.93 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 02-20 | Transfer Credit | 500.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 02-16 | Preauth Debit | FLA DEPT REVENUE C01 180216 46765548 | 137.13 |
| 02-20 | Analysis Servic | ANALYSIS ACTIVITY FOR 01/18 | 20.10 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 119.16 | 02-16 | -17.97 | 02-20 | 461.93 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

*Recvr 3/05/2018*

# EAST WEST BANK  Your financial bridge®

Direct inquiries to:
888 895-5650

9300 Flair Drive Suite 106
El Monte CA 91731

ACCOUNT STATEMENT
Page  1  of  6
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
Total days in statement period: 28
)429
( 26)

SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
3055 NW 84TH AVE
MIAMI FL 33122-1921

Access your personal account on the go
with Mobile Banking! Check your balance,
transactions, and receive text alerts of
your banking activities on your mobile
device. Visit eastwestbank.com/mobile or
your local branch for details.

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | )429 | Beginning balance | | $44,839.58 |
| Enclosures | 26 | Total additions | ( 14) | 108,402.59 |
| Low balance | $21,455.77 | Total subtractions | ( 48) | 131,786.40 |
| Average balance | $37,375.48 | Ending balance | | $21,455.77 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-31 | Pre-Auth Credit | SKYPATROL SOLUTI PAYMENTS 180131 | |
| | | | SKYPATROL LLC  *INV 74760* | 1,690.00 |
| | 02-02 | Wire Trans-IN | LOCALIZA PARAGUAY S.A. | 1,935.00 |
| | 02-05 | Wire Trans-IN | SKYPATROL LLC | 32,500.00 |
| | 02-14 | Wire Trans-IN | SKYPATROL LLC | 13,466.71 |
| | 02-14 | Wire Trans-IN | SKYPATROL COLOMBIA SAS | 20,000.00 |
| | 02-15 | Wire Trans-IN | 1/SERVICIOS DE PLA TAFORMAS *Optimizer* | 364.00 |
| 1213 | 02-20 | Credit Memo | REVERSAL OF CK#121 3 14.88 POSTED TO ACCT | |
| | | | ON 01-12-18 I N ERROR | 14.88 |
| | 02-21 | Wire Trans-IN | TRANSMAQUILA SA DE CV | 1,255.00 |
| | 02-21 | Wire Trans-IN | TRANSMAQUILA INC | 1,255.00 |
| | 02-21 | Wire Trans-IN | SKYPATROL LLC | 20,000.00 |
| | 02-22 | Swift IN Bk Cre | 1/SERVICIOS DE PLA TAFORMAS INFORMAT *Opt.* | 115.00 |
| | 02-26 | Swift IN Bk Cre | 1/GIOVANNIELLO, CA RLOS EUGENIO *INV# 74922* | 4,491.00 |
| | 02-26 | Swift IN Bk Cre | 1/CHAMUT, IGNACIO ANDRES *INV# 74922* | 9,661.00 |
| | 02-28 | Wire Trans-IN | TRANSPORTES UNIDOS *INV# 74901* | 1,655.00 |

*909 17*

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1020 | 02-26 | 325.00 | 1028 | 02-09 | 686.60 |
| 1021 | 02-05 | 1,980.50 | 1029 | 02-05 | 2,768.65 |
| 1022 | 02-05 | 900.00 | 1030 | 02-07 | 219.49 |
| 1023 | 02-05 | 70.00 | 1031 | 02-06 | 562.50 |
| 1024 | 02-02 | 176.12 | 1032 | 02-08 | 1,986.86 |
| 1025 | 02-07 | 169.40 | 1033 | 02-08 | 300.00 |
| 1026 | 02-14 | 111.44 | 1034 | 02-08 | 487.50 |
| 1027 | 02-09 | 595.20 | 1035 | 02-07 | 1,000.00 |

