UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov


In re:                                                        CASE NO.: 17-24842-BKC-RAM
                                                              Chapter 11

SKYPATROL, LLC.
a Delaware limited liability company,
        Debtor.

_____/

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM MARCH 1, 2018 TO MARCH 31, 2018

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.


                        /s/ Joel L. Tabas_____
                        Joel L. Tabas
                        Attorney for Debtor
                        Tabas & Soloff, P.A.
                        25 S.E. Second Avenue, Suite 248
                        Miami, Florida 33131
                        Telephone:  (305) 375-8171
                        jtabas@tabassoloff.com


Skypatrol, LLC
c/o Robert D. Rubin
3055 N.W. 84th Avenue
Miami, FL  33122


MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** <u>March 1, 2018</u> **AND ENDING** <u>March 31, 2018</u>

Name of Debtor: Skypatrol, LLC

Date of Petition: <u>December 13, 2017</u>

Case Number <u>17-24842-BKC-RAM</u>

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $47,436.59 (a) | $107,998.97 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $72,107.28 | $261,449.52 |
| Minus: Cash Refunds | $ | -$13,289.46 |
| Net Cash Sales | | |
| B. Accounts Receivable | $55,944.63 | $262,299.25 |
| C. Other Receipts (See MOR-3) | $ | $14.88 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $128,051.91 | $514,404.09 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $175,488.50 | $817,639.12 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | $525.22 | $2,022.60 |
| C. Contract Labor | $10,734.72 | $39,930.88 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | $1,881.01 | $3,501.61 |
| F. Inventory Payments (See Attach. 2) | $6,820.00 | $238,145.00 |
| G. Leases (Car Leases RR and CR ) | $1,697.19 | $6,926.10 |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | $316.44 |
| J. Payroll - Net (See Attachment 4B) | $34,136.15 | $121,099.14 |
| K. Professional Fees (Accounting & Legal) | $793.75 | $12,413.61 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | $332.99 | $820.84 |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | $716.94 | $716.94 |
| S. Travel & Entertainment | $3,611.09 | $9,266.60 |
| Y. U.S. Trustee Quarterly Fees | $ | $975.00 |
| U. Utilities | $ | $2,988.14 |
| V. Vehicle Expenses (parking) | $ | $52.50 |
| W. Other Operating Expenses (See MOR-3) | $30,030.43 | $107,194.86 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $91,279.49 | $546,370.26 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $84,209.01 (c) | $81,986.85 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This <u>24th</u> day of April, 2018

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Passport Renewal | $170.00 | $170.00 |
| Internet Service | | $681.34 |
| Computer Expense (IT Consultant) | $650.00 | $1,315.00 |
| Communications  (carrier Charges) | $870.01 | $22,272.99 |
| Dues and Subscriptions | | $119.92 |
| Separate IT Infrastructure | $1,015.00 | $16,015.00 |
| Sales Commissions | $1,584.88 | $8,636.90 |
| Moving Expense | $ | $2,535.42 |
| Office Cleaning | $ | $1,200.00 |
| Software and License Expense | $ | $2,623.00 |
| AMEX | $24,790.52 | $35,776.40 |
| Credit Card fees | $950.02 | $1,895.20 |
| Doc Stamp Fee (Fla. Dept Rev.) | $ | $25.00 |
| TOTAL OTHER DISBURSEMENTS | $30,030.43 | $63,535.74 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Skypatrol, LLC          Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018     Period ending  March 31, 2018

ACCOUNTS RECEIVABLE AT PETITION DATE:  $383,136.98

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 268,170.69 | (a) |
| PLUS: Current Month New Billings | $  61,218.07 | |
| MINUS: Collection During the Month | $  55,944.63 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 273,444.13 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $142,135 | $43,115 | $74,759.23 | $13,434.90 | $273,444.13 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| Evolution Track | 5/2017 | Lawsuit filed |
| Kika Enterprise | 10/2017 | Received First Installment Payment |
| Logicsat | 7/2015 | Pending Collection action in Brazil |
| Optimizer | various | Skypatrol Subsidiary |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: <u>Skypatrol, LLC</u>                    Case Number <u>17-24842-BKC-RAM</u>
Reporting Period beginning: <u>March 1, 2018</u>       Period ending <u>March 31, 2018</u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|

**See Attached Chart Reflecting  Carryover and New Outstanding Payables**

TOTAL AMOUNT                                                                <u>$14,933.10</u>  (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | <u>$24,445.38</u> (a) |
| PLUS: New Indebtedness Incurred This Month | <u>$10,304.71</u> |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | <u>$19,816.99</u> |
| PLUS/MINUS: Adjustments | <u>$</u> * |
| Ending Month Balance | <u>$14,933.10</u> (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |

Outstanding Accounts Payable
Incurred But Unpaid Post-Petition

| Date Incurred | Vendor | Description | Amount |
|---|---|---|---|
| CARRYOVER FROM PRIOR | | | |
| 12/31/2017 | Iridum | Satelite Connectivity | $226.39 |
| 12/31/2017 | Skypatrol Columbai | Sales Commission | $3,900.00 |
| 1/19/2018 | AT&T | internet | $502.00 |
| | | | **$4,628.39** |
| | | | |
| 3/1/2018 | | | |
| | AMEX | Claudia's Travel Expense | $ 193.93 |
| | AMEX | Robert's Travel Expense | $ 68.88 |
| | AMEX | Godaddy domain names | $ 15.98 |
| | AMEX | Parking | $ 5.35 |
| | AMEX | Southeast computer-microsoft emails | $ 40.00 |
| | AMEX | Data Remote-inventory purchase | $ 1,179.70 |
| | AMEX | Fed x shipping (express cargo) | $ 8,516.01 |
| | AMEX | Robert's Business expense | $ 220.78 |
| | AMEX | Amazon Prime | $ 13.23 |
| | AMEX | Gas | $ 50.85 |
| | | | **$10,304.71** |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Skypatrol, LLC                    Case Number 17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018          Period ending  March 31, 2018

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $   300,000.00 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $   240,219.77 | (a) |
| PLUS: Inventory Purchased During Month | $     6,820.00 | |
| MINUS: Inventory Used or Sold | $   73,901.97 | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $  173,137.80 | |

METHOD OF COSTING INVENTORY:    Lower of cost or market

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 45      % | 10      % | 35      % | 10      % | =      100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**    miscellaneous antennas, batteries and cables

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:    $1,500                    (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):    Office Equipment/Computers

---

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $        N/A | (a)(b) |
| MINUS:  Depreciation Expense | $ | |
| PLUS:  New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  None

---

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018          Period ending  March 31, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: City National Bank                    BRANCH:  Miami -Corporate Banking Center

ACCOUNT NAME: Operating*                            ACCOUNT NUMBER:  x8179

PURPOSE OF ACCOUNT:         OPERATING – RECEIPT OF SALES PROCEEDS ONLY (per court order)

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  1,908.78 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $   255.33 | * |
| Minus Service Charges | $   224.19 | |
| Ending Balance per Check Register | $  1,653.45 | **(a) |

**\*Debit cards are used by**       n/a

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee) N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$ _____ Tansferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

- **Pursuant to Court Order for Sales Receipts Only.**

# City National Bank

## Bci FINANCIAL GROUP

### Client Service

 **Online**
citynational.com

 **CityTel**
305-349-CITY (2489)
1-800-762-CITY (2489)

 **Your Banking Center**
Corporate Banking
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

 **Your Banking Center Hours**
Lobby: Monday - Friday: 8:30am - 5:00pm

3523 1 AV 0.375                    P:3523 / T:14 / S:

SKYPATROL LLC
DE-OPERATING
3055 NW 84TH AVE
DORAL FL 33122-1921



For additional locations
and hours, please visit
citynational.com

 Member **FDIC**

 EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX8179 | Beginning Balance: | $25,518.89 |
| Last Statement: | February 28, 2018 | Ending Balance: | $1,908.78 |
| This Statement: | March 30, 2018 | Average Ledger Balance: | $9,447.80 |
| | | Low Balance: | $775.21 |

### Daily Activity

| Date | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|---|
| 02-28 | Beginning balance | | | | 25,518.89 |
| 03-01 | Bankcard Mtot Dep | 1528 | 787.33 | | 26,306.22 |
| 03-01 | American Express Settlement 4098057441 | | 1,419.01 | | 27,725.23 |
| 03-02 | Wire Transfer Skypatrol, Llc Chapte 322070381000088 | | | 26,000.00 | 1,725.23 |
| 03-02 | Bankcard Mtot Disc | 1528 | | 950.02 | 775.21 |
| 03-05 | Wire Transfer /100018112164883 02600509202Ft01 | | 10,410.00 | | 11,185.21 |
| 03-05 | American Express Settlement 4098057441 | | 15,518.40 | | 26,703.61 |
| 03-05 | Mbfs.com Auto Pay 12244735 | | | 667.66 | 26,035.95 |
| 03-06 | Deposit | | 203.30 | | 26,239.25 |
| 03-06 | Deposit | | 997.00 | | 27,236.25 |
| 03-07 | Wire Transfer Skypatrol, Llc Chapte 322070381000011 | | | 25,000.00 | 2,236.25 |
| 03-08 | American Express Settlement 4098057441 | | 87.39 | | 2,323.64 |
| 03-08 | Wire Transfer Protek Srl 12100024858Ft01 | | 7,500.00 | | 9,823.64 |
| 03-09 | American Express Settlement 4098057441 | | 174.78 | | 9,998.42 |
| 03-09 | Wire Transfer 1/Safari Seguridad, S 02100008933Ft01 | | 2,002.00 | | 12,000.42 |



**LET US HELP PROTECT
YOU AND YOUR BUSINESS.**

**City National Bank is offering a free service to help you protect yourself from online fraudsters. With Trusteer Rapport, you get an extra layer of security.**

Trusteer is easy to download and easy to use. Just visit citynational.com and visit our Online Services page.