3409     rev 05-16

# EAST WEST BANK Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
9429

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1036 | 02-15 | 750.00 | 1043 * | 02-27 | 300.00 |
| 1037 | 02-08 | 52.50 | 1044 | 02-28 | 650.00 |
| 1038 | 02-15 | 630.00 | 1045 | 02-28 | 25.00 |
| 1039 | 02-20 | 205.00 | 1047 * | 02-27 | 1,029.53 |
| 1040 | 02-15 | 602.00 | | * Skip in check sequence | |
| 1041 | 02-26 | 1,986.86 | | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|--------------|
| 01-31 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180131 374500000000013 *(Payroll)* | 15,172.19 |
| 02-07 | Outgoing Wire | Telefonica USA, In c. *(2 invoices (Nov & Dec))* | 7,435.78 |
| 02-14 | Outgoing Wire | Vodafone *(1 invoice)* | 13,506.71 |
| 02-14 | Outgoing Wire | Vodafone | 13,506.71 *Duplicate Pymnt* |
| 02-15 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180215 374500000000008 *(Payroll)* | 18,491.20 |
| 02-20 | Transfer Debit | *Transfer from Bank to Bank* | 500.00 |
| 02-20 | Analysis Servic | ANALYSIS ACTIVITY FOR 01/18 *(Bank fees)* | 239.40 |
| 02-22 | Outgoing Wire | Gosafe Systems Inc *Remaining of PO# 9081* | 27,500.00 |
| 02-23 | Outgoing Wire | Shirley Lorena Mon tenegro Castro *(Lorena)* | 800.00 |
| 02-23 | Outgoing Wire | Julian David Medra no Abril *(Julian Salary)* | 1,525.00 |
| 02-23 | Outgoing Wire | Cristian Gabriel M oreno *(Cristian Moreno Salary)* | 2,000.00 |
| 02-26 | Outgoing Wire | Camilo Peralta Per ez *(Camillo Salary)* | 1,320.00 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226 *(Claudia Amex)* | 450.70 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226 *(Comcast)* | 776.39 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226 *(Verizon)* | 826.54 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226 *(ATT (2 invoices))* | 1,005.02 |
| 02-26 | Preauth Debit | AMEX EPAYMENT ACH PMT 180226 *(Robert Amex)* | 1,695.71 |
| 02-27 | Outgoing Wire | Julian David Moren o Aparicio *(David Moreno Salary)* | 1,830.00 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227 *(SouthEast Computer)* | 27.00 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227 *(Position Logic)* | 487.00 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227 *(World Wide Express)* | 670.90 |
| 02-27 | Preauth Debit | AMEX EPAYMENT ACH PMT 180227 *(Westech)* | 3,450.00 |

*This was returned less $50* (handwritten annotation)

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | 31,357.39 | 02-09 | 46,401.29 | 02-23 | 22,504.42 |
| 02-02 | 33,116.27 | 02-14 | 52,743.14 | 02-26 | 28,270.20 |
| 02-05 | 59,897.12 | 02-15 | 32,633.94 | 02-27 | 20,475.77 |
| 02-06 | 59,334.62 | 02-20 | 31,704.42 | 02-28 | 21,455.77 |
| 02-07 | 50,509.95 | 02-21 | 54,214.42 | | |
| 02-08 | 47,683.09 | 02-22 | 26,829.42 | | |


**EASTWEST BANK** Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page 3 of 6
STARTING DATE: February 01, 2018
ENDING DATE: February 28. 2018
9429

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Checking Account                9429
Statement Date         02/28/2018
Page                        4 of 6

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1020
DATE 1/31/2018

PAY TO THE ORDER OF Office of the U.S. Trustee ........ $ 325
Three Hundred Twenty Five ............ xx/100 DOLLARS

EAST WEST BANK

FOR Acct# 311-17-24842

02/26/2018    1020    $325.00

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1026
DATE 02/09/2018

PAY TO THE ORDER OF Depot Supplies ........ $ 111.44
One Hundred Eleven and ............ 44/100 DOLLARS

EAST WEST BANK

FOR Inv# 1568136 & 1568547

02/14/2018    1026    $111.44

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1021
DATE 01/31/2018

PAY TO THE ORDER OF Natalia M. Gutierrez ........ $ 1980.50
One Thousand Nine Hundred Eighty and ............ 50/100 DOLLARS

EAST WEST BANK

FOR January 2018

02/05/2018    1021    $1,980.50

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1027
DATE 02/09/18

PAY TO THE ORDER OF Blue Cross & Blue Shield of FL Inc ........ $ 595.20
Five Hundred Ninety Five and ............ 20/100 DOLLARS

EAST WEST BANK

FOR Inv# 94827832

02/09/2018    1027    $595.20

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1022
DATE 2/01/2018

PAY TO THE ORDER OF Gloria Arnaldo ........ $ 900
Nine Hundred ............ xx/100 DOLLARS

EAST WEST BANK

FOR Moving 01/20/18 - 01/06/18

02/05/2018    1022    $900.00

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1028
DATE 02/09/2018

PAY TO THE ORDER OF Blue Cross & Blue Shield of FL Inc ........ $ 686.60
Six Hundred Eighty Six and ............ 60/100 DOLLARS

EAST WEST BANK

FOR Inv# 94827761

02/09/2018    1028    $686.60

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1023
DATE 2/01/2018

PAY TO THE ORDER OF David Arnaldo ........ $ 70
Seventy ............ xx/100 DOLLARS

EAST WEST BANK

FOR Moving 01/03 + 01/06

02/05/2018    1023    $70.00

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1029
DATE 02/05/2018

PAY TO THE ORDER OF FPL ........ $ 2768.65
Two Thousand Seven Hundred Sixty Eight and ............ 65/100 DOLLARS

EAST WEST BANK

FOR Acct# 18509-06391
NOV, DEC / JANUARY, 2018

02/05/2018    1029    $2,768.65

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1024
DATE 2/01/2018

PAY TO THE ORDER OF Jenny Almanzar ........ $ 176.12
One Hundred Seventy Six and ............ 12/100 DOLLARS

EAST WEST BANK

FOR Remaining hrs 11/01-16 12/07.