Continued on the next page



INTRODUCING
MONEY MANAGEMENT

Login to online banking and look for
MONEY MANAGEMENT

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|--------------------|--------------------------|---------|
| 03-14 | Wire Transfer Sky World Protection 02600256139Ft01 | 615.00 | | 12,615.42 |
| 03-14 | Wire Transfer Skypatrol, Llc Chapte 322070381000181 | | 11,000.00 | 1,615.42 |
| 03-15 | Deposit | 968.00 | | 2,583.42 |
| 03-15 | Wire Transfer Sky Cop Paraguay S.a. 02600509217Ft01 | 1,300.00 | | 3,883.42 |
| 03-15 | Monthly Service Fee | | 224.19 | 3,659.23 |
| 03-22 | Deposit | 659.55 | | 4,318.78 |
| 03-22 | Wire Transfer Protek Srl 12100024858Ft01 | 7,500.00 | | 11,818.78 |
| 03-26 | Wire Transfer Assured Tracking Inc. 02100002135Ft01 | 3,090.00 | | 14,908.78 |
| 03-28 | Wire Transfer Corporacion Disatel S 02100008952Ft01 | 5,000.00 | | 19,908.78 |
| 03-29 | Wire Transfer Skypatrol, Llc Chapte 322070381000028 | | 18,000.00 | 1,908.78 |
| 03-30 | Ending totals | 58,231.76 | 81,841.87 | 1,908.78 |

Continued on the next page

Amount: $203.30  Date: 03/06/2018

Amount: $203.30  Date: 03/06/2018

Amount: $997.00  Date: 03/06/2018

Amount: $997.00  Date: 03/06/2018

Amount: $968.00  Date: 03/15/2018

Amount: $968.00  Date: 03/15/2018

Amount: $659.55  Date: 03/22/2018

Amount: $659.55  Date: 03/22/2018



Skypatrol, LLC
BANK RECONCILIATION
City National Bank - Account #8179
G/L Account 1142-100

DATE 3/31/2018

| | |
|---|---:|
| BALANCE PER BANK STATEMENT | 1,908.78 |
| TOTAL DEPOSITS IN-TRANSIT: | - |
| OUTSTANDING CHECKS: | (255.33) |
| ENDING BANK BALANCE: | 1,653.45 |
| | |
| BALANCE PER GENERAL LEDGER: | 1,653.45 |

Still pending from prior months

Journal Entries

| | |
|---|---:|
| Ending Balance | 1,653.45 |
| | 0.00 |

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018         Period ending  March 31, 2018

NAME OF BANK:  City National Bank          BRANCH:   Miami, FL

ACCOUNT NAME:   Skypatrol, LLC – Sales Receipts Only [Per Court Order ECF 26]

ACCOUNT NUMBER:  x8179

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 3/1 | Wire | Skypatrol DIP | Income Sweep | $26,000.00 |
| 3/2 | Auto Pay | Credit Card | Credit Card Fees | $950.02 |
| 3/5 | Auto Pay | Mercedes Benz | Corp Car Payment | $667.66 |
| 3/7 | Wire | Skypatrol DIP | Income Sweep | $25,000.00 |
| 3/14 | Wire | Skypatrol DIP | Income Sweep | $11,000.00 |
| 3/15 | Auto Pay | City National Bank | Bank Fees | $224.19 |
| 3/29 | Wire | Skypatrol DIP | Income Sweep | $18,000.00 |

TOTAL                                                                    $81,841.87

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018          Period ending  March 31, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: East West Bank            BRANCH:  EL Monte, CA

ACCOUNT NAME: Operating*                ACCOUNT NUMBER:   x9429

PURPOSE OF ACCOUNT:        OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 82,191.41 | |
| Plus Total Amount of Outstanding Deposits | $    505.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 2,925.44 | * |
| Minus Service Charges | $  280.91 | |
| Ending Balance per Check Register | $ 79,770.97 | **(a) |

**\*Debit cards are used by**      n/a

**\*\*If Closing Balance is negative, provide explanation**:_____

_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee) N/A**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____ Tansferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# EAST WEST BANK
*Your financial bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page   1   of   5
STARTING DATE: March 01, 2018
ENDING DATE: March 31, 2018
Total days in statement period: 31
9429
( 13)

OZ  02
SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 NW 84TH AVE
MIAMI FL 33122-1921

Access your personal account on the go
with Mobile Banking! Check your balance,
transactions, and receive text alerts of
your banking activities on your mobile
device. Visit eastwestbank.com/mobile or
your local branch for details.