02/02/2018    1024    $176.12

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1030
DATE 02/09/2018

PAY TO THE ORDER OF Triturum ........ $ 219.49
Two Hundred Nineteen and ............ 49/100 DOLLARS

EAST WEST BANK

FOR Inv# 31-107118295

02/07/2018    1030    $219.49

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1025
DATE 02/07/2018

PAY TO THE ORDER OF Honda Blue ........ $ 169.40
One Sixty Nine and ............ 40/100 DOLLARS

EAST WEST BANK

FOR Inv# 39699077

02/07/2018    1025    $169.40

---

**SKYPATROL, LLC**
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

1031
DATE 02/09/2018

PAY TO THE ORDER OF Teel Brennan ........ $ 562.50
Five Hundred Sixty Two and ............ 50/100 DOLLARS

EAST WEST BANK

FOR Inv# 2018021.

02/06/2018    1031    $562.50

Checking Account     9429
Statement Date     02/28/2018
Page     5 of 6



02/08/2018   1032   $1,986.86

02/08/2018   1033   $300.00

02/08/2018   1034   $487.50

02/07/2018   1035   $1,000.00

02/15/2018   1036   $750.00

02/08/2018   1037   $52.50

02/15/2018   1038   $630.00

02/20/2018   1039   $205.00

02/15/2018   1040   $602.00

02/26/2018   1041   $1,986.86

02/27/2018   1043   $300.00

02/28/2018   1044   $650.00

Checking Account          3429
Statement Date            02/28/2018
Page                      6 of 6



02/28/2018    1045    $25.00

02/27/2018    1047    $1,029.53

**ATTACHMENT 5C**
**CHECK REGISTER - TAX ACCOUNT**


Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  February 1, 2018        Period ending  February 28, 2018

NAME OF BANK:  EastWest Bank                    BRANCH:

ACCOUNT NAME:  Skypatrol, LLC – Tax Account            ACCOUNT NUMBER:   x9443

PURPOSE OF ACCOUNT:        TAX


Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 2/16 | Electronic Pay | Fl. Dept Rev | January Sales Tax | $137.13 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                            $137.13   (d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                          (a)
Sales & Use Taxes Paid                              $137.13    (b)
Other Taxes Paid                                          (c)
TOTAL                                        $137.13     (d)


(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4D**
**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

N/A                                                                    Current

| Instrument | Face Value | Purchase Price | Date of Purchase | Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                        _____(a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| | **(Column 2)** Maximum | **(Column 3)** Amount of Petty | **(Column 4)** Difference between |
|---|---|---|---|
| Location of Box/Account | Amount of Cash in Drawer/Acct. | Cash On Hand At End of Month | (Column 2) and (Column 3) |
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                    **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation** _____N/A_____

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: <u>Skypatrol, LLC</u>                    Case Number <u> 17-24842-BKC-RAM</u>
Reporting Period beginning: <u>February 1, 2018</u>    Period ending <u>February 28, 2018</u>

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| FL. DEPT REV, | 3/20/18 | Sales Tax | $332.99 | 2/16/18 | 2-1 thru 2-28-2018 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $332.99 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning: February 1, 2018     Period ending February 28, 2018

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Robert D. Rubin | CEO | Salary | $15,00.00 |
| Robert D. Rubin | CEO | Vehicle Lease (Tesla Motors) | $1,029.53 |
| Robert D. Rubin | CEO | Parking Reimbursement (hearing) | $52.50 |
| | | | |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 3 | 6 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 5 | 1 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| See attached list | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month: N/A**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

X     **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**Skypatrol, LLC - Insurance**

| | Insurance Co. | Policy No. | Type of Coverage | Amount of Coverage | Policy Period | Paid |
|---|---|---|---|---|---|---|
| 1 | Wright Natioanl Flood Company | 1150069289 | Flood | Building: $500,000 Contents: $500,000 | 9/7/2017 - 9/7/2018 | Yes |
| 2 | Tokio Marine America Insurance Company | T06-0011032 | Goods/Supplies | $1,000,000 | 6/1/2017 - 6/1/2018 | Yes |
| 3 | The Hartford | 21 MS UT7930 | Data Processing Equipment (Computer Systems) | $100,000 (Comp.) $50,000 (Media and Data) | 10/29/2017 - 10/29/2018 | Yes |
| 4 | The Hartford | 21 UUN UT6068 | Multi-Flex Business Policy Commercial Auto and Commercial General Liability | various - see policy | 9/1/2017 - 9/1/2018 | Yes |
| 5 | State Farm Auto Ins. | C94 8597-A25-59 | Automobile - Mercedes | $100,000/$300,000 | 1/25/2018 - 7/25/2018 | Yes |
| 6 | State Farm Auto Ins. | 451 9014-E15-59G | Automobile - Tesla | $100,000/$300,000 | 11/15/2017 - 5/18/2017 | Yes |
| 7 | State Farm Auto Ins. | 638 4376-E22-59L | Automobile - Pathfinder | $100,000/$300,000 | 11/22/2017 - 5/22/2018 | Yes |

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (*attach closing statement*); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant developments

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before   July 10,  2018   .