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 9429 | Beginning balance | | $21,455.77 |
| Enclosures | 13 | Total additions | ( 38) | 149,820.15 |
| Low balance | $21,455.77 | Total subtractions | ( 37) | 89,084.51 |
| Average balance | $62,156.72 | Ending balance | | $82,191.41 |

## CREDITS

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 03-02 | Wire Trans-IN | NONE | | 1,975.00 |
| | 03-02 | Wire Trans-IN | SKYPATROL LLC | | 26,000.00 |
| | 03-02 | Pre-Auth Credit | BANKCARD MTOT DEP 180302 ! | )1528 | 370.95 |
| | 03-06 | Pre-Auth Credit | BANKCARD MTOT DEP 180306 ! | )1528 | 10,449.93 |
| | 03-07 | Wire Trans-IN | SKYPATROL LLC | | 25,000.00 |
| | 03-07 | Pre-Auth Credit | BANKCARD MTOT DEP 180307 | 301528 | 826.00 |
| | 03-08 | Wire Trans-IN | LOCALIZA PARAGUAY S.A. | | 3,255.00 |
| | 03-08 | Pre-Auth Credit | BANKCARD MTOT DEP 180308 | )1528 | 585.90 |
| | 03-09 | Pre-Auth Credit | BANKCARD MTOT DEP 180309 | )1528 | 3,284.00 |
| | 03-12 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180312 | | |
| | | | 4098057441 | | 9.71 |
| | 03-12 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180312 | | |
| | | | 4098057441 | | 43.69 |
| | 03-12 | Pre-Auth Credit | BANKCARD MTOT DEP 180312 | 1528 | 1,920.00 |
| | 03-13 | Wire Trans-IN | TRANSMAQUILA SA DE CV | | 2,960.00 |
| | 03-13 | Pre-Auth Credit | BANKCARD MTOT DEP 180313 | )1528 | 924.00 |
| | 03-14 | Wire Trans-IN | SKYPATROL LLC | | 11,000.00 |
| | 03-14 | Wire Trans-IN | SKYPATROL COLOMBIA SAS | | 19,000.00 |
| | 03-14 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180314 | | |
| | | | 4098057441 | | 459.04 |
| | 03-14 | Pre-Auth Credit | BANKCARD MTOT DEP 180314 ! | 1528 | 1,079.00 |
| | 03-15 | Pre-Auth Credit | BANKCARD MTOT DEP 180315 ! | 1528 | 298.00 |
| | 03-15 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180315 | | |
| | | | 4098057441 | | 315.57 |
| | 03-16 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180316 | | |
| | | | 4098057441 | | 198.08 |
| | 03-16 | Pre-Auth Credit | BANKCARD MTOT DEP 180316 | )1528 | 935.06 |

# EAST WEST BANK
### Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT

Page  2  of  5
STARTING DATE: March 01, 2018
ENDING DATE: March 31, 2018
9429

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 03-19 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180319 | | |
| | | | 4098057441 | | 524.34 |
| | 03-19 | Pre-Auth Credit | BANKCARD MTOT DEP 180319 | 1528 | 627.50 |
| | 03-20 | Pre-Auth Credit | BANKCARD MTOT DEP 180320 | 1528 | 298.00 |
| | 03-20 | Pre-Auth Credit | SKYPATROL SOLUTI PAYMENTS 180320 | | |
| | | | SKYPATROL LLC | | 1,450.00 |
| | 03-21 | Pre-Auth Credit | BANKCARD MTOT DEP 180321 | 1528 | 901.84 |
| | 03-22 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180322 | | |
| | | | 4098057441 | | 797.19 |
| | 03-23 | Wire Trans-IN | PABLO A PUTRUELI | | 365.36 |
| | 03-23 | Pre-Auth Credit | BANKCARD MTOT DEP 180323 | 1528 | 1,087.10 |
| | 03-23 | Pre-Auth Credit | AL3RT GPS, LLC SENDER 180323 364957576 | | 5,495.00 |
| | 03-26 | Pre-Auth Credit | AMERICAN EXPRESS SETTLEMENT 180326 | | |
| | | | 4098057441 | | 733.10 |
| | 03-26 | Pre-Auth Credit | SKYPATROL SOLUTI PAYMENTS 180326 | | |
| | | | SKYPATROL LLC | | 1,000.00 |
| | 03-26 | Pre-Auth Credit | BANKCARD MTOT DEP 180326 | 1528 | 4,169.75 |
| | 03-27 | Pre-Auth Credit | BANKCARD MTOT DEP 180327 | 1528 | 567.98 |
| | 03-29 | Wire Trans-IN | SKYPATROL LLC | | 18,000.00 |
| | 03-29 | Pre-Auth Credit | BANKCARD MTOT DEP 180329 | 1528 | 833.00 |
| | 03-30 | Pre-Auth Credit | BANKCARD MTOT DEP 180330 | 1528 | 2,081.06 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1048 | 03-14 | 137.88 | 1057 * | 03-12 | 793.75 |
| 1049 | 03-08 | 169.40 | 1059 * | 03-16 | 447.00 |
| 1050 | 03-08 | 595.20 | 1060 | 03-23 | 650.00 |
| 1051 | 03-09 | 170.00 | 1061 | 03-21 | 1,029.53 |
| 1053 * | 03-08 | 1,986.86 | 1062 | 03-23 | 1,986.86 |
| 1054 | 03-13 | 1,116.41 | 1064 * | 03-26 | 1,015.00 |
| 1055 | 03-08 | 1,000.00 | * Skip in check sequence | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-01 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180301 374500000000006 | 15,997.07 |
| 03-05 | Preauth Debit | AMEX EPAYMENT ACH PMT 180305 | 10,000.00 |
| 03-09 | Outgoing Wire | Jasper Technologie s | 870.01 |
| 03-15 | Outgoing Wire | Queclink Wireless Solutions Co. Ltd | 6,400.00 |
| 03-15 | Preauth Debit | PROGRESSIVE EMPL PAYROLL 180315 374500000000009 | 18,139.08 |
| 03-19 | Analysis Servic | ANALYSIS ACTIVITY FOR 02/18 | 280.91 |
| 03-20 | Transfer Debit | TRANSFER INTO TAX ACCOUNT XXXXXX9443 AS REQUESTED. | 126.00 |
| 03-20 | Transfer Debit | TRANSFER INTO TAX ACCOUNT XXXXXX9443 AS REQUESTED. | 294.00 |
| 03-20 | Transfer Debit | TRANSFER INTO TAX ACCOUNT XXXXXX9443 AS REQUESTED. | 3,611.09 |
| 03-21 | Preauth Debit | AMEX EPAYMENT ACH PMT 180321 COP000003672987 | 16.96 |
| 03-21 | Preauth Debit | AMEX EPAYMENT ACH PMT 180321 COP000003672998 | 1,224.11 |
| 03-21 | Preauth Debit | AMEX EPAYMENT ACH PMT 180321 COP000003673013 | 1,716.80 |
| 03-22 | Preauth Debit | AMEX EPAYMENT ACH PMT 180322 COP000003673515 | 69.00 |

3410    rev 05-16

# EAST WEST BANK
Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 03-22 | Preauth Debit | AMEX EPAYMENT ACH PMT 180322 COP000003673516 | 236.00 |
| 03-22 | Preauth Debit | AMEX EPAYMENT ACH PMT 180322 COP000003673513 | 817.34 |
| 03-22 | Preauth Debit | AMEX EPAYMENT ACH PMT 180322 COP000003673508 | 1,997.64 |
| 03-23 | Outgoing Wire | Julian David Medra no Abril | 1,452.00 |
| 03-23 | Outgoing Wire | Camilo Peralta Per ez | 1,467.00 |
| 03-23 | Outgoing Wire | Julian David Moren o Aparicio | 1,830.00 |
| 03-23 | Outgoing Wire | Cristian Moreno | 2,012.00 |
| 03-28 | Preauth Debit | AMEX EPAYMENT ACH PMT 180328 | 1,081.04 |
| 03-28 | Preauth Debit | AMEX EPAYMENT ACH PMT 180328 | 2,045.67 |
| 03-28 | Preauth Debit | AMEX EPAYMENT ACH PMT 180328 | 5,585.96 |
| 03-29 | Preauth Debit | ACHIVR VISB BILL PYMNT 180329 | 716.94 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 02-28 | 21,455.77 | 03-12 | 63,593.66 | 03-22 | 67,701.53 |
| 03-01 | 5,458.70 | 03-13 | 66,361.25 | 03-23 | 65,251.13 |
| 03-02 | 33,804.65 | 03-14 | 97,761.41 | 03-26 | 70,138.98 |
| 03-05 | 23,804.65 | 03-15 | 73,835.90 | 03-27 | 70,706.96 |
| 03-06 | 34,254.58 | 03-16 | 74,522.04 | 03-28 | 61,994.29 |
| 03-07 | 60,080.58 | 03-19 | 75,392.97 | 03-29 | 80,110.35 |
| 03-08 | 60,170.02 | 03-20 | 73,109.88 | 03-30 | 82,191.41 |
| 03-09 | 62,414.01 | 03-21 | 70,024.32 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3410    rev 05-16



SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
OPERATING ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

16-7636/3220          1064

DATE _____

PAY TO THE
ORDER OF    Southeast Climate Solutions          | $ 1,015.00

one thousand fifteen and 60/100 _____ DOLLARS

EAST WEST BANK
135 N. LOS ROBLES AVE 6TH FLR
PASADENA, CA 91101

FOR _____

⑈0010⑆ ⑆322070381⑆    9429⑈

03/26/2018    1064    $1,015.00

Skypatrol, LLC
BANK RECONCILIATION
East West Bank - Account #xxxx9429
G/L Account 1133-100

DATE 3/31/2018

| | | |
|---|---|---|
| BALANCE PER BANK STATEMENT | | 82,191.41 |
| | | |
| C/C Transactions in-transit | | |
| 3/28/18 - AMEX1621 | 10.00 | |
| 3/29/18 - AMEX2844 | 45.00 | |
| 3/29/18 - AMEX3844 | 450.00 | |
| TOTAL DEPOSITS IN-TRANSIT: | | 505.00 |
| | | |
| OUTSTANDING CHECKS: | | (2,925.44) |
| | | |
| ENDING BANK BALANCE: | | 79,770.97 |
| | | |
| BALANCE PER GENERAL LEDGER: | | 79,770.97 |

**Prior month remaining to Post:**

**Current month remaining to Post:**

**Journal Entries**

| | |
|---|---|
| Ending Balance | 79,770.97 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Skypatrol, LLC                         Case Number: 17-24842-BKC-RAM
Reporting Period beginning: March 1, 2018       Period ending March 31, 2018

NAME OF BANK:  EastWest Bank          BRANCH:  EL Monte, CA

ACCOUNT NAME:   Skypatrol, LLC – DIP Account

ACCOUNT NUMBER:  x9429

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included. **NEXT PAGE**

| Date | Payment Method | Payee | Purpose | Amount |
|---|---|---|---|---|
| **EW Operating** | | | | |
| 3/1/2018 | wire | Progressive Payroll | payroll | $ 15,997.07 |
| 3/5/2018 | wire | Amex | miscellaneous payment | $ 10,000.00 |
| 3/8/2018 | 1055 | Nathan Matalon | sales commissions | $ 1,000.00 |
| 3/8/2018 | 1049 | Florida Blue | insurance | $ 169.40 |
| 3/9/2018 | wire | Jasper Wireless | carrier charges | $ 870.01 |
| 3/9/2018 | 1050 | Florida Blue | insurance | $ 595.20 |
| 3/9/2018 | 1051 | US Dept of State | passport renewal | $ 170.00 |
| 3/8/2018 | 1053 | Raul Vergara | consulting | $ 1,986.86 |
| 3/13/2018 | 1054 | State Farm | insurance | $ 1,116.41 |
| 3/14/2018 | 1048 | Morning Star Group | sales commissions | $ 137.88 |
| 3/12/2018 | 1057 | Ted Brennan | proffesional fees | $ 793.75 |
| 3/15/2018 | wire | Queclink | Hardware purchaes | $ 6,400.00 |
| 3/15/2018 | wire | Progressive Payroll | payroll | $ 18,139.08 |
| 3/16/2018 | 1059 | Nathan Matalon | sales commissions | $ 447.00 |
| 3/19/2018 | auto | Bank Fees | bank fees | $ 280.91 |
| 3/20/2018 | transfer | Tax Acc | inventory | $ 294.00 |
| 3/20/2018 | transfer | Tax Acc | Expense Reimbursement | $ 3,611.09 |
| 3/20/2018 | transfer | Tax Acc | inventory | $ 126.00 |
| 3/21/2018 | wire | Amex | miscellaneous payment | $ 1,241.07 |
| 3/22/2018 | wire | Amex | miscellaneous payment | $ 3,119.98 |
| 3/23/2018 | wire | Julian Medrano | consulting | $ 1,452.00 |
| 3/23/2018 | wire | Camilo Peralto | consulting | $ 1,467.00 |
| 3/23/2018 | wire | David Moreno | consulting | $ 1,830.00 |
| 3/23/2018 | wire | Cristian Moreno | consulting | $ 2,012.00 |
| 3/23/2018 | 1060 | Prysma Technologies | software IT consulting | $ 650.00 |
| 3/21/2018 | Wire | AMEX | miscellaneous payment | $ 1,716.80 |
| 3/21/2018 | 1061 | Tesla Finance | auto leasing expense | $ 1,029.53 |
| 3/23/2018 | 1062 | Raul Vergara | consulting | $ 1,986.86 |
| 3/26/2018 | 1064 | Southeast computer | IT infrastructure consulting | $ 1,015.00 |
| 3/28/2018 | wire | Amex | miscellaneous payment | $ 8,712.67 |
| 3/29/2018 | wire | Verizon | mobile phone expense | $ 716.94 |
| | | | | **$ 89,084.51** |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  March 1, 2018          Period ending  March 31, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:    N/A                    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:    PAYROLL _____

|  |  |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: Skypatrol, LLC                    Case Number 17-24842-BKC-RAM

Reporting Period beginning: March 1, 2018        Period ending March 31, 2018

NAME OF BANK:    N/A                              BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                            $_____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Skypatrol, LLC          Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018          Period ending  March 31, 2018
Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  EastWest Bank                          BRANCH:   El Monte, CA

ACCOUNT NAME:  Skypatrol, LLC – Tax Account                ACCOUNT NUMBER:   x9443

PURPOSE OF ACCOUNT:        TAX

| | |
|---|---|
| Ending (beginning) Balance per Bank Statement | $108.82 |
| Plus Total Amount of Outstanding Deposits | $3,611.09 |
| Minus Total Amount of Outstanding Checks and other debits | $ |
| * | |
| Minus Service Charges | $ 20.12 |
| Ending Balance per Check Register | $108.82 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 3/19 | $126.00 | Claudia Gonzalez | Inventory/Goods | Funds transferred by bank to this account error |
| 3/19 | $294.00 | Claudia Gonzalez | Inventory/Goods | Funds transferred by bank to this account error |
| 3/19 | $3,611.09 | Claudia Gonzalez | Expense Reimbursement | Funds transferred by bank to this account error |

Total:  **$4,031.09**

**\*No further funds will be transferred in or out of this account other than those for payment of Sales Tax**

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# EAST WEST BANK
*Your financial bridge*®

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page  1  of  3
STARTING DATE: March 01, 2018
ENDING DATE: March 31, 2018
Total days in statement period: 31

9443
( 3)

OZ 02
SKYPATROL LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
TAX ACCOUNT
3055 NW 84TH AVE
MIAMI FL 33122-1921

Access your personal account on the go with Mobile Banking! Check your balance, transactions, and receive text alerts of your banking activities on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 9443 | Beginning balance | $461.93 |
| Enclosures | 3 | Total additions ( 3) | 4,031.09 |
| Low balance | $-3,589.28 | Total subtractions ( 5) | 4,384.20 |
| Average balance | $183.82 | Ending balance | $108.82 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 03-20 | Transfer Credit | TRANSFER FROM GENERAL ACCOUNT XXXXXX9429 AS REQUESTED. | 126.00 |
| | 03-20 | Transfer Credit | TRANSFER FROM GENERAL ACCOUNT XXXXXX9429 AS REQUESTED. | 294.00 |
| | 03-20 | Transfer Credit | TRANSFER FROM OPERATING ACCOUNT XXXXXX9429 AS REQUESTED. | 3,611.09 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 03-19 | 126.00 | 1003 | 03-19 | 3,611.09 |
| 1002 | 03-19 | 294.00 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-19 | Analysis Servic | ANALYSIS ACTIVITY FOR 02/18 | 20.12 |
| 03-19 | Preauth Debit | FLA DEPT REVENUE C01 180319 48778284 | 332.99 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 461.93 | 03-19 | -3,922.27 | 03-20 | 108.82 |

3409    rev 05-16

# EAST WEST BANK *Your financial bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

SKYPATROL LLC

ACCOUNT STATEMENT
Page  2  of  3
STARTING DATE: March 01, 2018
ENDING DATE: March 31  2018
9443

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3410      rev 05-16

SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
TAX ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

90-4205/1222 1001
DATE 3/15/2018
PAY TO THE ORDER OF Claudia Gonzalez $ 126.00
One hundred Thirty Six and 00/100 DOLLARS
EAST WEST BANK
135 N LOS ROBLES AVE 6TH FL
PASADENA, CA 91101
FOR PO# 9698 paypal
AUTHORIZED SIGNATURE
⑈001001⑈ ⑆322070381⑆ 9443⑈

03/19/2018 1001 $126.00

SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
TAX ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

90-4205/1222 1002
DATE 3/15/2018
PAY TO THE ORDER OF Claudia Gonzalez $ 294.00
Two hundred Ninety Four and 00/100 DOLLARS
EAST WEST BANK
135 N LOS ROBLES AVE 6TH FL
PASADENA, CA 91101
FOR PO #9099 - paypal
AUTHORIZED SIGNATURE
⑈001002⑈ ⑆322070381⑆ 9443⑈

03/19/2018 1002 $294.00

SKYPATROL, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-24842
TAX ACCOUNT
3055 N.W. 84TH AVENUE
MIAMI, FL 33122

90-4205/1222 1003
DATE 3/16/18
PAY TO THE ORDER OF CLAUDIA GONZALEZ $ 3,611 09
three thousand six hundred eleven and 09/100 DOLLARS
EAST WEST BANK
135 N LOS ROBLES AVE 6TH FL
PASADENA, CA 91101
FOR EXPENSE REIMBURSEMENT
AUTHORIZED SIGNATURE
⑈001003⑈ ⑆322070381⑆ 9443⑈

03/19/2018 1003 $3,611.09

Skypatrol, LLC
BANK RECONCILIATION
East West Bank - Account #9443
G/L Account 1134-100

DATE 3/31/2018

| | |
|---|---:|
| BALANCE PER BANK STATEMENT | 108.82 |
| C/C Transactions in-transit | |
| TOTAL DEPOSITS IN-TRANSIT: | - |
| OUTSTANDING CHECKS: | - |
| ENDING BANK BALANCE: | 108.82 |
| BALANCE PER GENERAL LEDGER: | 108.82 |

Prior month remaining to Post:

Current month remaining to Post:

Journal Entries

| | |
|---|---:|
| Ending Balance | 108.82 |

**ATTACHMENT 5C**
**CHECK REGISTER - TAX ACCOUNT**


Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM

Reporting Period beginning:  March 1, 2018          Period ending  March 31, 2018


NAME OF BANK:  EastWest Bank                    BRANCH:

ACCOUNT NAME:  Skypatrol, LLC – Tax Account          ACCOUNT NUMBER:  x9443

PURPOSE OF ACCOUNT:          TAX


Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 3/16 | Electronic Pay | Fl. Dept Rev | February 2018 Sales Tax | $332.99 |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $332.99  (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid |                (a) |
| Sales & Use Taxes Paid | $332.99  (b) |
| Other Taxes Paid |                (c) |
| TOTAL | $332.99  (d) |


(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4D**
**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | N/A Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                            _____(a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                   **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____N/A_____

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018      Period ending  March 31, 2018

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| FL. DEPT REV, | 4/20/18 | Sales Tax | $222.02 | 3/16/18 | 3-1 thru 3-31-2018 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $222.02 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Skypatrol, LLC                    Case Number  17-24842-BKC-RAM
Reporting Period beginning:  March 1, 2018        Period ending  March 31, 2018

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Robert D. Rubin | CEO | Salary | $15,00.00 |
| Robert D. Rubin | CEO | Vehicle Lease (Tesla Motors) | $1,029.53 |
|  |  |  |  |
|  |  |  |  |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 3 | 6 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 5 | 1 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| See attached list |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**The following lapse in insurance coverage occurred this month: N/A**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

X    **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**Skypatrol, LLC - Insurance**

| | Insurance Co. | Policy No. | Type of Coverage | Amount of Coverage | Policy Period | Paid |
|---|---|---|---|---|---|---|
| 1 | Wright Natioanl Flood Company | 1150069289 | Flood | Building: $500,000 Contents: $500,000 | 9/7/2017 - 9/7/2018 | Yes |
| 2 | Tokio Marine America Insurance Company | T06-0011032 | Goods/Supplies | $1,000,000 | 6/1/2017 - 6/1/2018 | Yes |
| 3 | The Hartford | 21 MS UT7930 | Data Processing Equipment (Computer Systems) | $100,000 (Comp.) $50,000 (Media and Data) | 10/29/2017 - 10/29/2018 | Yes |
| 4 | The Hartford | 21 UUN UT6068 | Multi-Flex Business Policy Commercial Auto and Commercial General Liability | various - see policy | 9/1/2017 - 9/1/2018 | Yes |
| 5 | State Farm Auto Ins. | C94 8597-A25-59 | Automobile - Mercedes | $100,000/$300,000 | 1/25/2018 - 7/25/2018 | Yes |
| 6 | State Farm Auto Ins. | 451 9014-E15-59G | Automobile - Tesla | $100,000/$300,000 | 11/15/2017 - 5/18/2017 | Yes |
| 7 | State Farm Auto Ins. | 638 4376-E22-59L | Automobile - Pathfinder | $100,000/$300,000 | 11/22/2017 - 5/22/2018 | Yes |

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (*attach closing statement*); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant developments

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before July 10, 2018.